UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>         Plaintiff,<br><br>  v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY, and GENIUS BRANDS INTERNATIONAL, INC.,<br><br>         Defendants. | 22 Civ. 249 (VM)(KHP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Christopher J. Clark, of Latham & Watkins LLP, hereby appears as counsel on behalf of Defendants Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC in the above-captioned action and requests that all papers, correspondence, and communications be served upon him at the address below.

Dated: March 14, 2022
   New York, New York        LATHAM & WATKINS LLP

                     By: /s/ Christopher J. Clark
                          Christopher J. Clark

                          1271 Avenue of the Americas
                          New York, New York  10022
                          Telephone: (212) 906-1200
                          Facsimile: (212) 751-4864
                          Email: chris.clark@lw.com