**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

                Plaintiff,

                v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; IROQUOIS MASTER FUND
LTD.; IROQUOIS CAPITAL INVESTMENT
GROUP, LLC; L1 CAPITAL GLOBAL
OPPORTUNITIES MASTER FUND; M3A LP;
RICHARD MOLINSKY, and; GENIUS
BRANDS INTERNATIONAL, INC.,

                Defendants.

Civil Action No. 1:22-cv-00249-VM

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Moving Defendants' Motion To Dismiss Plaintiff's Complaint, the Moving Defendants hereby move this Court, before the Honorable Victor Marrero, in Courtroom 15B, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 12(b), dismissing the complaint and granting any such further relief as this Court deems just and proper.

Dated:  July 25, 2022

**SCHULTE ROTH & ZABEL LLP**

Michael E. Swartz
Andrew D. Gladstein
Ramya Sundaram
919 Third Avenue
New York, New York 10022
(212) 756-2000
michael.swartz@srz.com
andrew.gladstein@srz.com

*Counsel for Defendants Empery Funds*

**HOGAN LOVELLS US LLP**

/s/ Dennis H. Tracey, III

Dennis H. Tracey, III
390 Madison Avenue
New York, New York 10017
(212) 918-3000
dennis.tracey@hoganlovells.com
catherine.bratic@hoganlovells.com
russell.welch@hoganlovells.com

*Counsel for Defendant Anson Investments Master Fund LP*

**ELLENOFF GROSSMAN & SCHOLE LLP**

/s/ John Brilling Horgan

John Brilling Horgan
1345 Avenue of the Americas
11th Floor
New York, New York 10105
(646) 895-7158
jhorgan@egsllp.com
flee@egsllp.com
jcohen@egsllp.com

*Counsel for Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP*

2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Susan Saltzstein
Susan Saltzstein
One Manhattan West
New York, New York  10001
(212) 735-4132
susan.saltzstein@skadden.com
jeffrey.geier@skadden.com

*Counsel for Defendant CVI Investments, Inc.*

**LATHAM & WATKINS LLP**

/w/ William O. Reckler
William O. Reckler
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1350
chris.clark@lw.com
william.reckler@lw.com

*Counsel for Defendants Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC*

**PHILLIPS NIZER LLP**

/s/ Marc Andrew Landis
Marc Andrew Landis
485 Lexington Avenue
14th Floor
New York, New York 10017
(212) 841-0705
mlandis@phillipsnizer.com
jclark@phillipsnizer.com

*Counsel for Defendant L1 Capital Global Opportunities Master Fund*

3

**LITMAN, ASCHE & GIOIELLA, LLP**

/s/ Richard Asche

Richard Asche
140 Broadway #38
New York, New York 10005
(212) 809-4500
richardasche@lagnyc.com

*Counsel for Defendant M3A LP*


**STINSON LLP**

/s/ Kieran M. Corcoran

Kieran M. Corcoran
1325 Avenue of the Americas
27th Floor
New York, New York 10019
(212) 763-8491
kieran.corcoran@stinson.com

*Counsel for Defendant Rich Molinsky*

4