# Schulte Roth & Zabel

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022

Michael E. Swartz
212.756.2471

Writer's E-mail Address
Michael.Swartz@srz.com

September 6, 2022

**BY ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 15B
New York, New York 10007

> Re: Augenbaum v. Anson Investments Master Fund LP, et al., No. 1:22-cv-00249

Dear Judge Marrero:

We are counsel to Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, and Empery Tax Efficient, LP in the above-referenced action. We write on behalf of all parties pursuant to this Court's August 30, 2020 order requiring the parties to jointly submit a proposed briefing schedule in connection with Defendants' motion to dismiss Plaintiff's complaint (the "Motion"). (Dkt. 87.)

The parties have conferred and respectfully propose that the Court adopt the following briefing schedule for Defendants' Motion:

- Defendants' opening brief shall be filed on or before September 30, 2022;

- Plaintiff's opposition brief shall be filed on or before October 27, 2022;

- Defendants' reply brief shall be filed on or before November 17, 2022.

Respectfully submitted,

Michael E. Swartz

Request **GRANTED.**
The proposed briefing schedule is granted. The parties shall comply with all requirements, including page limits, set forth in the Court's individual rules.

**SO ORDERED.**

9/7/2022
_____
DATE                    VICTOR MARRERO, U.S.D.J.