USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>Plaintiff,<br><br>vs.<br><br>ANSON INVESTMENTS MASTER FUND LP, BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY, and; GENIUS BRANDS INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 1:22-cv-00249-VM |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

Counsel for Defendant Genius Brands International, Inc. respectfully withdraws from the above-captioned action the appearance of Dora Georgescu. No other attorney is withdrawing his or her appearance by this notice. Vinson & Elkins LLP remains counsel to Genius Brands International, Inc.

Dated: New York, New York
September 23, 2022

VINSON & ELKINS LLP

/s/ Michael L. Charlson
Michael L. Charlson
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6910
Facsimile: (415) 704-3264
Email: mcharlson@velaw.com

*Counsel for Genius Brands International, Inc.*

SO ORDERED:

/s/ Victor Marrero
Victor Marrero
U.S.D.J.

Dated: September 26, 2022
New York, New York