USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

        Plaintiff,

v.

ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY, and; GENIUS BRANDS INTERNATIONAL, INC.,

        Defendants.

Civil Action No. 1:22-cv-00249

**NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER**

Counsel for Defendant Anson Investments Master Fund LP respectfully withdraws from the above-captioned action the appearance of Russell Welch. No other attorney is withdrawing his or her appearance by this notice. Hogan Lovells remains counsel to Anson Investments Master Fund LP.

Dated: Houston, Texas
      September 28, 2022

SO ORDERED:

*[signature]*
Victor Marrero
U.S.D.J.

Dated: September 30, 2022
      New York, New York

Respectfully submitted,

*/s/ Russell Welch*
**HOGAN LOVELLS US LLP**
Russell Welch
609 Main Street, Suite 4200
Houston, TX 77002
(713) 632-1437
russell.welch@hoganlovells.com

*Counsel for Defendant Anson Investments Master Fund LP*