**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

Plaintiff,

v.

ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY,

Defendants,

and

GENIUS BRANDS INTERNATIONAL, INC

Nominal Defendant.

Civil Action No. 1:22-cv-00249

**STIPULATION AND [PROPOSED] ORDER REGARDING PRE-MOTION LETTERS AND RESPONDING TO AMENDED COMPLAINT**

**WHEREAS**, Plaintiff filed an Amended Complaint on May 1, 2023 (Dkt. 105);

**WHEREAS**, the Moving Defendants intend to invoke the pre-motion process for motions to dismiss the Amended Complaint as set forth in Section II.B. of the Court's Individual Rules of Practice;

**WHEREAS**, to avoid any doubt as to the need to submit any briefing in advance of the completion of the process set forth in Section II.B. of the Court's Individual Rules of Practice; and

**WHEREAS**, there have been no prior requests for extension of the Moving Defendants' time to respond to the Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, that:

1. Any Defendant seeking dismissal of the Amended Complaint shall submit either its own pre-motion letter or a joint pre-motion letter with another Defendant in accordance with Section II.B. of the Court's Individual Rules of Practice on or before May 15, 2023;

2. Plaintiff shall respond to any such letters in accordance with Section II.B of the Court's Individual Rules of Practice on or before May 31, 2023; and

3. The time for any Defendant who has submitted a letter pursuant to paragraph 1 to file a motion to dismiss or otherwise respond to the Complaint is extended until thirty (30) days after the conference referenced in Section II.B. of the Court's Individual Rules of Practice is held, or until such time as otherwise directed by the Court at the conference or otherwise during which time the parties shall meet and confer regarding a briefing schedule.

**IT IS SO STIPULATED.**

Dated: May 12, 2023

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

*/s/ Jeffrey S. Abraham*
JEFFREY S. ABRAHAM

450 7th Avenue, 38th Floor
New York, New York 10123
(212) 279-5050
jabraham@aftlaw.com

*Counsel for Plaintiff Todd Augenbaum*

Dated: May 12, 2023

**HOGAN LOVELLS US LLP**

*/s/ Dennis H. Tracey, III*
DENNIS H. TRACEY, III

390 Madison Ave.
New York, NY 10017
(212) 918-3000
Fax: (212) 918-3100
dennis.tracey@hoganlovells.com
catherine.bratic@hoganlovells.com
russell.welch@hoganlovells.com

*Counsel for Defendant Anson Investments Master Fund LP*

Dated: May 12, 2023

**ELLENOFF GROSSMAN & SCHOLE LLP**

*/s/ John Brilling Horgan*
JOHN BRILLING HORGAN

1345 Avenue of the Americas
11th Floor
New York, New York 10105
Phone: (646) 895-7158
Cell: (518) 339-0614
jhorgan@egsllp.com
flee@egsllp.com
jcohen@egsllp.com

*Counsel for Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP*

Dated: May 12, 2023

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

/s/ Susan Saltzstein

SUSAN SALTZSTEIN

One Manhattan West
New York, New York 10001
(212) 735-4132
Fax: (917) 777-4132
susan.saltzstein@skadden.com
jeffrey.geier@skadden.com

*Counsel for Defendant CVI Investments, Inc.*

Dated: May 12, 2023

**SCHULTE ROTH & ZABEL LLP**

*/s/ Michael E. Swartz*

MICHAEL E. SWARTZ

919 Third Ave.
New York, NY 10022
(212) 756-2471
michael.swartz@srz.com
andrew.gladstein@srz.com

*Counsel for Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, and Empery Tax Efficient, LP*

Dated: May 12, 2023

**LATHAM & WATKINS LLP**

*/s/ William O. Reckler*

WILLIAM O. RECKLER

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1803
william.reckler@lw.com

*Counsel for Defendants Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC*

Dated: May 12, 2023

**PHILLIPS NIZER LLP**

*/s/ Marc Andrew Landis*

MARC ANDREW LANDIS

485 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 841-0705
Fax: (212) 262-5152
mlandis@phillipsnizer.com
jclark@phillipsnizer.com

*Counsel for Defendant L1 Capital Global Opportunities Master Fund*

Dated: May 12, 2023

**LITMAN, ASCHE & GIOIELLA, LLP**

*Richard Asche*
RICHARD ASCHE

140 Broadway #38
New York, NY 10005
(212) 809-4500
richardasche@lagnyc.com

*Counsel for Defendant M3A LP*

Dated: May 12, 2023

**STINSON LLP**

*Kiernan M. Corcoran*
KIERAN M. CORCORAN

1325 Avenue of the Americas
27th Floor
New York, NY 10019
(212) 763-8491
kieran.corcoran@stinson.com

*Counsel for Defendant Rich Molinsky*

Dated: May 12, 2023

**VINSON & ELKINS LLP**

*Michael L. Charlson*
MICHAEL L. CHARLSON

555 Mission Street
Suite 2000
San Francisco, California 94105
(415) 979-6910
mcharlson@velaw.com

mlo@velaw.com

*Counsel for Nominal Defendant Genius Brands International, Inc.*

SO ORDERED this __ day of May, 2023

___________________________________
THE HONORABLE VICTOR MARRERO
United States District Judge