```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TODD AUGENBAUM,

                Plaintiff,

    - against -

ANSON INVESTMENTS MASTER FUND LP, et al.,

                Defendants.

**22 Civ. 249 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    On May 12, 2023, the parties filed a stipulation and proposed order regarding their anticipated pre-motion letters in response to the Amended Complaint filed by plaintiff Todd Augenbaum. (<u>See</u> Dkt. No. 106.) The Court notes that the stipulation omits the filing of a third pre-motion letter to the Court as described in Section II.B.2 of the Court's Individual Practices. The Court hereby directs the parties to file a revised stipulation and proposed order that provides for the submission of a third pre-motion letter to the Court pursuant to Section II.B.2 of the Court's Individual Practices.

**SO ORDERED.**

Dated:    15 May 2023
            New York, New York

                                                  _____
                                                  Victor Marrero
                                                  U.S.D.J.