UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>                          Plaintiff,<br>-against-<br><br>ANSON INVESTMENTS MASTER FUND LP, et al.,<br>                                  Defendants. | 22 Civ. 249 (VM)(KHP) |

## NOTICE AND ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying declaration of Christopher J. Clark, and subject to the approval of the Court, Mr. Clark hereby withdraws as counsel for Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC will continue to be represented by Latham & Watkins LLP in this proceeding.

Dated: August 22, 2023
New York, New York

                                                  **CLARK SMITH VILLAZOR LLP**

                                                  By:    /s/ *Christopher J. Clark*

                                                  Christopher J. Clark
                                                  250 West 55th Street, 30th Floor
                                                  New York, NY 10019
                                                  Tel: (212) 582-4400
                                                  E-mail address: clark@csvllp.com

SO ORDERED:

_/s/ (signature)_

Hon. Arun Subramanian
United States District Court Judge

Date: August 23, 2023