**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY, and; GENIUS BRANDS INTERNATIONAL, INC.,<br><br>Defendants. | Civil Action No. 1:22-cv-00249-AS<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Moving Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the Declaration of Michael E. Swartz with accompanying exhibits, the Moving Defendants hereby move this Court, before the Honorable Arun Subramanian, in Courtroom 15A, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 12(b), dismissing the Amended Complaint and granting any such further relief as this Court deems just and proper.

Dated: September 8, 2023

**SCHULTE ROTH & ZABEL LLP**

*/s/ Michael E. Swartz*

Michael E. Swartz
Andrew D. Gladstein

919 Third Avenue
New York, NY 10022
(212) 756-2000
michael.swartz@srz.com
andrew.gladstein@srz.com

*Counsel for Defendants Empery Funds*

**HOGAN LOVELLS US LLP**

*/s/ Dennis H. Tracey, III*

Dennis H. Tracey, III

390 Madison Ave.
New York, NY 10017
(212) 918-3000
Fax: (212) 918-3100
dennis.tracey@hoganlovells.com
catherine.bratic@hoganlovells.com
russell.welch@hoganlovells.com

*Counsel for Defendant Anson Investments Master Fund LP*

**ELLENOFF GROSSMAN & SCHOLE LLP**

*/s/ John Brilling Horgan*

John Brilling Horgan

1345 Avenue of the Americas
11th Floor
New York, New York 10105
Phone: (646) 895-7158
Cell: (518) 339-0614
jhorgan@egsllp.com
flee@egsllp.com
jcohen@egsllp.com

*Counsel for Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Susan Saltzstein*

Susan Saltzstein

One Manhattan West
New York, New York 10001
(212) 735-4132
Fax: (917) 777-4132
susan.saltzstein@skadden.com
jeffrey.geier@skadden.com

*Counsel for Defendant CVI Investments, Inc.*

**LATHAM & WATKINS LLP**

*/s/ William O. Reckler*
William O. Reckler

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1350
chris.clark@lw.com
william.reckler@lw.com

*Counsel for Defendants Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC*

**PHILLIPS NIZER LLP**

*/s/ Jared R. Clark*
Jared R. Clark

485 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 841-0705
Fax: (212) 262-5152
jclark@phillipsnizer.com
mlandis@phillipsnizer.com

*Counsel for Defendant L1 Capital Global Opportunities Master Fund*

**LITMAN, ASCHE & GIOIELLA, LLP**

*/s/ Richard Asche*

Richard Asche

140 Broadway #38
New York, NY 10005
(212) 809-4500
richardasche@lagnyc.com

*Counsel for Defendant M3A LP*

**STINSON LLP**

*/s/ Kieran M. Corcoran*

Kieran M. Corcoran

1325 Avenue of the Americas
27th Floor
New York, NY 10019
(212) 763-8491
kieran.corcoran@stinson.com

*Counsel for Defendant Rich Molinsky*