UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>   Plaintiff,<br><br> v.<br><br>ANSON INVESTMENTS MASTER FUND LP, et al.,<br><br>   Defendants. | Civil Action No. 1:22-cv-00249-AS<br><br>**ORDER AMENDING CASE CAPTION** |

Having considered all briefing, supporting documents, and arguments concerning Genius Brands International, Inc.'s Motion to Amend Case Caption, the Court orders as follows:

1. Genius Brands International, Inc.'s Motion to Amend Case Caption is GRANTED.

2. The Caption in the case shall be amended to remove Genius Brands International, Inc. and add Kartoon Studios, Inc., and to designate Kartoon Studios, Inc. as a nominal defendant, as shown in Exhibit A hereto.

**IT IS SO ORDERED.**

Dated:  February 26, 2024       Signed: _____
                                Hon. Arun Subramanian

# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>                Plaintiff,<br><br>    v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY,<br><br>                Defendants,<br><br>    -and-<br><br>KARTOON STUDIOS, INC.,<br><br>                Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |