UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

TODD AUGENBAUM

          Plaintiff,

Case No. 1:22-cv-00249-AS

-against-

ANSON INVESTMENTS MASTER FUND et al

          Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Andrew David Gladstein**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AG0516     My State Bar Number is: 4914438

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
    FIRM NAME: Schulte Roth & Zabel LLP (NY)
    FIRM ADDRESS: 919 Third Avenue, New York, NY 10022
    FIRM TELEPHONE NUMBER: (212)-756-2449
    FIRM FAX NUMBER: (212)-593-5955

NEW FIRM:
    FIRM NAME: Freshfields Bruckhaus Deringer US LLP
    FIRM ADDRESS: 3 WTC, 175 Greenwich Street, 51st Fl., NY, NY 10007
    FIRM TELEPHONE NUMBER: (212)-277-4000
    FIRM FAX NUMBER: (212)-277-4001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 4/9/2024                       /s/Andrew David Gladstein
                                                                               ATTORNEY'S SIGNATURE