UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>                    Plaintiff,<br><br>          -against-<br><br> ANSON INVESTMENTS MASTER FUND LP,<br><br>                    Defendants. | 22-cv-249 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As explained during the May 15 conference:

1. Plaintiff and Defendants shall meet and confer regarding interim deadlines, rolling document production, and other discovery deadlines. Defendants shall produce trade blotters by May 31, 2024, and the parties should aim to substantially complete discovery by the end of June 2024. By May 24, 2024, the parties shall submit a joint letter advising the Court of any new or adjusted agreed-upon deadlines.

2. The nominal defendant's categorical objections to discovery requests 2 and 7–10 are overruled. However, Plaintiff and the nominal defendant shall meet and confer ensure that the requests are not redundant and are limited to relevant documents.

3. Plaintiff's motion to compel discovery request 3 is granted.

4. Plaintiff's motion to compel discovery request 6 is denied.

The Clerk of Court is directed to close Dkts. 176, 178.

        SO ORDERED.

Dated: May 15, 2024
        New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge