UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

               Plaintiff,

-against-

ANSON INVESTMENTS MASTER FUND LP, et al.,

               Defendant(s).

22-cv-249 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed at yesterday's conference, the Court orders as follows:

1. By Tuesday, September 10, 2024, plaintiff will provide defendants with his disgorgement calculation.
2. Any remaining fact discovery should be completed by September 30, 2024 (subject to any depositions happening in early October by agreement of the parties, as long as there is no conflict with 3 below).
3. By October 14, 2024, if plaintiff so elects, plaintiff may serve a supplemental expert report limited to the topics of group formation, group period, and profits subject to disgorgment.
4. If plaintiff puts in an expert report, defendants will have until November 14, 2024 to submit any rebuttal expert report.
5. All discovery (including any expert depositions) must be complete by December 2, 2024, with no further extensions to be granted.
6. Summary judgment motions by December 16, 2024.

The Clerk of Court is directed to terminate the motion at Dkt. 205.

    SO ORDERED.

Dated: August 30, 2024
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge