


Brio is directed to file a responsive letter by September 13, 2024 at 9:00 AM. The Court will hold a REMOTE conference to resolve this dispute on September 13, 2024 at 3:30 PM ET. The parties shall dial 646-453-4442 and enter conference ID: 585 086 194 followed by #.

The Clerk of Court is directed to terminate the motion at Dkt. 209.

SO ORDERED.

September 11, 2024

Arun Subramanian, U.S.D.J.
Dated: September 12, 2024

**By ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 15A
New York, N.Y. 10007

Re:   *Augenbaum v. Anson Inv. Master Fund, LP, et al.* Case No. 1:22-cv-0249 (AS)

Dear Judge Subramanian:

I am lead trial counsel for Plaintiff in this action and write, pursuant to Rule 5.E of Your Honor's Individual Practices in Civil Cases (the "Individual Rules"), to address certain existing discovery disputes Plaintiff is having with Defendants Brio Capital Master Fund LP and Brio Select Opportunities Fund, LP (collectively "Brio").

Plaintiff first addressed these issues in an August 26, 2024 email to Brio, a copy of which is attached hereto as Exhibit A. I conferred with John B. Horgan. is lead counsel for Brio, by telephone on Friday, September 6, 2024 at 11:30 a.m. and again on Tuesday, September 10, 2024 during a break in the deposition of Defendant M3A LP. Plaintiff and Brio have been unable to achieve agreement on the matters addressed in this letter and, therefore, Plaintiff requests that the Court either order Brio to produce the documents at issue or schedule an informal conference.

The first issue relates to the privilege log which Brio provided Plaintiff on August 23, 2024, designating as privileged information forwarded to and received from a third party identified as 436648161567@s.whatsapp.net Mozart ("Mozart"). *See* BRIO_007411-13 attached as Exhibit B. Brio's privilege log does not shed any additional light on the identity of that recipient. *See* Exhibit C at p.1. In Plaintiff and Brio's September 6th meet and confer Plaintiff understood Brio to state that the recipient was another fund manager with a common interest, which is supported by another WhatsApp string in which Mozart states "These [investment] conditions are very attractive. Should we increase the investment amount? 1 M ??? Or More?". BRIO_007414 attached as Exhibit D. Plaintiff stated that he disagreed with that and any similar privilege designation and that the parties had reached an impasse on that issue.

Plaintiff believes that the privilege designation fails *ab initio* because using a WhatsApp address to identify a recipient fails to satisfy the burden of establishing that the information is, in fact, privileged. Instead, Brio's privilege designation continues to obscure the identity of the recipient which itself is not privileged and must be disclosed as part of the privilege log. *See, e.g.*, Individual Rules 5.G ("Privilege logs should be sufficiently detailed to enable the receiving party to evaluate a claim of privilege, including identification of attorneys involved in the relevant

NEW YORK   tel: 212.279.5050   fax: 212.279.3655          CALIFORNIA   tel: 310.279.5125   fax: 212.279.3655          aftlaw.com
450 Seventh Avenue, 38th Floor, New York, NY 10123          9440 Santa Monica Blvd., Suite 301, Beverly Hills, CA 90210

Hon. Arun Subramanian
August 28, 2024
Page 2

documents or communications.") In addition, since Mozart appears to be a third party, the communication cannot be considered privileged because as this Court previously held "it is bedrock law that sharing otherwise privileged communications with a third party waives privilege." Order 8/21/24 (ECF No. 203).

The second issue relates to Brio making a supplemental production of documents on August 23, 2024, including a document reflecting that Brio discussed its investment in Genius securities with its investors. *See* BRIO_007437 attached as Exhibit E. The existence of those communications with Brio's investors is also confirmed by a designation in Brio's privilege log provided the same day regarding "seeking attorney advice concerning investor communications." *See* Ex. F at page 4 third entry. Plaintiff believes that Brio is obligated to produce such documents based upon the requests he originally served on defendants at the end of January. To avoid any doubt on the matter, Plaintiffs served a supplemental discovery request on August 30, 2024 specifically requesting such documents. In our discussions, Brio did not dispute the relevancy of the documents at issue and, indeed, identifying counsel's advice with respect to investor communication as privileged acknowledges the relevancy of the information at issue.[1]

In Plaintiff's and Brio's September 6th meet and confer, Brio took the position that investor communications were not called for by Plaintiff's initial document request and that Brio's response to the supplemental request was not due until September 30th. Plaintiff disagreed with Brio regarding the scope of the initial document request and stated that he would ask the Court to compel production of those documents in advance of Brio's deposition currently scheduled for September 19th. Mr. Horgan asked for additional time until Tuesday, September 10, to confer with his client on this issue. As of this writing, and despite inquiring about the issue again during a break in a September 10th deposition, Plaintiff has not received any indication that Brio will produce those documents at all, let alone before its deposition.

Plaintiff requests that the Court order Brio to produce the documents at issue or, alternately, schedule an informal conference to address these issues.

Respectfully submitted,

Jeffrey S. Abraham

---

[1] Plaintiff also inquired from other Defendants in a September 4th meet and confer whether they have documents reflecting any communications with investors and was informed that any such documents would have been produced. Plaintiff is waiting confirmation from certain defendants with respect to whether such documents exist.

# EXHIBIT A

**Ryan Levy**

| | |
|---|---|
| **From:** | Jeffrey S. Abraham |
| **Sent:** | Monday, August 26, 2024 4:45 PM |
| **To:** | John B. Horgan |
| **Cc:** | Aldonsa V. Janjigian; Joanna Cohen; Michael Klein |
| **Subject:** | RE: Augenbaum v. Anson Investments Master Fund LP et al., 1:22-cv-00249-AS |

Dear John,

I write with respect to Brio's most recent production of documents made this past Friday, August 23rd right before 6:00 pm. Plaintiff notes that this production comes *after* the August 22nd date which Plaintiff initially noticed and *after* the requirement to substantively complete document production by the end of June. Plaintiff finds Brio's excuse about issues with a document vendor rather anemic since almost all the new documents produced appear to be from Shaye Hirsch's WhatsApp account.

Plaintiff also does not believe that the material redacted at BRIO_007411 consisting of Shaye Hirsch forwarding advice he received from a lawyer to a recipient identified as 436648161567@s.whatsapp.net Mozart is properly designated as privilege because that recipient appears to be a third party. Plaintiff also would appreciate some clarification with respect to Brio claiming with respect to communications had with your law firm because other Defendants including Anson are also claiming privilege with respect to communications with your law firm occurring within the same time frame. Thus, for example. Brio is claiming a privilege with respect to a 3/17/20 communication David Selengut for your firm and a 3/18/20 communication with Barbara Selengut of your firm (page 4 of Brio's privilege log) while Anson is claiming privilege with respect to a 3/13/20 communication with Robert Charron of your firm and a 3/16/20 GNUS EGS Invoice. Neither Brio nor Anson has produced any retention letter with your law firm seeking to waive any potential conflicts of interest.

In addition, one of the documents produced (BRIO_007437) together with the privilege log (the third entry on page 4) reflect that Brio's investment in Genius securities was discussed in communications with Brio's investors. Those communications are called for by Plaintiff's document requests including Request No.1 and, in any event, Brio by referencing the document as privileged acknowledges that those investor communications are relevant and called for Plaintiff's discovery request.

Finally, Plaintiff requests that Brio withdraw its objections to Plaintiff's Rule 30(b)(6) deposition served on August 23rd. Plaintiff on August 2nd noticed Brio's deposition for August 22nd and Brio refused to attend despite not having previously objected to the notice of deposition or seeking a protective order. This makes Brio subject for the sanctions provided for in Fed. R. Civ. P. 37(b)(2)(A) (*see* Fed. R. Civ. P. 37(d)(3)) and, therefore, further militate in favor Brio's objections being disregarded.

Please get back to me as soon as you can on these issues and please let me know whether you would like to meet and confer by telephone with respect to any of these issues and, if so, when you are available tomorrow or Wednesday.

Very truly yours,
Jeff Abraham



**Jeffrey S. Abraham**
Abraham, Fruchter & Twersky LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655



---

**From:** Aldonsa V. Janjigian <ajanjigian@egsllp.com>
**Sent:** Friday, August 23, 2024 5:50 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; VISO, Amella <Amella.Viso@freshfields.com>; William.Reckler@lw.com; Jeffrey.Geier@skadden.com; SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>; Jared R. Clark <JClark@PhillipsNizer.com>; Richard Asche <richardasche@lagnyc.com>; Bratic, Catherine <catherine.bratic@hoganlovells.com>; GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>; Iris.Xie@lw.com; Thomas.Allen@skadden.com; kieran.corcoran@stinson.com; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Marc A. Landis <mlandis@phillipsnizer.com>; Daniel.Grill@lw.com; nicole.khalouian@stinson.com; Waywell, Tyler <tyler.waywell@hoganlovells.com>; NYC.LSSTeam@stinson.com; susan.saltzstein@skadden.com; Hemr, Kurt Wm. <Kurt.Hemr@skadden.com>; Christopher.Fredmonski@skadden.com
**Subject:** Augenbaum v. Anson Investments Master Fund LP et al., 1:22-cv-00249-AS

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Dear Counsel,

Please see the attached correspondence, as well as Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP's supplemental production and privilege log in the link below. The password will be sent in a separate email.

https://egsllp607.sharefile.com/public/share/web-s8d58ebb2a3654889bd471f155d4f7083

If you have any trouble accessing the documents, please let me know.

2

Best,
Aldonsa



**Aldonsa V. Janjigian**
**Associate**

1345 Avenue of the Americas, 11th Fl., New York, NY 10105

Telephone: (212) 370-1300 Fax: (212) 370-7889

ajanjigian@egsllp.com | www.egsllp.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

# EXHIBIT B

Case 1:22-cv-00249-AS   Document 219-2   Filed 09/12/24   Page 7 of 18

**9172735826@s.whatsapp.net Shaye Hirsch**  August 22, 2019 12:37:28 PM

Attorney Client



BRIO_007411

**9172735826@s.whatsapp.net Shaye Hirsch**    August 22, 2019 5:24:29 PM

https://variety.com/2019/tv/news/hasbro-acquires-entertainment-one-in-4-billion-all-cash-deal-1203311068/



Toymak_1

**Attachment Note:**
Toymaker Hasbro is acquiring studio Entertainment One in an all-cash transaction valued at $4 billion, bringing My Little Pony and Nerf under the same umbrella as "Peppa Pig" and "...

BRIO_007412

**9172735826@s.whatsapp.net Shaye Hirsch**     **August 22, 2019 5:24:54 PM**

I asked Andy if this validates genius story

**9172735826@s.whatsapp.net Shaye Hirsch**     **August 22, 2019 5:25:05 PM**

Entertainment One. Correct. They have Peppa Pig. One hit drives monster valuations. We know the Hasbro people well and forever. I literally just got off the phone with our head of consumer product licensing, Lloyd Mintz and asked him to set up a meeting for us with Hasbro. He previously ran all licensing for Hasbro and has amazing relations there as well. I had no knowledge of this transaction at the time, but I think they are worth talking to because of their dominance of the superhero marketplace with their marvel license. However they don't have anything in preschool superheroes.In either case they are just one of many players out there who are part of the food chain that we will eventually be feeding into. Yes it validates our premise. Successful kids content is very in demand

**9172735826@s.whatsapp.net Shaye Hirsch**     **August 22, 2019 5:30:06 PM**

Have a call with Andy tomorrow. I think it's important to clean up the cap structure (warrants and preferred) as part of any plan of new $

**436648161567@s.whatsapp.net Mozart**     **August 22, 2019 7:41:57 PM**

Attorney Client Privilege

# EXHIBIT C

*Augenbaum v. Anson Investments Master Fund LP et al.*, 1:22-cv-00249-AS

**Brio Privilege Log**

| Bates Number | Document Type | Filename | Family Date | Email From | Email To | Subject | Privilege Note |
|---|---|---|---|---|---|---|---|
| | Email | 144 Legal Opinion Request for GNUS.msg | 7/22/2019 2:11 PM | Marina Gorecki <marina@briocapital.com> | Barbara Mittman <barbara@grushkomittman.com>;Grushko & Mittman <counslers@gmail.com>;counslers@aol.com;Shaye Hirsch <shaye@briocapital.com>;Irene Kupferman <irene.k@briocapital.com> | 144 Legal Opinion Request for GNUS | Attorney client communications regarding 144 legal opinion. |
| | Pdf | GNUS--Book-EntryStatement--011018.pdf | 7/22/2019 2:11 PM | | | | |
| | Pdf | GNUS--Seller's Rep Letter--072219.pdf | 7/22/2019 2:11 PM | | | | |
| | Pdf | GNUS--CompleteSPA.PDF | 7/22/2019 2:11 PM | | | | |
| | Pdf | GNUS--ProofOfPurchase--010918.pdf | 7/22/2019 2:11 PM | | | | |
| | Pdf | GNUS 2018 WT.PDF | 7/22/2019 2:11 PM | | | | |
| | Email | RE 144 Legal Opinion Request for GNUS.msg | 7/22/2019 2:47 PM | Marina Gorecki <marina@briocapital.com> | Barbara Mittman <barbara@grushkomittman.com> | RE: 144 Legal Opinion Request for GNUS | Attorney client communications regarding 144 legal opinion. |
| | Email | Re 144 Legal Opinion Request for GNUS.msg | 7/22/2019 2:51 PM | Barbara Mittman <barbara@grushkomittman.com> | Marina Gorecki <marina@briocapital.com> | Re: 144 Legal Opinion Request for GNUS | Attorney client communications regarding 144 legal opinion. |
| | Email | RE 144 Legal Opinion Request for GNUS (Broker Letter).msg | 7/22/2019 4:30 PM | Shaye Hirsch <shaye@briocapital.com> | Grushko Mittman' <Counslers@grushkomittman.com>;marina@briocapital.com;irene.k@briocapital.com;'Barbara Mittman' <barbara@grushkomittman.com> | RE: 144 Legal Opinion Request for GNUS (Broker Letter) | Attorney client communications regarding 144 legal opinion. |
| BRIO_007410-BRIO_007413 | Pdf | 0002568.pdf | 8/22/2019 12:36 PM | 9172735826@s.whatsapp.net Shaye Hirsch;436648161567@s.whatsapp.net Mozart | 436648161567@s.whatsapp.net Mozart | | Communication containing and discussing attorney advice related to potential transaction. |
| | Email | RE Hello! (Andy HeywardGenius Brands).msg | 8/26/2019 11:26 AM | David Selengut <selengut@egsllp.com> | Shaye Hirsch' <shaye@briocapital.com> | RE: Hello! (Andy Heyward/Genius Brands) | Attorney client communication containing attorney advice about Genius proposal. |
| | Email | RE term sheet-confidential.msg | 8/27/2019 4:34 PM | David Selengut <selengut@egsllp.com> | Shaye Hirsch' <shaye@briocapital.com> | RE: term sheet-confidential | Attorney client communication containing attorney advice about Genius deal terms. |
| | Email | FW term sheet-confidential.msg | 8/28/2019 10:11 AM | David Selengut <selengut@egsllp.com> | Shaye Hirsch' <shaye@briocapital.com>;Robert F. Charron <rcharron@egsllp.com> | FW: term sheet-confidential | Attorney client communication containing attorney advice about Genius deal terms. |
| | Email | RE term sheet-confidential.msg | 8/28/2019 10:43 AM | Robert F. Charron <rcharron@egsllp.com> | David Selengut <selengut@egsllp.com>;'Shaye Hirsch' <shaye@briocapital.com> | RE: term sheet-confidential | Attorney client communication containing attorney advice about Genius deal terms. |
| | Email | RE term sheet-confidential.msg | 9/8/2019 2:39 PM | Robert F. Charron <rcharron@egsllp.com> | Shaye Hirsch <shaye@briocapital.com>;David Selengut <selengut@egsllp.com> | RE: term sheet-confidential | Attorney client communication containing attorney advice about Genius deal terms. |
| | Email | RE term sheet-confidential.msg | 9/9/2019 1:59 PM | Robert F. Charron <rcharron@egsllp.com> | Shaye Hirsch <shaye@briocapital.com>;David Selengut <selengut@egsllp.com> | RE: term sheet-confidential | Attorney client communication containing attorney advice about Genius deal terms. |
| | Email | RE term sheet-confidential.msg | 9/9/2019 2:49 PM | Robert F. Charron <rcharron@egsllp.com> | Shaye Hirsch <shaye@briocapital.com>;David Selengut <selengut@egsllp.com> | RE: term sheet-confidential | Attorney client communication containing attorney advice about Genius deal terms. |

# EXHIBIT D

Case 1:22-cv-00249-AS    Document 209-4   Filed 09/12/24   Page 13 of 18

| Number of participants | 2 |
|---|---|
| Participants | 436648161567@s.whatsapp.net Mozart<br>9172735826@s.whatsapp.net Shaye Hirsch |
| Number of messages | 7 |
| First message sent date/time | September 19, 2019 5:42:27 AM |
| Last message sent date/time | September 19, 2019 10:29:48 PM |

**436648161567@s.whatsapp.net Mozart**  September 19, 2019 5:42:27 AM

Dear Shaye,
I see your negotiating skills in great shape 😁

**436648161567@s.whatsapp.net Mozart**  September 19, 2019 5:43:26 AM

Asa you have more or less final documents could you pls send them to Michael Walther.

**436648161567@s.whatsapp.net Mozart**  September 19, 2019 5:44:51 AM

These conditions are very attractive. Should we increase the investment amount? 1 M ???

**436648161567@s.whatsapp.net Mozart**  September 19, 2019 5:45:06 AM

Or more?

**9172735826@s.whatsapp.net Shaye Hirsch**  September 19, 2019 7:58:37 AM

More would definitely be better for the company, but I can't do more fire the fund now... 750 is honestly stretching it as it is (together with the other gnus )positions

**9172735826@s.whatsapp.net Shaye Hirsch**  September 19, 2019 7:59:10 AM

Also, don't know if Andy would be able to do more now- maybe ask him?

BRIO_007414

# EXHIBIT E

**9172735826@s.whatsapp.net Shaye Hirsch** — July 02, 2020 1:16:30 PM

No

**9172735826@s.whatsapp.net Shaye Hirsch** — July 02, 2020 1:16:36 PM

I'm fine with Monday

**9172735826@s.whatsapp.net Shaye Hirsch** — July 02, 2020 1:16:58 PM

Want to try to put together an investor letter over the weekend

**9175694824@s.whatsapp.net Benjamin Herskovich** — July 02, 2020 1:17:16 PM

Ok lmk when valuations r done

**9172735826@s.whatsapp.net Shaye Hirsch** — July 02, 2020 1:17:20 PM

NEW YORK: NO CAMP: A judge denied a request to overrule Gov. Cuomo and allow sleepaway camps to open this summer. A hearing will only take place after the summer ends.

**9175694824@s.whatsapp.net Benjamin Herskovich** — July 02, 2020 1:17:46 PM

What is effy doing?

# EXHIBIT F

*Augenbaum v. Anson Investments Master Fund LP et al., 1:22-cv-00249-AS*

**Brio Privilege Log**

| | Email | ACCEPTED FORM TYPE SC 13G A (0001213900-20-002517).msg | 2/4/2020 1:12 PM | edgar-postmaster@sec.gov | EdgarAgents <filings@edgaragents.com> | ACCEPTED FORM TYPE SC 13G/A (0001213900-20-002517) | |
|---|---|---|---|---|---|---|---|
| | Email | valuation - 3.msg | 2/26/2020 9:10 PM | Shaye Hirsch <shaye@briocapital.com> | David Selengut (selengut@egsllp.com);Ben Herskovich (bherskovich@gmail.com) | valuation - 3 | |
| | Pdf | WarrantValuationDetail-123119.pdf | 2/26/2020 9:10 PM | | | | |
| | Email | Brio Select.msg | 3/17/2020 1:57 PM | Shaye Hirsch <shaye@briocapital.com> | Shaye Hirsch (shaye@briocapital.com);David Selengut (selengut@egsllp.com);'Barbara Warren' <bwarren@egsllp.com>;'Marina Gorecki' <marina@briocapital.com>;Shaye Hirsch <shaye@briocapital.com>;David Selengut <selengut@egsllp.com> | Brio Select | Attorney Client Communication seeking attorney advice concerning investor communications. |
| | Pdf | Hirsh, Shaye-Brio Select Opportunities Fund-Series A Subscription Agreement-Fully Executed-031220.pdf | 3/17/2020 1:57 PM | | | | |
| | Email | RE Brio Select.msg | 3/18/2020 3:17 PM | Barbara Warren <bwarren@egsllp.com> | Shaye Hirsch' <shaye@briocapital.com> | RE: Brio Select | Attorney Client Communication containing attorney advice related to SEC filings. |
| | Email | GNUS.msg | 3/23/2020 9:29 AM | Shaye Hirsch <shaye@briocapital.com> | David Selengut (selengut@egsllp.com) | GNUS | Attorney Client Communication seeking attorney advice related to SEC filings. |
| | Email | RE GNUS.msg | 3/23/2020 9:40 AM | David Selengut <selengut@egsllp.com> | Shaye Hirsch' <shaye@briocapital.com> | RE: GNUS | Attorney Client Communication seeking attorney advice related to SEC filings. |
| | Email | RE Good Morning!.msg | 3/23/2020 12:05 PM | Eddie Peña <epena@egsllp.com> | David Selengut <selengut@egsllp.com>;'Shaye Hirsch' <shaye@briocapital.com> | RE: Good Morning! | Attorney Client Communication containing attorney advice related to SEC filings. |
| | Word | SC 13G Amend. No. 4 (Feb 2020) - Genius Brands International, Inc. (00763918-2xA9C08).docx | 3/23/2020 12:05 PM | | | | |
| | Email | SC 13G Amend. No. 5 - Genius Brands International, Inc. .msg | 3/25/2020 12:08 PM | Eddie Peña <epena@egsllp.com> | Shaye Hirsch' <shaye@briocapital.com>;David Selengut <selengut@egsllp.com> | SC 13G Amend. No. 5 - Genius Brands International, Inc. | Attorney Client Communication containing attorney advice related to SEC filings. |
| | Word | SC 13G Amend. No. 5 (March 2020) - Genius Brands International, Inc. (00763918-4xA9C08).docx | 3/25/2020 12:08 PM | | | | |
| | Email | RE SC 13G Amend. No. 5 - Genius Brands International, Inc. .msg | 3/25/2020 12:30 PM | Shaye Hirsch <shaye@briocapital.com> | Eddie Peña' <epena@egsllp.com>;'David Selengut' <selengut@egsllp.com>;'Marina Gorecki' <marina@briocapital.com> | RE: SC 13G Amend. No. 5 - Genius Brands International, Inc. | Attorney Client Communication seeking attorney advice related to SEC filings. |