UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGENBAUM, <br><br>                    Plaintiff, <br><br> -against- <br><br> ANSON INVESTMENTS MASTER FUND LP et al., <br><br>                    Defendants. | 22-cv-249 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at the September 13 conference, by FRIDAY, SEPTEMBER 20, 2024, plaintiff will provide defendants with further detail as to the computation of the damages (disgorgement) in line with the requirements of Fed. R. Civ. P. 26(a)(1)(A)(iii).

    SO ORDERED.

Dated: September 16, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge