**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>    Plaintiff,<br><br> v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY,<br><br>    Defendants,<br><br> -and-<br><br>KARTOON STUDIOS, INC.,<br><br>    Nominal Defendant. | NOTICE OF CHANGE OF FIRM NAME<br><br>Case No. 1:22-cv-00249-AS |

To: All Counsel of Record

 **PLEASE TAKE NOTICE** that Freshfields Bruckhaus Deringer US LLP has changed its name to Freshfields US LLP. The Firm's and its lawyers' addresses, phone numbers, fax numbers and emails remain the same.

 **PLEASE TAKE FURTHER NOTICE** that the Court has been notified via the electronic filing system, including PACER where applicable, of the change from Freshfields Bruckhaus Deringer US LLP to Freshfields US LLP.

Yours,

**FRESHFIELDS US LLP**

By:   <u>/s/ Andrew Gladstein</u>

Andrew Gladstein
Amella Viso
Shannon Sciaretta
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (646) 231-7098
andrew.gladstein@freshfields.com
amella.viso@freshfields.com
shannon.sciaretta@freshfields.com

*Attorneys for Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP*