UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

                Plaintiff,

    v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; RICHARD MOLINSKY,

                Defendants,

    -and-

KARTOON STUDIOS, INC.,

                Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**ORAL ARGUMENT REQUESTED**

## NOTICE OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendants Empery Asset Master, Ltd., Empery Debt

Opportunity Fund, LP, Empery Tax Efficient, LP, Empery Asset Management, LP, Anson

Investments Master Fund LP; Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund,

LP; CVI Investments, Inc.; Iroquois Master Fund Ltd. and Iroquois Capital Investment Group,

LLC; L1 Capital Global Opportunities Master Fund; M3A LP; and Richard Molinsky, through

their respective undersigned attorneys, respectfully move this Court, before the Honorable Arun

Subramanian, in Courtroom 15A, at the United States Courthouse, 500 Pearl Street, New York,

New York 10007, for an order granting summary judgment under Federal Rule of Civil Procedure 56 in Defendants' favor and dismissing all of Plaintiff's claims in the above-captioned matter.

In support of this motion, Defendants submit the following accompanying documents:

(i)     Defendants' Omnibus Memorandum of Law in Support of Their Motion for Summary Judgment;

(ii)    Defendants' Local Rule 56.1 Statement of Undisputed Material Facts as to Which There is No Genuine Issue to be Tried;

(iii)   Transmittal Declaration of Andrew D. Gladstein, Esq. in support of Defendants' Motion for Summary Judgment, with supporting exhibits; and

(iv)    in accordance with this Court's order dated December 16, 2024 (ECF No. 221), the eight supplemental memoranda of law filed by the respective Defendant.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument on this motion at a time and date convenient for the Court.

Dated: January 15, 2025
      New York, New York

Respectfully submitted,

**FRESHFIELDS US LLP**

*/s/ Andrew D. Gladstein*
Andrew D. Gladstein
Amella Viso
Shannon Sciaretta

3 World Trade Center
175 Greenwich Street, 51st Floor
New York, New York 10007
(646) 231-7098
andrew.gladstein@freshfields.com
amella.viso@freshfields.com
shannon.sciaretta@freshfields.com

*Counsel for Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP*

**HOGAN LOVELLS US LLP**

*/s/ Dennis H. Tracey, III*[*]
Dennis H. Tracey, III
Catherine Bratic (*pro hac vice* forthcoming)
Elizabeth Cochrane

390 Madison Avenue
New York, New York 10017
(212) 918-3000
dennis.tracey@hoganlovells.com
catherine.bratic@hoganlovells.com
elizabeth.cochrane@hoganlovells.com

*Counsel for Defendant Anson Investments Master Fund LP*

**ELLENOFF GROSSMAN &
  SCHOLE LLP**

---

[*]The electronic signature for Defendants other than Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP are used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

/s/ John Brilling Horgan[*]

John Brilling Horgan
Joanna Rebecca Cohen
Aldonsa Valentina Janjigian

1345 Avenue of the Americas
11th Floor
New York, New York 10105
(646) 895-7158
jhorgan@egsllp.com
jcohen@egsllp.com
ajanjigian@egsllp.com

*Counsel for Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP*

**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**

/s/ Susan L. Saltzstein[*]

Susan L. Saltzstein
Kurt Wm. Hemr
Jeffrey S. Geier

One Manhattan West
New York, New York 10001
(212) 735-3000
Susan.Saltzstein@skadden.com
Kurt.Hemr@skadden.com
Jeffrey.Geier@skadden.com

*Counsel for Defendant
CVI Investments, Inc.*

**LATHAM & WATKINS LLP**

/s/ William O. Reckler[*]

William O. Reckler
Hanyu (Iris) Xie
Peter Trombly (*pro hac vice* forthcoming)

1271 Avenue of the Americas
New York, New York 10020
(212) 906-1350

4

william.reckler@lw.com
iris.xie@lw.com
peter.trombly@lw.com

*Counsel for Defendants Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC*

**PHILLIPS NIZER LLP**

/s/ Jared R. Clark*
Jared R. Clark
Marc Andrew Landis

485 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 841-0705
mlandis@phillipsnizer.com
jclark@phillipsnizer.com

*Counsel for Defendant L1 Capital Global Opportunities Master Fund*

**LITMAN, ASCHE & GIOELLA, LLP**

/s/ Richard Asche*
Richard Asche

140 Broadway #38
New York, New York 10005
(212) 809-4500
richardasche@lagnyc.com

*Counsel for Defendant M3A LP*

**STINSON LLP**

/s/ Kieran M. Corcoran*
Kieran M. Corcoran

100 Wall Street, Suite 201
New York, New York 10005
(646) 883-7471
kieran.corcoran@stinson.com

*Counsel for Defendant Richard Molinsky*

5