UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

          Plaintiff,

    v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; RICHARD MOLINSKY,

          Defendants,

   -and-

KARTOON STUDIOS, INC.,

          Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**TRANSMITTAL DECLARATION OF ANDREW D. GLADSTEIN, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

     I, ANDREW D. GLADSTEIN, pursuant to 28 U.S.C. § 1746, declare as follows:

     1.     I am a partner of Freshfields US LLP, and counsel for Defendants Empery

Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery

Asset Management, LP in this action.  I am an attorney duly admitted to practice before this Court.

1

2.      I respectfully submit this declaration in support of Defendants' Motion For Summary Judgment for the purpose of transmitting to the Court a true and correct copy of the following documents attached as Exhibits to this Declaration:

**Exhibit**

1.   Declaration of Michael Jaffa (Genius Brands International, Inc.), dated January 13, 2025

2.   Declaration of Amin Nathoo (Anson Investments Master Fund LP), dated January 15, 2025

3.   Declaration of Ari (A.J.) Pomper (M3A LP), dated January 15, 2025

4.   Declaration of David Feldman (L1 Capital Global Opportunities Master Fund), dated January 15, 2025

5.   Declaration of Maier Tarlow (M3A LP), dated January 15, 2025

6.   Declaration of Richard Abbe (Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC), dated January 14, 2025

7.   Declaration of Richard Molinsky, dated January 15, 2025

8.   Declaration of Ryan Lane (Empery Asset Master, Ltd.; Empery Debt Opportunity Fund, LP, and Empery Tax Efficient, LP), dated January 15, 2025

9.   Declaration of Sam Winer (CVI Investments, Inc.), dated January 14, 2025

10.  Declaration of Shaye Hirsch (Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund, LP), dated January 15, 2025

11.  Deposition Transcript of Amin Nathoo, dated September 30, 2024

12.  Deposition Transcript of Andrew Chin, dated December 13, 2024

13.  Deposition Transcript of Andy Heyward, dated October 9, 2024

14.  Deposition Transcript of David Feldman, dated September 23, 2024

15.  Deposition Transcript of David Marcus, dated December 12, 2024

16.  Deposition Transcript of Jonathan Schechter, dated October 22, 2024

17.  Deposition Transcript of Maier Tarlow, dated September 10, 2024

2

**Exhibit**

18.    Deposition Transcript of Max Holmes, dated December 16, 2024

19.    Deposition Transcript of Michael Maline, dated December 17, 2024

20.    Deposition Transcript of Michael Weisbach, dated December 19, 2024

21.    Deposition Transcript of Richard Abbe, dated September 17, 2024

22.    Deposition Transcript of Richard Molinsky, dated August 8, 2024

23.    Deposition Transcript of Ryan Lane, dated September 25, 2024

24.    Deposition Transcript of Sam Winer, dated September 5, 2024

25.    Deposition Transcript of Shaye Hirsch, dated September 19, 2024

26.    David Marcus Expert Witness Report, dated November 15, 2024

27.    Michael Maline Expert Witness Report, dated November 15, 2024

28.    Michael Weisbach Expert Witness Report, dated November 14, 2024

29.    Andrew Chin Expert Witness Report, dated October 15, 2024

30.    Max Holmes Expert Witness Report, dated July 24, 2024

31.    Max Holmes Supplemental Expert Report, dated October 15, 2024

32.    Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed May 19, 2014

33.    Genius Brands International, Inc. Registration Statement (Form S-1) (without exhibits), filed June 16, 2014

34.    Genius Brands International, Inc. Annual Report for the year ended December 31, 2014 (Form 10-K) (without exhibits), filed March 31, 2015

35.    Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed November 4, 2015

36.    Genius Brands International, Inc. Registration Statement (Form S-1) (without exhibits), filed December 14, 2015

37.    Genius Brands International, Inc. Annual Report for the year ended December 31, 2015 (Form 10-K) (without exhibits), filed March 30, 2016

3

**Exhibit**

38.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed February 10, 2017

39.     Genius Brands International, Inc. Annual Report for the year ended December 31, 2016 (Form 10-K) (without exhibits), filed March 31, 2017

40.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed October 3, 2017

41.     Genius Brands International, Inc. Registration Statement (Form S-1) (without exhibits), filed December 22, 2017

42.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed January 8, 2018

43.     Genius Brands International, Inc., Current Report (Form 8-K) (without exhibits), filed January 8, 2018, Ex. 10.1

44.     Genius Brands International, Inc. Annual Report for the year ended December 31, 2017 (Form 10-K) (without exhibits), filed April 2, 2018

45.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed August 17, 2018

46.     Genius Brands International, Inc. Registration Statement (Form S-3) (without exhibits), filed September 14, 2018

47.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed February 15, 2019

48.     Genius Brands International, Inc. Annual Report for the year ended December 31, 2018 (Form 10-K) (without exhibits), filed April 1, 2019

49.     Genius Brands International, Inc. Quarterly Report for the quarter ended March 31, 2019 (Form 10-Q) (without exhibits), filed May 15, 2019

50.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed July 22, 2019

51.     Genius Brands International, Inc. Registration Statement (Form S-1) (without exhibits), filed July 23, 2019

52.     Genius Brands International, Inc. Registration Statement (Form S-1/A) (without exhibits), filed August 2, 2019

**Exhibit**

53.     Genius Brands International, Inc. Request for Withdrawal of Registration Statement on Form S-1 (Form RW), filed August 19, 2019

54.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed September 18, 2019

55.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed October 3, 2019

56.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed October 28, 2019

57.     Genius Brands International, Inc. Quarterly Report for the quarter ended September 30, 2019 (Form 10-Q) (without exhibits), filed November 14, 2019

58.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed December 13, 2019

59.     Genius Brands International, Inc. Registration Statement (Form S-1) (without exhibits), filed December 26, 2019

60.     Genius Brands International, Inc., Current Report (Form 8-K) (without exhibits), filed January 23, 2020

61.     Genius Brands International, Inc., Current Report (Form 8-K), filed March 11, 2020, Ex. 10.1

62.     Genius Brands International, Inc., Current Report (Form 8-K), filed March 11, 2020, Ex. 10.5

63.     Genius Brands International, Inc., Current Report (Form 8-K), filed March 11, 2020, Ex. 10.6

64.     Genius Brands International, Inc., Current Report (Form 8-K), filed March 11, 2020, Ex. 10.7

65.     Genius Brands International, Inc., Current Report (Form 8-K) (without exhibits), filed March 23, 2020

66.     Genius Brands International, Inc., Annual Report for the fiscal year ended December 31, 2019 (Form 10-K) (without exhibits), filed March 30, 2020

67.     Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed May 7, 2020

**Exhibit**

68.    Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed May 8, 2020

69.    Genius Brands International, Inc Current Report (Form 8-K) (without exhibits), filed May 15, 2020

70.    Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed May 18, 2020

71.    Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed May 28, 2020

72.    Genius Brands International, Inc. Registration Statement (Form S-3) (without exhibits), filed June 4, 2020

73.    Genius Brands International, Inc. Notice of Effectiveness dated June 10, 2020

74.    Genius Brands International, Inc. Prospectus (Form 424B3) (without exhibits), filed June 11, 2020

75.    Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed June 23, 2020

76.    Genius Brands International, Inc. Current Report (Form 8-K) (without exhibits), filed June 23, 2020, Ex. 10.1

77.    Genius Brands International, Inc. Final Prospectus (Form 424B3) (without exhibits), filed July 8, 2020

78.    Schedule 13D filed by Wolverine Tube, Inc., with the Securities and Exchange Commission, on February 26, 2007

79.    Schedule 13G filed by Spacehab, Incorporated, with the Securities and Exchange Commission, on February 1, 2008

80.    New York Times Article titled *Plainfield to Return Money to Investors, Report Says*, authored by Dealbook, published on March 26, 2010, and available at: https://archive.nytime.com/dealbook.nytimes.com/2010/03/26/plainfield-to-return-money-to-investors-report-says.

81.    New York Post Article titled *Hedge headache*, authored by Kaja Whitehouse, published on August 17, 2010, and available at: https://nypost.com/2010/08/17/hedge-headache/

**Exhibit**

82.    New York Post Article titled *New complaint hits hedge exec*, authored by Kaja Whitehouse, published on December 23, 2010, and available at: https://nypost.com/2010/12/23/new-complaint-hits-hedge-exec/

83.    Signature Page to GNUS Warrant Exercise Agreement - October 2017 Warrants (RM0000850)

84.    Email chain between Joe Reda, Jonathan Schechter, Bob Denton, Andy Heyward, Michael Jaffa, Richard Abbe, and Andrew Arno dated August 15, 2019 (IRO-AUG-0005383)

85.    Text Messages between Shaye Hirsch and Benjamin Herskovich dated June 11, 2020 (BRIO_007424)

86.    Text Messages between Shaye Hirsch and Shaye Hirsch's business associate dated August 22, 2019 (BRIO_007457)

87.    Email from Michael Jaffa to Joe Reda dated August 23, 2019 (IRO-AUG-0000712)

88.    Email chain between Joe Reda and Robert Wolf dated August 28, 2019 (EW-AUG0012144)

89.    Email from Ryan Lane to Joe Reda dated September 4, 2019 (Exhibit 2 to Deposition of Ryan Lane, EMPGNUS0001975)

90.    Email chain between Joe Reda, Ari Storch, and Adam Chill dated September 4, 2019 (EW-AUG0000067)

91.    Email chain between Joe Reda, Harris Heyer, and Tommy Unterberg dated September 4, 2019 (EW-AUG0000042)

92.    Email chain between Keith Goodman, Joe Reda, and Mitchell Kopin dated September 4, 2019 (EW-AUG0000148)

93.    Email chain between Brett Cohen, Joe Reda, and David Ariyeh dated September 4, 2019 (EW-AUG0000135)

94.    Email chain between Joe Reda and Matt Pinz dated September 4, 2019 (EW-AUG0000092)

95.    Email chain between Andrew Cohen and Joe Reda dated September 4, 2019 (EW-AUG0000096)

**Exhibit**

96.   Email chain between Waqas Khatri and Joe Reda dated September 5, 2019 (EW-AUG0000437)

97.   Email chain between Joe Reda, Joe Hammer, Yosef Milgrom, and Ari Rabinowitz dated September 5, 2019 (EW-AUG0000101)

98.   Email chain between Joe Reda, Harold Mintz, Roger Masi, R. Grundstein, and Jonathan Schechter dated September 5, 2019 (EW-AUG0000276)

99.   Email chain between Joe Reda and Tyler Berry dated September 6, 2019 (EW-AUG0000383)

100.  Email from Andy Heyward to Joe Reda dated September 6, 2019 (TOON00017138)

101.  Text Messages between Andy and Shaye Hirsch dated September 9, 2019 (Exhibit 4 to deposition of Shaye Hirsch, BRIO_006287)

102.  Email chain between Joe Reda and Michael Scrobe dated September 11, 2019 (EW-AUG0000460)

103.  Email from Andy Heyward to Joe Reda dated September 11, 2019 (TOON00014148)

104.  Email from Michael Jaffa to Andy Heyward dated September 12, 2019 (TOON00011312)

105.  Email chain between Amin Nathoo and Jonathan Schechter dated September 17, 2019 (EW-AUG0012399)

106.  Email from Rich Abbe to Jonathan Schechter dated September 17, 2019 (Exhibit 13 to Deposition of Richard Abbe, EW-AUG0000484)

107.  Warrant Exercise Agreement between Genius Brands International, Inc. and Anson Investments Master Fund LP dated September 18, 2019 (Unsigned) (ANSON_00019860)

108.  Text Messages between Shaye Hirsch and Shaye Hirsch's business associate dated September 19, 2019 (BRIO_007414)

109.  Email chain between Jonathan Schechter and Amin Nathoo dated September 19, 2019 (ANSON_00010036)

8

**Exhibit**

110.    Calendar Invitation from Robert Charron to Andy Heyward, Shaye Hirsch, Shaye Hirsch's business associate, Jeffrey Schultz, Michael Jaffa, Bob Denton and Jon Ollwerther dated September 20, 2019 (BRIO_007416)

111.    Amendment to Secured Convertible Notes of Genius Brands International, Inc. dated September 20, 2019 (ANSON_00019969)

112.    Amendment to Secured Convertible Notes of Genius Brands International, Inc. effective September 20, 2019 signed by Brio's Shaye Hirsch (Exhibit 7 to deposition of Shaye Hirsch, BRIO_002176)

113.    Amendment to Secured Convertible Notes of Genius Brands International, Inc. effective September 20, 2019 signed by Richard Molinsky (Exhibit 4 to Deposition of Richard Molinsky, RM0000711)

114.    Email between Michael Jaffa and Richard Molinsky dated September 23, 2019 (RM0000689)

115.    Email from Andy Heyward to Jonathan Schechter, Michael Jaffa, Bob Denton, Jon Ollwerther and Joe Reda dated September 25, 2019 (TOON00017205)

116.    Email from Andy Heyward to Joe Reda dated September 25, 2019 (EW-AUG0000499)

117.    Email chain between Michael Jaffa and Shaye Hirsch dated September 27, 2019 (TOON00011317)

118.    Email from Joe Reda to Sam Winer dated October 10, 2019 (CVI_0001081)

119.    Email from Sam Winer to Joe Reda dated October 10, 2019 (CVI_0001089)

120.    Email chain between Amin Nathoo and Joe Reda dated October 26, 2019 (TOON00017349)

121.    Email from Amin Nathoo to Jonathan Schechter and Joe Reda dated October 26, 2019 (ANSON_00001819)

122.    Securities Purchase Agreement of Genius Brands International, Inc. dated October 28, 2019 (TOON00008500)

123.    Common Stock Purchase Warrant between Anson Investments and Genius Brands International, Inc. dated October 29, 2019 (ANSON_00013340)

124.    Email from Joe Reda to Richard Abbe dated November 11, 2019 (Exhibit 14 to Deposition of Richard Abbe, IRO-AUG-0005603)

9

**Exhibit**

125.  Email from Jonathan Schechter to Richard Molinsky dated December 10, 2019 (RM0000833)

126.  Email chain between Bob Denton, Joe Reda, and Richard Abbe dated December 10, 2019 (TOON00013451)

127.  Email chain between Sam Winer and Jonathan Schechter dated December 14, 2019 (CVI_0002262)

128.  Email from Jonathan Schechter to Richard Molinsky dated December 14, 2019 (RM0000852)

129.  Email chain between Jonathan Schechter, Richard Abbe, and Kim Page dated December 14, 2019 (TOON00008748)

130.  Email chain between Jonathan Schechter and Amin Nathoo dated December 14, 2019 (TOON00008751)

131.  Email chain between Sam Winer and Jonathan Schechter dated December 14, 2019 (CVI_0002331)

132.  Email from Marina Gorecki to shex@theseg.com dated December 15, 2019 (Exhibit 16 to deposition of Shaye Hirsch, TOON00008725)

133.  Warrant Exercise Agreement between Brio Capital Master Fund Ltd. and Genius Brands International, Inc. dated December 16, 2019 (BRIO_004001)

134.  Warrant Exercise Agreement between Brio Capital Master Fund Ltd. and Genius Brands International, Inc. dated December 16, 2019 (BRIO_004011)

135.  Warrant Exercise Agreement between Empery Tax Efficient II, LP and Genius Brands International, Inc. dated December 16, 2019 (EMPGNUS0005390)

136.  Warrant Exercise Agreement between Richard Molinsky and Genius Brands International, Inc. dated December 16, 2019 (TOON00011683)

137.  Warrant Exercise Agreement between Richard Molinsky and Genius Brands International, Inc. dated December 16, 2019 (TOON00011693)

138.  Warrant Exercise Agreement between Anson Investments and Genius Brands International, Inc. (TOON00008811)

139.  Warrant Exercise Agreement between Anson Investments and Genius Brands International, Inc. (TOON00008814)

**Exhibit**

| | |
|---|---|
| 140. | Holder Signature Pages to GNUS December 2019 Warrant Exercise Agreement of Richard Molinsky (RM0000892) |
| 141. | Email from Amin Nathoo to Joe Reda dated January 14, 2020 (Exhibit 13 to Deposition of Amin Nathoo, ANSON_00005199) |
| 142. | Email from Joe Reda to Amin Nathoo dated January 15, 2020 (EW-AUG0012788) |
| 143. | Email from Amin Nathoo to Joe Reda dated January 15, 2020 (EW-AUG0000524) |
| 144. | Email from Brett Director to Jonathan Schechter dated January 16, 2020 (Exhibit 9 to Deposition of Jonathan Schechter, EMPGNUS0010245) |
| 145. | Email from Jonathan Schechter to Amin Nathoo dated January 21, 2020 (ANSON_00010397) |
| 146. | Email from Jonathan Schechter to Amin Nathoo dated January 21, 2020 (Exhibit 15 to Deposition of Amin Nathoo, EW-AUG0013042) |
| 147. | Email from Joe Reda to Amin Nathoo dated January 21, 2020 (ANSON_00056971) |
| 148. | Email chain between Amin Nathoo and Joe Reda dated January 22, 2020 (ANSON_00005613) |
| 149. | Term sheet between Genius Brands International, Inc. and Anson Investments Master Fund dated January 22, 2020 (ANSON_00016150) |
| 150. | Term sheet between Genius Brands International, Inc. and Anson Investments Master Fund dated January 22, 2020 (Exhibit 17 to Deposition of Amin Nathoo, ANSON_00003371) |
| 151. | Email from Joe Reda to Richard Abbe dated January 23, 2020 (Exhibit 18 to Deposition of Richard Abbe, EW-AUG0012953) |
| 152. | Email from Joe Reda to Sam Winer dated January 23, 2020 (EW-AUG0012979) |
| 153. | Email from Jonathan Schechter to Joe Reda and Sam Winer dated January 23, 2020 (Exhibit 4 to Deposition of Sam Winer, CVI_0001156) |
| 154. | Email from Jonathan Schechter to Joe Reda dated January 23, 2020 (Exhibit 4 to Deposition of Jonathan Schechter, EW-AUG0013057) |

**Exhibit**

155.    Email from Jonathan Schechter to Joe Reda dated January 23, 2020 (EW-AUG0013088)

156.    Email from Joe Reda to Robert F. Charron dated January 23, 2020 (Exhibit 18 to Deposition of Amin Nathoo, ANSON_00009714)

157.    Email from Joe Reda to Jonathan Schechter dated January 23, 2020 (Exhibit 3 to Deposition of Jonathan Schechter, EMPGNUS0004566)

158.    Email from Joe Reda to Shaye Hirsch dated January 23, 2020 (Exhibit 21 to Deposition of Shaye Hirsch, EW-AUG0013095)

159.    Email from Joe Reda to Sam Winer dated January 24, 2020 (Exhibit 6 to Deposition of Jonathan Schechter, CVI_0001165)

160.    Email from Charles Phillips to Joe Reda and Jonathan Schechter dated January 24, 2020 (ANSON_00009461)

161.    Email from Robert F. Charron to Brett Director dated January 28, 2020 (Exhibit 5 to Deposition of Ryan Lane, EMPGNUS0009392)

162.    Email from Ryan Lane to Joe Reda dated January 29, 2020 (Exhibit 5 to Deposition of Jonathan Schechter, EMPGNUS0009565)

163.    Email from Sam Winer to Joe Reda dated January 29, 2020 (CVI_0001198)

164.    Email from Robert F. Charron to Jonathan Schechter and Jeffrey Schultz dated February 3, 2020 (ANSON_00004700)

165.    Email from Joe Reda to Richard Molinsky dated February 10, 2020 (RM0001124)

166.    Email from Jeffrey Schultz to Joe Reda dated February 24, 2020 (ANSON_00001673)

167.    Email chain between Joe Reda, Robert Charron, and Ryan Lane dated March 1, 2020 (EMPGNUS0003089)

168.    Amendment, Waiver, and Consent dated March 2020 by Genius Brands International, Inc., and the holder of Shares and Warrants (CVI_0001734)

169.    Email chain between Jonathan Schechter and Sam Winer dated March 2, 2020 (CVI_0002416)

170.    Email chain between Jonathan Schechter and Ryan Lane dated March 2, 2020 (EW-AUG0013582)

**Exhibit**

171.    Email chain between Joe Reda and Kim Page dated March 2, 2020 (EW-AUG0014638)

172.    Email chain between Jonathan Schechter, George Antonopoulos, Rick Allison, and Yoav Roth dated March 2, 2020 (EW-AUG0014771)

173.    Email chain between Jonathan Schechter, Mitchell Kopin, and Keith Goodman dated March 2, 2020 (EW-AUG0014506)

174.    Email chain between Jonathan Schechter and AJ Pomper dated March 2, 2020 (EW-AUG0015037)

175.    Email chain between Jonathan Schechter and Tucker Andersen dated March 2, 2020 (EW-AUG0014110)

176.    Email chain between Jonathan Schechter and Richard Molinsky dated March 2, 2020 (EW-AUG0013978)

177.    Email chain between Jonathan Schechter and Shaye Hirsch dated March 2, 2020 (EW-AUG0014374)

178.    Email chain between Jonathan Schechter, Robert Wolf, and Nirei Levi dated March 2, 2020 (EW-AUG0014905)

179.    Email from Jonathan Schechter to Jaime Taicher dated March 2, 2020 (EW-AUG0015169)

180.    Email chain between Jonathan Schechter and David Feldman dated March 2, 2020 (EW-AUG0013714)

181.    Email chain between Jonathan Schechter and Michael Klein dated March 2, 2020 (EW-AUG0013846)

182.    Email chain between Jonathan Schechter and Bruce Hankerson dated March 2, 2020 (EW-AUG0015301)

183.    Email chain between Jonathan Schechter and Jamie Taicher dated March 2, 2020 (EW-AUG0015169)

184.    Email from Jonathan Schechter to Joe Reda dated March 2, 2020 (EW-AUG0014242)

185.    Email from Jonathan Schechter to Jeff Kone dated March 2, 2020 (EW-AUG0015701)

**Exhibit**

186. Email from Jonathan Schechter to Joe Reda dated March 2, 2020 (EW-AUG0015569)

187. Email from Jonathan Schechter to Richard Molinsky dated March 2, 2020 (RM0001157)

188. Email from Joe Reda to Jonathan Schechter dated March 2, 2020 (RM0001155)

189. Email from Jonathan Schechter to David Jenkins dated March 3, 2020 (EW-AUG0016043)

190. Voting Agreement between Genius Brands International, Inc. and its principal stockholders, dated March 3, 2020 (TOON00000559)

191. Email from Richard Molinsky to Joe Reda dated March 4, 2020 (RM0003219)

192. Email from Ryan Lane to Joe Reda dated March 4, 2020 (EMPGNUS0009956)

193. Email from Brett Director to Jonathan Schechter and Ryan Lane dated March 4, 2020 (EMPGNUS0009271)

194. Email from Joe Reda to Ryan Lane dated March 5, 2020 (EMPGNUS0009655)

195. Email from Jonathan Schechter to Sam Winer dated March 6, 2020 (CVI_0001223)

196. Email from Jonathan Schechter to Brett Director dated March 6, 2020 (EMPGNUS0009929)

197. Email from Jonathan Schechter to Richard Molinsky dated March 10, 2020 (RM0001393)

198. Email from Joe Reda to Jonathan Schechter dated March 10, 2020 (IRO-AUG-0006286)

199. Email from Jonathan Schechter to Sam Winer dated March 10, 2020 (CVI_0001330) (*includes only cover pages for email attachments included with this filing due to size*)

200. Lock-Up Agreement between Genius Brands International, Inc. and its principal stockholders, dated March 10, 2020 (TOON00000607)

**Exhibit**

201.    Email from Jeffrey Schultz to Bob Denton dated March 11, 2020 (Exhibit 12 to Deposition of Ryan Lane, TOON00011940)

202.    Email from support@theseg.com to shex@theseg.com dated March 11, 2020 (waivers.pdf attachment) (EW-AUG0007798)

203.    Email from Jonathan Schechter to Joe Reda dated March 11, 2020 (EW-AUG0016222)

204.    Securities Purchase Agreement for Genius Brands International, Inc. dated March 11, 2020 (TOON00000001)

205.    Email from Jonathan Schechter to Richard Molinsky - Max Communications and Richard Molinsky dated March 12, 2020 (RM0001824)

206.    Email on behalf of Ashna Pai via Docusign to Richard Molinsky dated March 13, 2020 (RM0001798)

207.    Email chain between Brett Director, Jonathan Schechter, and Ryan Lane dated March 13, 2020 (EMPGNUS0008547)

208.    Email from support@theseg.com to shex@theseg.com dated March 13, 2020 (2.14.19 WAIVER.pdf attachment) (EW-AUG0008038)

209.    Email from support@theseg.com to shex@theseg.com dated March 13, 2020 (8.17.18 WAIVER.pdf attachment) (EW-AUG0007994)

210.    Email from support@theseg.com to shex@theseg.com dated March 13, 2020 (10.28.19 WAIVER.pdf attachment) (EW-AUG0008066)

211.    Master Netting Agreement dated March 13, 2020 (TOON00000328)

212.    Email chain between Joe Reda and Andy Heyward dated March 20, 2020 (TOON00018414)

213.    Email from Joe Reda to Jonathan Schechter dated March 21, 2020 (EW-AUG0000935)

214.    Email from Jonathan Schechter to Joe Reda dated March 21, 2020 (Exhibit 14 to deposition of Ryan Lane, EMPGNUS0001789)

215.    Email from Joe Reda to Amin Nathoo dated March 21, 2020 (ANSON_00011584)

216.    Email chain between Joe Reda and Jonathan Schechter dated March 22, 2020 (EW-AUG0000879)

**Exhibit**

217.  Securities Purchase Agreement for Genius Brands International, Inc. dated March 22, 2020 (TOON00009924)

218.  Purchaser Signature Pages to GNUS Securities Purchase Agreement dated May 6, 2020 (EW-AUG0027410)

219.  Email chain between Jonathan Schechter and Joe Reda May 6, 2020 (TOON00018457)

220.  Email from Jonathan Schechter to Richard Molinsky dated May 6, 2020 (RM0002285)

221.  Email from Jonathan Schechter to Rich Abbe and Kim Page dated May 6, 2020 (IRO-AUG-0006551)

222.  Email from Joe Reda to Jonathan Schechter, Rich Abbe, and Kim Page dated May 6, 2020 (IRO-AUG-0006553)

223.  Email from Richard Molinsky to Joe Reda dated May 6, 2020 (EW-AUG0001102)

224.  Email from Bob Denton to Richard Molinsky dated May 6, 2020 (RM0003637)

225.  Email chain between Bob Denton, Jonathan Schechter, and Michael Jaffa dated May 6, 2020 (TOON00013838)

226.  Email from Jonathan Schechter to Sam Winer sending transaction documents dated May 7, 2020 (CVI_0000820)

227.  Email from Amin Nathoo to Jonathan Schechter and Laura Salvatori dated May 8, 2020 (Exhibit 39 to deposition of Jonathan Schechter, ANSON_00012931)

228.  Email from Jonathan Schechter to Sam Winer sending transaction documents dated May 8, 2020 (CVI_0001993)

229.  Email chain between Amin Nathoo, Jonathan Schechter, and Laura Salvatori dated May 8, 2020 (EW-AUG0001193)

230.  Purchaser Signature Pages to GNUS Securities Purchase Agreement dated May 8, 2020 (TOON00010018)

231.  Email from Brett Director to Jeffrey Schultz and Robert F. Charron dated May 15, 2020 (EMPGNUS0004685)

**Exhibit**

232.    Email from Brett Director to Jonathan Schechter dated May 16, 2020 (Exhibit 17 to Deposition of Ryan Lane, EMPGNUS0004718)

233.    Email from Joe Reda to Linda Mackay dated May 16, 2020 (TOON00018480)

234.    Email from Jonathan Schechter to Richard Molinsky dated May 16, 2020 (RM0002589)

235.    Email chain between Sam Winer and Jonathan Schechter dated May 17, 2020 (CVI_0002050)

236.    Email from Richard Molinsky to Joe Reda dated May 17, 2020 (RM0002577)

237.    Email from Joe Reda to Jonathan Schechter dated May 17, 2020 (IRO-AUG-0006997)

238.    Email chain between David Feldman, Jonathan Schechter, and Joe Reda discussing deal documents dated May 17, 2020 (Exhibit 9 to Deposition of David Feldman, L1_003043)

239.    Email chain between Jonathan Schechter, Amin Nathoo, and Robert Charron dated May 17, 2020 (ANSON_00012512)

240.    Purchaser Signature Pages to GNUS Securities Purchase Agreement dated May 17, 2020 (TOON00016524)

241.    Purchaser Signature Pages to GNUS Securities Purchase Agreement dated May 17, 2020 (TOON00016544)

242.    Leak-Out Agreement signed by Shaye Hirsch for Brio Select Opportunities Fund, LP dated May 18, 2020 (TOON00014699)

243.    Email from Richard Molinsky to Bob Denton Gnus dated May 18, 2020 (RM0003506)

244.    Leak-Out Agreement signed by Richard Abbe for Iroquois Capital Investment Group LLC dated May 18, 2020 (IRO-AUG-0007046)

245.    Email from Bob Denton to Richard Molinsky dated May 19, 2020 (RM0002498)

246.    Email from Richard Molinsky to Jonathan Schechter, Alan Langer, and Jschultz dated May 23, 2020 (RM0003490)

247.    Email chain between Ryan Lane and Jonathan Schechter dated May 23, 2020 (EMPGNUS0005359)

**Exhibit**

248.     Email from Richard Molinsky to Bob Denton Gnus and Michael Jaffa dated May 26, 2020 (RM0003485)

249.     Email from Joe Reda to Shaye Hirsch dated May 28, 2020 (EW-AUG0001302)

250.     Email from Jonathan Schechter to Richard Molinsky dated May 28, 2020 (RM0002755)

251.     Securities Purchase Agreement for Genius Brands International, Inc. dated May 28, 2020 (TOON00008570)

252.     Communication from Dan Ripp re: Handling of Genius Brands International (NASDAQ: GNUS) dated May 28, 2020 (EW-AUG0016714)

253.     Email from Jonathan Schechter to Dan Ripp dated June 2, 2020 (EW-AUG0016713)

254.     Leak-Out Agreement between Iroquois Capital Investment Group LLC and Genius Brands International, Inc. dated June 22, 2020 (EW-AUG0004658)

255.     Leak-Out Agreement between Iroquois Master Fund Ltd. and Genius Brands International, Inc. dated June 22, 2020 (EW-AUG0004662)

256.     Execution of Leak-Out Agreement between CVI Investments, Inc. and Genius Brands International, Inc. dated June 22, 2020 (CVI_0003482)

257.     Execution of Leak-Out Agreement between Richard Molinsky and Genius Brands International, Inc. dated June 22, 2020 (EW-AUG0004668)

258.     Email from Jonathan Schechter to Rich Abbe dated June 22, 2020 (IRO-AUG-0008373)

259.     Execution of Leak-Out Agreement between Anson Investments Master Fund LP and Genius Brands International, Inc. dated June 22, 2020 (ANSON_00012652)

260.     Execution of Leak-Out Agreement between Brio Capital Master Fund, Ltd. and Genius Brands International, Inc. dated June 22, 2020 (BRIO_001804)

261.     Execution of Leak-Out Agreement between Empery Asset Management, LP and Genius Brands International, Inc. dated June 22, 2020 (EMPGNUS0005777)

18

**Exhibit**

262.    Leak-Out Agreement between L1 Capital and Genius Brands International, Inc. dated June 23, 2020 (TOON00016618)

263.    Plaintiff Todd Augenbaum's Omnibus Responses and Objections to Defendants' First Sets of Interrogatories, dated September 17, 2024

264.    Max Holmes Voting Common Equity Positions Table dated December 16, 2024 (Exhibit 3 to Deposition of Max Holmes)

265.    Email from Joe Reda to Sam Winer dated March 4, 2020 (CVI_0001209)

266.    Email chain between Joe Reda, Jonathan Schechter, and Sam Winer dated March 10, 2020 (CVI_0001801)

267.    Email from Sam Winer to Jonathan Schechter, Joe Reda, and Linda Mackay dated March 10, 2020 (EW-AUG0016370)

268.    Email from Joe Reda to Brett Director, Ryan Lane, and Jonathan Schechter dated January 24, 2020 (EMPGNUS0002005)


I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 15, 2025                    /s/ Andrew D. Gladstein
        New York, New York                 Andrew D. Gladstein