# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>       Plaintiff,<br><br>    v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; and RICHARD MOLINSKY,<br><br>         Defendants.<br><br>    -and-<br><br>KARTOON STUDIOS, INC.<br><br>        Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS<br><br><br>DECLARATION OF A.J. POMPER |

Ari (A.J.) Pomper declares under penalty of perjury:

1. In February 2020, I was a Managing Director of Obsidian Global Partners LLC, an investment manager for defendant M3A LP ("M3A").

2. On February 29, 2020, I received an email from Joe Reda attaching a January 22 term sheet with respect to a PIPE offering by Genius Brands International. (Exhibit A hereto). Prior to February 29, neither M3A nor 3i LP nor Obsidian had previously had any contact with SEG or anyone else regarding a proposed Genius Brands PIPE offering.

3. Following receipt of the term sheet, I and employees of M3A conducted due diligence concerning Genius Brands and the economics of the proposed transaction as set forth in the term sheet.

4. Neither M3A nor 3i nor Obsidian had any role in negotiating the term sheet, and no communications, written oral, with any other investor in Genius Brands.

5. On or about March 11, 2020 M3A entered into a Securities Purchase Agreement with Genius Brands pursuant to which M3A received a convertible promissory note and warrants to purchase Genius Brands common stock.

6. Subsequent to March 11, 2020, SEG on behalf of Genius Brands offered M3A several opportunities to purchase Genius Brands common stock. M3A purchased shares on May 7, 2020, but declined offers on May 8, May 18, and May 28. Neither M3A nor 3i nor Obsidian had any communication with any other investor regarding these subsequent offers and were unaware of whether or not any investor purchase stock in these subsequent offerings.

7. On or about May 13, 2020 and again on June 13, 2020 we were contacted by Genius Brands which offered to register shares then owned by M3A in return for the execution of a leak-out agreement. Neither M3A nor 3i nor Obsidian had any contact with any other investor in connection with the leak-out agreements. The offer to register our shares was not dependent on the execution of a leak-out agreement by any other investor.


Dated:        New York, New York

              January 15, 2025

                        *Aj Pomper*
                        Aj Pomper (Jan 15, 2025 14:41 EST)
_____
                        A. J. Pomper



2