# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>   Plaintiff,<br><br>  v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; and RICHARD MOLINSKY,<br><br>   Defendants.<br><br>  -and-<br><br>KARTOON STUDIOS, INC.<br><br>   Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS<br><br>DECLARATION OF MAIER TARLOW |

Maier Tarlow declares under penalty of perjury:

1. I am the Managing Member of 3i LP, a 90% limited partner in defendant M3A LP.

2. The decision by M3A in March 2020 to enter into a transaction involving the acquisition of securities of Genius Brands International through a PIPE was made by me after reviewing due diligence.

3. Neither I  nor, to my knowledge, anyone else at 3i or M3A had any communication, written or oral, with any other investor regarding Genius Brands.

4. Neither 3i nor M3A had previously purchased any Genius Brand securities.

5. Neither I nor, to my knowledge, anyone else at M3A participated in the negotiation of the term sheet governing the Genius Brands PIPE deal. The term sheet was dated January 22, 2020, more than one month before we learned of the PIPE offering. M3A played no role in selecting Anson as "lead investor" for the investors in the PIPE transaction.

6. Subsequent to the initial investment, Genius Brands offered to register common stock owned by M3A in the PIPE deal and a subsequent offering. As a condition of registration, Genius Brands insisted that M3A execute  two leak-out agreements purporting to restrict M3A's sales of Genius Brands common stock.  Neither I nor to my knowledge anyone at M3A had any communication, written or oral, with any other investor  concerning the leak-out agreement.

7. Subsequent to M3A's acquisition of Genius Brands common stock, I directed the sale of that stock over time on the open market. Neither I nor, to my knowledge, anyone else at 3i or M3A  had any communication, oral or written, with any other investor concerning my decision to sell Genius Brands, the timing or manner of that decision.

8.. My decision to enter into the Genius Brands transaction and to sell Genius Brands shares was mine alone. It was not dependent on the identity or activities of any other investor.

Dated:       New York, New York

January 15, 2025



_____

Maier Tarlow