# Exhibit 73

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## Notice of Effectiveness

**Effectiveness Date:**        June 10, 2020 4:00 P.M.

**Form:**        S-3

**CIK:**        0001355848

**Company Name:**    Genius Brands International, Inc.

**File Number:**    333-238928