# Exhibit 80

*The New York Times*

# Plainfield to Return Money to Investors, Report Says

**By Dealbook**    March 26, 2010 4:38 am

**Plainfield Asset Management**, the hedge fund run by Max Holmes, is planning to wind down its current portfolio and start over with its remaining funds, The New York Post reported.

According to The Post, the hedge fund, beaten up during the market crisis of 2008, "is packing up its posh offices in Greenwich, Conn., and moving into its disaster-recovery offices in nearby Stamford, Conn."

As Fortune reported in January, Plainfield oversees around $3.3 billion in assets, but about $2.74 billion of that is from investors who are stuck behind the gates the fund raised during the financial crisis to prevent a lightning-quick liquidation.

Mr. Holmes plans to return the money to investors and use the remaining $500 million to "start over again," The Post reported, citing an employee.

Run by veterans of top investment banks and staffed by well-credentialed academics, Plainfield was an archetypal hedge fund: at its peak, it held $5 billion in assets under management, and it had even signed a $7.3 million lease for its offices in Greenwich. (Fortune estimated the rent at about $80,000 per employee each year.)

Fortune noted that part of Plainfield's problem was that much of its assets were invested in illiquid, hard-to-value investments like real estate, rather than easily tradable instruments like stocks and bonds.

The move also comes as the hedge fund faces lawsuits accusing it of predatory lending practices, claims that Plainfield has denied, The Post said.

The Post, citing its sources, said that around 25 employees will move to the Stamford office, but the hedge fund's general counsel, Tom Fritsch, told the newspaper the number is closer to 70. At its height, Plainfield employed around 160 people, The Post said.

Go to Article from The New York Post »

Go to Related Item from DealBook »

Comments are no longer being accepted.

---

© 2017 The New York Times Company