# Exhibit 82



**RECOMMENDED**



**Amex cardholders at JFK will no longer enjoy this unusual lounge…**



**Credit Suisse hid Nazi bank accounts under 'American blacklist' fi…**



**Tech 'to sa self-c**

*BUSINESS*

# New complaint hits hedge exec

By Kaja Whitehouse

Published Dec. 23, 2010, 5:00 a.m. ET

April 2024: Do Kwon, Terra Found Liable For Fraud

Max Holmes, founder of the embattled hedge fund Plainfield Asset Management, is on the hot seat yet again.

The former Drexel Burnham trader has been hit with a second whistleblower complaint — this one by a small investor in a company partially controlled by Stamford, Conn.-based Plainfield.

The complaint, obtained by The Post, was filed by John Wust, a Minnesota doctor who said he lost half a million dollars in a little-known manufacturing company, Wolverine Tube, which recently filed for bankruptcy protection.

Wust, who saw his three percent stake go up in smoke in the bankruptcy, wants the Securities Exchange and Commission to investigate whether Plainfield hammered out a deal with the manufacturer to raise $28 million in common stock in 2007 as part of a financial rescue, while secretly gunning for a bankruptcy.

Plainfield "used 'insider' information to sell shares of common stock to the public knowing that it would take actions to deliver the company into its own ownership as a 'note holder'" through bankruptcy, Wust told the SEC.



Wust made similar accusations to the Delaware bankruptcy judge overseeing the case in November.

"Any complaints by unhappy shareholders in the Wolverine case are being dealt with by the Delaware bankruptcy court, which is the appropriate forum for any complaints, particularly frivolous ones like those at issue here," said Whit Clay, a Plainfield spokesman.

Clay also said the Manhattan District Attorney's office, which had been investigating complaints of loan-to-own at Plainfield, "advised us that they have no further questions for us regarding so-called 'predatory lending.'"

A spokeswoman for Cyrus Vance, the Manhattan DA, declined to comment. The SEC also declined to comment.

Earlier this year, an anonymous SEC whistleblower accused Holmes of intentionally overvaluing the firm's assets for excess fees.