# Exhibit 83

IN WITNESS WHEREOF, the undersigned have executed this Warrant Exercise Agreement as of the date first written above.

COMPANY:

GENIUS BRANDS INTERNATIONAL, INC.

By: _Michael Jaffa_
Name: _____Michael Jaffa_____
Title: _____General Counsel_____

**Bank Account and Wire Instructions**

Genius Brands International
U.S. Bank
633 West Fifth Street, 29th Floor
Los Angeles, CA 90071
ABA 122235821, SWIFT USBKUS44IMT
A/C No. 157506541653

**WARRANT HOLDER:**

**[NAME OF WARRANT HOLDER]**

By: _____
Name: _____
Title: _____

*Signature Page to GNUS Warrant Exercise Agreement – October 2017 Warrants*

RM0000850