# Exhibit 84

## Restructuring

**From:**   Joe Reda <reda@theseg.com>
**To:**     Jonathan Schechter <shex@theseg.com>, bdenton@gnusbrands.com, aheyward@gnusbrands.com, mjaffa@gnusbrands.com, Richard Abbe <rabbe@icfund.com>, Andrew Arno <andy@theseg.com>
**Date:**   Thu, 15 Aug 2019 15:39:18 -0400

Shex

Looks like GNUS is going to do a restructuring with existing note holders thru SEG.    Not a new financing by aegis.   Aegis was going to do common only retail only and we all know the ending to that movie.

Anyway, rich abbe and the lawyers will have to figure out the mechanics and specifics with nasdaq rules etc, but here's Richie's basic premise.  Richie, correct me if I'm wrong.

1.  Note holders extend til 12/31.

2.  All note holders lower strike price and warrants to today's market prices.   (NASDAQ?).

3.  Note holders tack so they begin to amortize 1/6th of their note into equity immediately at some agreed upon variable priced discount.  For those that don't know how to trade a VRT instrument (like Wolf) Richie and Amin will Buy their Notes 1/6th at a time to take pressure off the company from repaying debt.

4.  First 20% of shares amortized will be the floor/max allowed to be issued until shareholders vote and approve to allow more than 20% to convert.

5.  Andy bridging the company for $500k now and potentially another $500k next month and will have a MFN into whatever new deal vehicle Richie and Amin decide to split 50/50 (Shaye May come in on the bridge loan).

6.   Company announces the restructuring.

7.   Hopefully stock has a run and we can be opportunistic off the shelf with Amin and Richie.

8.  SEG will be exclusive engaged banker on all restructurings and all future deals.

9.  Aegis will Be terminated.

10.   Order is restored in the universe.

This email is not to be forwarded to anyone.    These are talking points only and Richie needs to finalize agreement with lawyers.

We want to announce this restructuring ASAP before we announce the Q so we can have some good news for the stock to breathe.

We should also publicly announce that aegis deal is CANCELLED.    NOT POSTPONED.   CANCELLED.  Thats the best way for stock to MAYBE have a rally and provide liquidity for the Equitization of debt.

Then when the company has less or no debt left we do a reIPO and recapitalize the company.   Will most like end up being a highly Structured transaction.

IRO-AUG-0005383

Andy needs to be protected on future dilution.

I'm sure I missed a bunch but that's the basics.

Reda

Sent from my iPhone
The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
***************************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

Confidential

IRO-AUG-0005384