# Exhibit 85

| Number of participants | 2 |
|---|---|
| Participants | 9172735826@s.whatsapp.net Shaye Hirsch |
| | 9175694824@s.whatsapp.net Benjamin Herskovich |
| Number of messages | 19 |
| First message sent date/time | June 11, 2020 8:17:22 AM |
| Last message sent date/time | June 11, 2020 10:08:11 PM |

**9175694824@s.whatsapp.net Benjamin Herskovich**          June 11, 2020 8:17:22 AM

Is that u selling?

**9172735826@s.whatsapp.net Shaye Hirsch**          June 11, 2020 8:17:37 AM

Yes, and plenty others too

**9172735826@s.whatsapp.net Shaye Hirsch**          June 11, 2020 8:17:44 AM

Registration went effective

**9172735826@s.whatsapp.net Shaye Hirsch**          June 11, 2020 8:17:50 AM

For the shares from the warrants

**9175694824@s.whatsapp.net Benjamin Herskovich**          June 11, 2020 8:18:41 AM

Will let u focus - let me know how u did

BRIO_007424

**9172735826@s.whatsapp.net Shaye Hirsch**          **June 11, 2020 8:19:12 AM**

K

**9175694824@s.whatsapp.net Benjamin Herskovich**          **June 11, 2020 5:45:06 PM**

Will call u back

**9172735826@s.whatsapp.net Shaye Hirsch**          **June 11, 2020 5:45:12 PM**

Ok

**9175694824@s.whatsapp.net Benjamin Herskovich**          **June 11, 2020 6:42:41 PM**

You have some time but you should also not wait till dec to speak to murry (or someone else) about tax planning

**9172735826@s.whatsapp.net Shaye Hirsch**          **June 11, 2020 6:43:43 PM**

Yeah, was thinking that. Thanks

**9172735826@s.whatsapp.net Shaye Hirsch**          **June 11, 2020 9:50:41 PM**

Hi, where'd you get the brio select (genius) breakdown?

BRIO_007425

**9175694824@s.whatsapp.net Benjamin Herskovich**          June 11, 2020 10:00:31 PM

Which part?

**9172735826@s.whatsapp.net Shaye Hirsch**          June 11, 2020 10:01:08 PM

The investor breakdown/amounts

**9175694824@s.whatsapp.net Benjamin Herskovich**          June 11, 2020 10:01:21 PM

I looked on the server

**9172735826@s.whatsapp.net Shaye Hirsch**          June 11, 2020 10:01:45 PM

Oh cool. I looked today and couldn't find it

**9172735826@s.whatsapp.net Shaye Hirsch**          June 11, 2020 10:02:02 PM

Other then looking through each investor document

**9175694824@s.whatsapp.net Benjamin Herskovich**          June 11, 2020 10:03:07 PM

U have an excel called summary

**9172735826@s.whatsapp.net Shaye Hirsch**          June 11, 2020 10:04:15 PM

Ok, cool. Marina must've created

BRIO_007426

**9172735826@s.whatsapp.net Shaye Hirsch**    **June 11, 2020 10:08:11 PM**

Gonna have her input the trades on some spreadsheet as well

BRIO_007427