# Exhibit 160

Message
_____

**From:**      Charles Phillips [cphillips@egsllp.com]
**Sent:**      1/24/2020 4:15:18 PM
**To:**        Joe Reda [reda@theseg.com]; Jonathan Schechter [shex@theseg.com]
**CC:**        Amin Nathoo [anathoo@ansonfunds.com]; Robert F. Charron [rcharron@egsllp.com]
**Subject:**   RE: GNUS - Revised Transaction Documents


I'm sure whatever comments Brett has will just improve the docs for all.  Just need to get the company to
start their review, especially given the time crunch.

Charles Phillips
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 944-7454
email: cphillips@egsllp.com
website:
https://can01.safelinks.protection.outlook.com/?url=www.egsllp.com&amp;data=02%7C01%7Canathoo%40ansonfund
s.com%7C0fe4cb7359b646d463ec08d7a112848b%7Ccc9b37f8dcad49d5ae78c4bd3b8862f3%7C0%7C0%7C637154973223130232&
amp;sdata=Uc49sUC4wYNwVp5MIn%2BN200%2FKIPgbc31UJG0tk7ptG4%3D&amp;reserved=0

-----Original Message-----
From: Joe Reda <reda@theseg.com>
Sent: Friday, January 24, 2020 4:11 PM
To: Charles Phillips <cphillips@egsllp.com>; Jonathan Schechter <shex@theseg.com>
Cc: Amin Nathoo <anathoo@ansonfunds.com>
Subject: Re: GNUS - Revised Transaction Documents

Brett Director to see before company.    Empery is going to make 304847 comments.


Sent from my iPhone

> On Jan 24, 2020, at 3:55 PM, Charles Phillips <cphillips@egsllp.com> wrote:
>
> What did he want?
>
> Charles Phillips
> Ellenoff Grossman & Schole LLP
> 1345 Avenue of the Americas
> New York, NY 10105
> Telephone: (212) 944-7454
> email: cphillips@egsllp.com
> website:
https://can01.safelinks.protection.outlook.com/?url=www.egsllp.com&amp;data=02%7C01%7Canathoo%40ansonfund
s.com%7C0fe4cb7359b646d463ec08d7a112848b%7Ccc9b37f8dcad49d5ae78c4bd3b8862f3%7C0%7C0%7C637154973223130232&
amp;sdata=Uc49sUC4wYNwVp5MIn%2BN200%2FKIPgbc31UJG0tk7ptG4%3D&amp;reserved=0
>
> -----Original Message-----
> From: Joe Reda <reda@theseg.com>
> Sent: Friday, January 24, 2020 3:55 PM
> To: Charles Phillips <cphillips@egsllp.com>
> Cc: Amin Nathoo <anathoo@ansonfunds.com>
> Subject: Re: GNUS - Revised Transaction Documents
>
> Shit     This is not what Shex wanted.     But he's dark.    Not your fault.
>
> Sent from my iPhone
>
>> On Jan 24, 2020, at 3:43 PM, Charles Phillips <cphillips@egsllp.com> wrote:
>>
>> Everyone
>>
>> Attached please find the revised transaction documents, along with redlines to the previously
circulated versions.  Please note, in the interest of time, we are distributing these to our client and
therefore remain subject to their comments and review.  Please note, no changes to the Subsidiary
Guarantee, voting agreement or opinion were needed.
>>
>> Regards,
>> Charles
>>
>> Charles Phillips

CONFIDENTIAL                                                                    ANSON_00009461

>> Ellenoff Grossman & Schole LLP
>> 1345 Avenue of the Americas
>> New York, NY 10105
>> Telephone: (212) 944-7454
>> email: cphillips@egsllp.com
>> website:
https://can01.safelinks.protection.outlook.com/?url=www.egsllp.com&amp;data=02%7C01%7Canathoo%40ansonfund
s.com%7C0fe4cb7359b646d463ec08d7a112848b%7Ccc9b37f8dcad49d5ae78c4bd3b8862f3%7C0%7C0%7C637154973223130232&
amp;sdata=Uc49sUC4wYNwVp5MIn%2BN200%2FKIPgbc31UJG0tk7ptG4%3D&amp;reserved=0
>>
>> -----Original Message-----
>> From: Schultz, Jeffrey <JSchultz@mintz.com>
>> Sent: Monday, January 20, 2020 7:43 AM
>> To: Joe Reda <reda@theseg.com>
>> Cc: Jonathan Schechter <shex@theseg.com>; Langer, Alan
>> <AJLanger@mintz.com>; Michael Jaffa <mjaffa@gnusbrands.com>; Bob
>> denton <bdenton@gnusbrands.com>; Jon Ollwerther
>> <jollwerther@gnusbrands.com>; Andy Heyward <aheyward@gnusbrands.com>;
>> Charles Phillips <cphillips@egsllp.com>; Robert F. Charron
>> <rcharron@egsllp.com>; Matthew McCullough <mmccullough@egsllp.com>;
>> Amin Nathoo <anathoo@ansonfunds.com>; Laura Salvatori
>> <lsalvatori@ansonfunds.com>
>> Subject: Re: GNUS - Revised Transaction Documents
>>
>> Given that Nasdaq has not been provided docs yet, we have no visibility on Nasdaq timing.
>>
>> On Jan 20, 2020, at 7:33 AM, Joe Reda <reda@theseg.com> wrote:
>>
>>
>> When will Nasdaq will give the thumbs up to move forward?
>>
>> From: Jonathan Schechter
>> Sent: Friday, January 17, 2020 5:44 PM
>> To: Jeffrey Schultz; Alan Langer; Michael Jaffa; Bob denton; Jon
>> Ollwerther; Andy Heyward
>> Cc: Charles Phillips; Robert Charron; Matthew McCullough; Joe Reda;
>> Amin Nathoo; Laura Salvatori
>> Subject: GNUS - Revised Transaction Documents
>>
>> All-
>>
>> Attached please find the proposed transaction documents for your review.
>>
>> Amin is on a plane so the docs are still subject to Anson's review.
>>
>> The goal is to close this as quick as possible.
>>
>> Please use this email for the working group.
>>
>> Thanks-
>>
>> Shex
>>
>>
>>
>> .
>> The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
>> ***************************************************************** This email is only for use by the
intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR
OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review,
dissemination, replication or distribution of this communication and any attachments is strictly
prohibited. If you have received this communication in error, then please delete this email, any and all
attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward
this message, or any portion thereof, including any attachments, by any means to any other person
whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the
information in this communication nor any opinion or recommendation expressed herein constitutes an offer
to buy or sell any securities. The contents of this communication are for information purposes only, and
should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product.
Attachments that are part of an electronic communication may have additional important disclosures and
disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in
no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods
and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.
>> The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
>> ***************************************************** This email is only for use by the
intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR
OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review,
dissemination, replication or distribution of this communication and any attachments is strictly
prohibited. If you have received this communication in error, then please delete this email, any and all

                                                      ANSON_00009462

attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.
>>
>> _____
>>
>>
>>
>> STATEMENT OF CONFIDENTIALITY:
>> The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at DirectorofIT@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.
>>
>>
>>
>> Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.
>> <GNUS SPA.redline.doc>
>> <GNUS Sub Guarantee.1.doc>
>> <GNUS Voting Agreement.1.doc>
>> <GNUS Warrant.3.doc>
>> <GNUS Warrant.redline.doc>
>> <GNUS Debenture.3.doc>
>> <GNUS Debenture.redline.doc>
>> <GNUS Security Agreement.3.doc>
>> <GNUS Security Agreement.redline.doc> <GNUS SPA.3.doc> <GNUS
>> Opinion.1.doc> <GNUS RRA.2.doc> <GNUS RRA.redline.doc>
> The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
************************************************************* This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.
>
>
>
> Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.
The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
************************************************************* This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer

                                                                    ANSON_00009463

to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.


Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL