# Exhibit 167

**From:**     Joe Reda [reda@theseg.com]
**Sent:**     3/1/2020 6:13:53 PM
**To:**       Robert F. Charron [rcharron@egsllp.com]; Ryan Lane [ryan.lane@emperyam.com]
**CC:**       Brett Director [Brett.Director@emperyam.com]; notices [notices@emperyam.com]; Jonathan Schechter [shex@theseg.com]
**BCC:**      Martin.Hoe@emperyam.com; Alyson.Chung@emperyam.com; Bryan.Armenta@emperyam.com
**Subject:**  Re: GNUS - Revised Transaction Documents

Giddy up!!

Sent from my iPhone

On Mar 1, 2020, at 1:09 PM, Robert F. Charron <rcharron@egsllp.com> wrote:

Brett – good news on the Nasdaq front. They signed off on the documents with a few minor changes that Jeff outlines below. Attached please find the SPA, Note and Warrant with redlines against the last versions you reviewed. I'll be working on the other documents tomorrow although they were pretty much accepted as it. We are also sending these out to other investors for their review for the first time. Let me know if you have any comments or questions.

Robert Charron
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, New York 10105
Direct: (212) 931 8704
Cell: (917) 843 1457
Facsimile: (212) 401 4741
e-mail: rcharron@egsllp.com

**From:** Schultz, Jeffrey [mailto:JSchultz@mintz.com]
**Sent:** Friday, February 28, 2020 5:21 PM
**To:** Joe Reda <reda@theseg.com>
**Cc:** Robert F. Charron <rcharron@egsllp.com>; Jonathan Schechter <shex@theseg.com>; Charles Phillips <cphillips@egsllp.com>; Langer, Alan <AJLanger@mintz.com>; Michael Jaffa <mjaffa@gnusbrands.com>; Bob denton <bdenton@gnusbrands.com>; Jon Ollwerther <jollwerther@gnusbrands.com>; Andy Heyward <aheyward@gnusbrands.com>; Matthew McCullough <mmccullough@egsllp.com>; Amin Nathoo <anathoo@ansonfunds.com>; Laura Salvatori <lsalvatori@ansonfunds.com>
**Subject:** RE: GNUS - Revised Transaction Documents

We just spoke to Nasdaq and we have the green light to move forward pending a few items.

1.      In the Convertible Note, at the beginning of Section 7(a), we need to add that "provided that Nasdaq Stockholder Approval has been obtained" in order to permit the Conversions into shares at the Market Price. That was intended, so that is no problem.

2.      In order to make it an "at-the-market" deal that permits closing prior to Stockholder Approval, the "effective conversion price" must be at or greater than the Nasdaq Minimum Price. Because of the OID, Nasdaq treats the OID as "foregone interest" under FAQ 276 and, accordingly, the "effective conversion price" must be at or above the Nasdaq Minimum Price. I believe that the calculation for the Conversion Price would now be (x) $0.125 plus (y) 1.25 multiplied by the lower of (i) the arithmetic average of the five (5) Closing Prices of the Common Stock immediately prior to the immediately prior to signing definitive documents and (ii) the last Closing Price of the Common Stock immediately prior to signing definitive documents. The Conversion Price for Andy Heyward will need to be at or above the Nasdaq

consolidated closing bid price immediately prior to signing definitive documents pursuant to Nasdaq's Equity Compensation rules.

3.    The existing warrants to be repriced must not have been issued within the last 6 months.  To that end, they have asked for a schedule of the warrants (must have been issued in transactions that were more than six months ago) that will be repriced if Shareholder Approval is obtained. Such schedule should provide the date of issuance, the number of shares underlying such warrants, the current exercise price and the amended exercise price upon shareholder approval.  The Company should work with SEG to prepare such schedule based on the investors participating in the deal.

They will need to see the final documents when available with the pricing information, but we can move forward.

Amma at Nasdaq apologized for the delay as she was out on vacation and then got sick and then it took them a while to understand the documents, which as you know, are very dense.

Regards,
Jeff

d SIPC.

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.
<GNUS Note.redline.doc.docx>
<GNUS Note.5.docx>
<GNUS SPA.5.doc>
<GNUS Warrant.5.doc>
<GNUS Warrant.redline.doc.docx>
<GNUS SPA.redline.doc.docx>

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
************************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

EMPGNUS0003090