# Exhibit 193

**From:**       Brett Director [Brett.Director@emperyam.com]
**Sent:**       3/4/2020 10:04:18 PM
**To:**         Jonathan Schechter [shex@theseg.com]; Ryan Lane [Ryan.Lane@emperyam.com]
**CC:**         Joe Reda [reda@theseg.com]; Brett Director [Brett.Director@emperyam.com]
**Subject:**    RE: GNUS Investor Note

We haven't had good experiences with the SEC review process for registration for these types of deals.

From: Jonathan Schechter [mailto:shex@theseg.com]
Sent: Wednesday, March 04, 2020 5:03 PM
To: Ryan Lane <Ryan.Lane@emperyam.com>
Cc: Brett Director <Brett.Director@emperyam.com>; Joe Reda <reda@theseg.com>
Subject: GNUS Investor Note

So the Note doesn't get called until the 6 month anniversary but the problem is the company won't net enough cash from the first round to last 6 months...are you opposed to registering the deal and having the Note be called after the shareholder vote and an effective RS?

Jon Schechter
Partner
The Special Equities Group "SEG"

150 E 58th St - 28th Floor
New York, NY 10155
(W) 212.258.2343
(C) 516-698-6887

(Email) shex@TheSEG.com<mailto:shex@TheSEG.com>

[SEG_Logo_on_Blue_Cropped]
The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
****************************************************************

This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.


The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
************************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

EMPGNUS0009271



EMPGNUS0009272