# Exhibit 252

Message
_____

**From:**       Jonathan Schechter [shex@theseg.com]
**Sent:**       6/2/2020 12:15:58 PM
**To:**         Dan Ripp [dan.ripp@bradleywoods.com]
**CC:**         Andrew Arno [andy@theseg.com]
**Subject:**    Gnus memo
**Attachments:** GNUS Memo 6.2.20.docx; ATT00001.txt

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the
intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR
OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review,
dissemination, replication or distribution of this communication and any attachments is strictly
prohibited. If you have received this communication in error, then please delete this email, any and all
attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward
this message, or any portion thereof, including any attachments, by any means to any other person
whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the
information in this communication nor any opinion or recommendation expressed herein constitutes an offer
to buy or sell any securities. The contents of this communication are for information purposes only, and
should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product.
Attachments that are part of an electronic communication may have additional important disclosures and
disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in
no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods
and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

# NOTES TO THE FILES

Date:      May 28, 2020

From:      Dan Ripp

Re:        Handling of Genius Brands International (NASDAQ: GNUS)

_____

On March 10, 2020 Genius Brands International (the "Company") engaged Bradley Woods to be their exclusive placement agent in connection with helping them restructure their balance sheet.  The restructuring is being done in multiple stages.  Our Engagement Letter gives us fees of 7% cash on funds raised by us.

On May 27, 2020 GNUS common stock closed at $1.81.  In pre-market trading on May 28, 202 the stock was $2.10.  We received a call from Anson and Iroquois asking if the company was willing to sell common stock off its shelf registration statement at $1.50.  We spoke to the Company and they agreed to sell 15,000,000 shares at $1.50.  For purposes of NASDAQ, this was considered an "at-market" deal as it was equal to the average of the previous 5 days closing prices.  We had 7 investors in the transaction.  We exchanged signature pages at 1pm and put out an 8-K announcing the transaction at 1:30pm.  The transaction closed on Monday, June 1.  We received a cash fee of $2,100,000 ($30,000,000*7%=$2,100,000).

Confidential                                                                                      EW-AUG0016714

# Withheld for Technical Issues

EW-AUG0016715