# Exhibit 260

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by the undersigned, thereunto duly authorized, as of the date first set forth above.

Brio Capital Master Fund, Ltd.

[Signature]

Name: Shaye Hirsch
Title: Director

Principal amount of Investor Note: $209,000
Principal Amount of conversion of Note: 653,125
Number of Shares to be issued upon conversion of Note:
3,110,119

BRIO_001804

The parties hereto have executed this Leak-Out Agreement as of the date first set forth above.

Sincerely,

GENIUS BRANDS INTERNATIONAL, INC.

By:
　　Name: Michael Jaffa
　　Title:　General Counsel & Corporate Secretary

AGREED TO AND ACCEPTED:

"HOLDER"

Brio Capital Master Fund, Ltd.

　　　　　." --k ........___

By:
　　Name: Shaye Hirsch
　　Title: Director

BRIO_001805

The parties hereto have executed this Leak-Out Agreement as of the date first set forth above.

Sincerely,

GENIUS BRANDS INTERNATIONAL, INC.

By:
　　Name: Michael Jaffa
　　Title:   General Counsel & Corporate Secretary

AGREED TO AND ACCEPTED:

"HOLDER"

Brio Select Opportunities Fund, LP

By--
　　Name: Shaye Hirsch
　　Title: Authorized Person

BRIO_001807