

**Ellenoff Grossman & Schole LLP**

1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889

John B. Horgan
jhorgan@egsllp.com

October 23, 2025

<u>Via ECF</u>
Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 15A
New York, New York 10007

      RE:    ***Augenbaum v. Anson Master Fund, L.P., et al.***
                    **Case No. 1:22-cv-0249**

Dear Judge Subramanian,

      This firm represents Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund, LP in the above-captioned matter. We write on behalf of all parties in response to Your Honor's order directing the parties to propose three separate two-week periods for trial during the first six months in 2026, excluding the last two weeks of February, and the month of March. Dkt. 287 at 17.

      The parties have conferred and are mutually available for the following two-week periods: (i) June 8, 2026 through June 19, 2026; and (ii) June 15, 2026 through June 26, 2026.

                          Respectfully submitted,

                          /s/ *John B. Horgan*

                          John B. Horgan

Cc: All Counsel of Record (via ECF)