UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>                Plaintiff,<br><br>   v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY,<br><br>                Defendants,<br><br>   -and-<br><br>KARTOON STUDIOS, INC.,<br><br>                Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Defendants Empery Asset Master, LTD, Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP and Empery Asset Management, LP respectfully request that the undersigned, Amella Viso, be permitted to withdraw as counsel in the above-captioned proceeding.

Ms. Viso has accepted a position at a new law firm. Her withdrawal will not delay the matter or prejudice any party, and she is not retaining or charging a lien. Defendants Empery Asset Master, LTD, Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP and Empery Asset

Management, LP will continue to be represented by other Freshfields US LLP attorneys.

Dated: January 12, 2025

Respectfully submitted,

/s/ *Amella Viso*
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 777 4000
amella.viso@freshfields.com

*Counsel for Defendants Empery Asset Master LTD, Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP and Empery Asset Management, LP*