UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM,<br><br>    Plaintiff,<br><br>    v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY,<br><br>    Defendants,<br><br>  -and-<br><br>KARTOON STUDIOS, INC.,<br><br>    Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is a Motion to Withdraw Amella Viso as Counsel for Defendants Empery Asset Master, LTD, Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP and Empery Asset Management, LP in the above-captioned proceeding. The Court has determined that the motion should be granted.

**IT IS HEREBY ORDERED** that Amella Viso is withdrawn as counsel for Defendants Empery Asset Master, LTD, Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP

and Empery Asset Management, LP and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

DATE: _____

_____
Hon. Arun Subramanian, United States District Judge