**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

        Plaintiff,

    v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; RICHARD MOLINSKY,

        Defendants,

    -and-

KARTOON STUDIOS, INC.,

        Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**DECLARATION OF ANDREW D. GLADSTEIN, ESQ. IN SUPPORT OF**
**DEFENDANTS' MOTION TO ADOPT DEFENDANTS' GROUP JURY INSTRUCTION**

Pursuant to 28 U.S.C. § 1746, I, Andrew D. Gladstein declare as follows:

1.    I am a partner at Freshfields US LLP and counsel for Defendants Empery Asset
Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset
Management, LP in this action.  I am licensed by the State of New York and admitted to practice
before this Court.

1

2. I respectfully submit this declaration in support of Defendants' Omnibus Motion to Adopt Defendants' Group Jury Instruction.

3. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' proposed jury charge on the issue of group formation, last updated April 8, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's proposed jury charge on the issue of group formation, last updated March 20, 2026.

5. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence between Defendants' counsel and Plaintiff's counsel regarding the proposed jury charges on group formation, dated March 4, 2026 to April 9, 2026.

6. Attached hereto as **Exhibit D** is a true and correct copy of the transcript from Judge Kaplan's bench trial decision issued in *Hallwood Realty Partners, L.P. v. Gotham Partners, L.P.*, No. 1:00-cv-01115 (S.D.N.Y. Feb. 15, 2000).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2026                                        /s/ *Andrew D. Gladstein*
                                                            Andrew D. Gladstein