**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

          Plaintiff,

      v.

ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY,

          Defendants,

    -and-

KARTOON STUDIOS, INC.,

          Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for proposed amicus curiae Alternative Investment Management Association Ltd certifies that it has no corporate parents, affiliates, and/or subsidiaries that are

publicly held.  Alternative Investment Management Association Ltd further states that it has no parent corporation, and no publicly held corporation owns 10% of its stock.

Respectfully submitted,

Dated: April 29, 2025

/s/ Douglas A. Rappaport
Douglas A. Rappaport
Richard J. D'Amato
Madeleine R. Freeman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
darappaport@akingump.com
rdamato@akingump.com
mfreeman@akingump.com

*Attorneys for Amicus Curiae*