SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-4132
EMAIL ADDRESS
Susan.Saltzstein@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

May 1, 2026

**BY ECF FILING**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE:    *Augenbaum v. Anson Investments Master Fund, LP, et al.,*
       No. 1:22-cv-0249-AS

Dear Judge Subramanian:

We are counsel to Defendant CVI Investments, Inc. We write to respectfully request that the Court schedule a telephonic status conference in this action.

At that conference, CVI would explain a recent medical development concerning a critical witness and request that the jury trial scheduled to begin on June 8, 2026, be rescheduled for November 2026, or such other date as may be convenient to the Court and to the parties. CVI would prefer to address that issue at a conference because of the sensitivity of the issue.

We have discussed this development with the other parties and expect that they will present their respective positions at the conference.

We thank the Court for its consideration of this request.

The motion for a teleconference is GRANTED. The Court will hold a teleconference on **Monday, May 4, 2026 at 4:00 PM**. Any party who wishes to be heard on this issue should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **876 261 402**, followed by the pound (#) sign.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 334.

Respectfully submitted,

*Susan L. Saltzstein*

Susan L. Saltzstein

SO ORDERED.

*Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: May 1, 2026