**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TODD AUGENBAUM

       Plaintiff,

  -against-

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD,; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD' EMPERY DEBT OPPORTUNITY
FUND, LP; EMPERTY TAX EFFICIENT, LP.;
IROQUOIS MASTER FUND LTD,; IROQUOIS
CAPITAL INVESTMENT CROUP, LLC; L1
CAPITAL GLOBAL OPPORTUNITIES MASTER
FUND; M3A LP; AND RICHARD MOLINSKY,

       Defendants,

  -and-

KARTOON STUDIOS, INC

       Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**NOTICE OF MOTION**

---

    PLEASE TAKE NOTICE THAT Plaintiff Todd Augenbaum shall move the United States District Court for the Southern District of New York on a date to be determined by the Court for an order *in limine* precluding any argument, evidence, or testimony on the following topics:

(1)    The Amount and Timing of Plaintiff's Holdings of Kartoon Stodios, Inc.;

(2)    Other Litigation by Plaintiff;

(3)    Impermissible Lay Opinion Testimony;

(4)    Testimony from Witnesses not Identified in Defendants' Preliminary

Disclosures;

(5)    The Fairness of the Section 16(b) Disgorgement Remedy;

(6)    Suggestions that Plaintiff's Counsel is Responsible for the Lawsuit

Against Defendants;

(7)    That Defendants Should Not be Found Liable Because They Did Not

Possess Inside Information;

This motion is based upon the accompanying Declaration of Brice Jastrow and the

exhibits annexed thereto, the accompanying Memorandum of Law, and all prior proceedings and

filings in this case.

**Dated**:  New York, New York
       May 4, 2026

By:    */s/ Brice Jastrow*
           Brice Jastrow


MANDEL BHANDARI LLP
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 269-5600

Jeffrey S. Abraham
Michael J. Klein
ABRAHAM, FRUCHTER
& TWERSKY, LLP
450 7th Avenue, 38th Floor
New York, New York 10123

*Attorneys for Plaintiff Todd Augenbaum*

2