**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TODD AUGENBAUM,

          Plaintiff,

    v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; RICHARD MOLINSKY,

          Defendants,

   -and-

KARTOON STUDIOS, INC.,

          Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

---

**TRANSMITTAL DECLARATION OF ANDREW D. GLADSTEIN, ESQ.**
**IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE**

    I, ANDREW D. GLADSTEIN, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a partner of Freshfields US LLP, and counsel for Defendants Empery

Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery

Asset Management, LP in this action.  I am an attorney duly admitted to practice before this

Court.

2.   I respectfully submit this declaration in support of Defendants' Motions in Limine for the purpose of transmitting to the Court a true and correct copy of the following documents attached as Exhibits to this Declaration:

| Decl. Exhibit | PX | | Dated |
|---|---|---|---|
| 1. | PX-23 | Email chain between Richard Molinsky and Richard Abbe (RM0003071) | 7/05/2019 |
| 2. | PX-27 | Email chain between Amin Nathoo, Joe Reda, Jonathan Schechter, Ryan Lane, and Sam Winer (CVI_0001052) | 7/31/2019 |
| 3. | PX-50 | Email chain between Joe Reda and Ryan Lane (EW-AUG0012146) | 8/22/2019 |
| 4. | PX-58 | Email from Richard Abbe to Kim Page (IRO-AUG-0003366) | 8/28/2019 |
| 5. | PX-59 | Email from Richard Molinsky to Richard Abbe (IRO-AUG-0003297) | 8/28/2019 |
| 6. | PX-445 | Email chain between Joe Reda, Amin Nathoo, Jonathan Schechter, and Laura Salvatori (ANSON_00057574) | 4/16/2020 |
| 7. | PX-507 | Email chain between Amin Nathoo, Grant Russell, Jonthan Schechter, Paul Travers, Richard Abbew, Joe Reda, and Andrew Haag (IRO-AUG-0004260) | 5/10/2020 |
| 8. | PX-509 | Email chain between Joe Reda, Amin Nathoo, Jonathan Schechter, and Richard Abbe (IRO-AUG-0004267) | 5/10/2020 |
| 9. | PX-514 | Email chain between Patrick Bertagna, Joe Reda, Richard Abbe, and James McIlree (IRO-AUG-0006835) | 5/12/2020 |
| 10. | PX-586 | Email chain between Benjamin Locke, Richard Molinsky, and Richard Abbe (RM0002689) | 5/22/2020 |
| 11. | PX-591 | Email chain between Benjamin Locke, Richard Molinsky, and Richard Abbe dated May 27, 2020 (RM0002704) | 5/27/2020 |
| 12. | PX-619 | Email from Joseph Pavelick to Bard Alles, Deyan Morov, Sean Brophy, and Andrew Egan (CVI_0000195) | 6/1/2020 |
| 13. | PX-625 | Email chain between Joe Reda, Richard Abbe, and Jonathan Schechter (EW-AUG0001458) | 6/3/2020 |
| 14. | PX-626 | Email chain between Joe Reda, Jonathan Schechter, and Richard Abbe (IRO-AUG-0007812) | 6/3/2020 |
| 15. | PX-627 | Email from Sam Winer (CVI_0003327) | 6/3/2020 |

| **Decl.<br>Exhibit** | **PX** | | **Dated** |
|---|---|---|---|
| 16. | PX-740 | Email chain between Joe Reda, Ryan Lane, Amin Nathoo, Jonathan Schechter, and Andrew Arno (ANSON_00011578) | 7/31/2020 |
| 17. | PX-741 | Email chain between Joe Reda, Ryan Lane, Amin Nathoo, Jonathan Schechter, and Andrew Arno (EMPGNUS0006301) | 7/31/2020 |
| 18. | PX-742 | Email chain between Joe Reda, Jonathan Schecther, Amin Nathoo, and Greg Castaldo (ANSON_00013373) | 8/2/2020 |
| 19. | PX-747 | Email chain between Amin Nathoo and Richard Abbe (ANSON_00015702) | 8/17/2020 |

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York          */s/ Andrew D. Gladstein*
       May 4, 2026                    Andrew D. Gladstein

3