# EXHIBIT 1

**From**: Richard Molinsky [rmol15@aol.com]
**Sent**: 7/5/2019 3:59:47 PM
**To**: Rich Abbe [RAbbe@icfund.com]
**Subject**: Re: Insider/Buyback Highlights (ABEO, FTK)

You are welcome ,have a great weekend !

Sent from my iPad

On Jul 5, 2019, at 3:54 PM, Rich Abbe <RAbbe@icfund.com> wrote:

thanks

Rich Abbe
Iroquois Capital Management LLC.
**NEW ADDRESS**
125 Park Avenue, 25th Floor
New York, NY 10017.
+ 1 212-974-3070 Main
+ 1 347-218-9517 Direct.
+ 1 347-408-0969 Fax.
rabbe@icfund.com

**From:** Richard Molinsky <rmol15@aol.com>
**Sent:** Friday, July 05, 2019 3:49 PM
**To:** Rich Abbe <RAbbe@icfund.com>; tagjohn@gmail.com; richmsag@yahoo.com; judsonacooper@gmail.com; davidsltzr@gmail.com; billfrieder@aol.com; msolomon@maximgrp.com
**Subject:** Fwd: Insider/Buyback Highlights (ABEO, FTK)

Sent from my iPad

Begin forwarded message:

**From:** InsiderScore Recap <jgaboff@insiderscore.com>
**Date:** July 5, 2019 at 3:00:33 PM EDT
**To:** rmol15@aol.com
**Subject: Insider/Buyback Highlights (ABEO, FTK)**
**Reply-To:** jgaboff@insiderscore.com

**Add jgaboff@insiderscore.com to your address book and turn on "Load Images" for optimal formatting**

| | | Account Manager: **Johnny Gaboff** | Phone: 609-945-9178 Email: jgaboff@insiderscore.com |
|---|---|---|---|

Confidential

| Actionable Buy Brief: | None | | Actionable Sell Brief: | None |
|---|---|---|---|---|
| Informational Buy Brief: | None | | Informational Sell Brief: | None |
| Buy Inflection: | None | | Sell Inflection: | None |
| Cluster Buying: | None | | Cluster Selling: | None |
| Mgmt Hires+: | None | | Mgmt Departures: | None |

## Watchlist Company Results

| # | Symbol | IS | Company | M.Cap | Sector |
|---|---|---|---|---|---|
| 1 | **ABEO** | **10** | Abeona Thera... | $226.6M | Healthcare |

**Initial >5% 13G Filing**

Millennium Management filed a 13G owning 3.4M shares or 7.0% of shares out (est. 0.02% of portfolio) as of Jun-25-19; +169.2% increase from 1.3M shares, 2.6% of shares out disclosed in 13F-HR as of Mar-31-19. ABEO price change of -36.8% since prior disclosure.



## Non-Watchlist Company Results

| # | Symbol | IS | Company | M.Cap | Sector | Activity |
|---|---|---|---|---|---|---|
| 1 | **FTK** | **8** | Flotek Indus... | $189.1M | Materials | 10b5-1 Selling Increase |



This email was sent to: rmol15@aol.com

To stop receiving emails please contact: help@insiderscore.com

InsiderScore, LLC
100 Thanet Circle - 3rd Floor
Princeton, NJ 08540

**Disclaimer:**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. Using proprietary software we filter, prioritize and score data, we do not guarantee the accuracy or completeness of our software. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity or timelines of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as

the primary basis of investment decisions. It should not be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of InsiderScore, LLC. One or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein. Use of the InsiderScore service including the reading of this document, signifies your agreement to the Terms of Use.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS" AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, INSIDERSCORE, LLC AND IT LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER INSIDERSCORE, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICNESORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted INSIDERSCORE, LLC, 2019. InsiderScore is a trademark and service mark of InsiderScore, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

Confidential

RM0003073