# EXHIBIT 2

**From:** Amin Nathoo [anathoo@ansonfunds.com]
**Sent:** 7/31/2019 1:07:48 PM
**To:** Joe Reda [reda@theseg.com]; Jonathan Schechter [shex@theseg.com]
**CC:** Ryan Lane [Ryan.Lane@emperyam.com]; Winer, Sam [Sam.Winer@sig.com]
**Subject:** RE: SHEX...this explains our portfolio...lol

Let's make 5x on ICNB and then celebrate the newfound wealth with a huge party somewhere

**Amin Nathoo, CFA | Anson Funds**
155 University Avenue, Suite 207 | Toronto, ON | M5H 3B7
Direct: (416) 572-1902 | Office: (416) 447-8874 | Mobile: (416) 804-4141
anathoo@ansonfunds.com

**From:** Joe Reda <reda@theseg.com>
**Sent:** July 31, 2019 8:22 AM
**To:** Jonathan Schechter <shex@theseg.com>
**Cc:** Ryan Lane <Ryan.Lane@emperyam.com>; Amin Nathoo <anathoo@ansonfunds.com>; Winer, Sam <Sam.Winer@sig.com>
**Subject:** SHEX...this explains our portfolio...lol
**Importance:** High



CVI_0001052



http://www.iconicbrandsusa.com/wp-content/uploads/2019/07/Iconic-Brands-Presentation-2019_c.pdf

https://www.hooters.com/about/news/hooters-introduces-hooters-spirits-line-of-new-premium-spirits

https://www.hooters.com/spirits/

# Iconic Brands-ICNB and Hooters Introduce Hooters Spirits Line of New Premium Spirits

GlobeNewswire·July 30, 2019

**Sponsoring #9 NASCAR CHASE ELLIOTT Hooters Spirits Car at Bristol Speedway August 17th**

CONFIDENTIAL

CVI_0001053



ICNB NASCAR:Hooters Spirits #9

More

AMITYVILLE, NY, July 30, 2019 (GLOBE NEWSWIRE) -- via NEWMEDIAWIRE -- Iconic Brands, Inc. (ICNB) is pleased to announce the launch of Hooters Spirits, a line of high quality spirits. The Hooters Spirits portfolio, which includes a premium array of vodka, gin, rum, tequila, American Whiskey as well as Hooters Heat Cinnamon Flavored Whiskey, will be available at Hooters restaurants and select retailers around the country, starting in the Fall. This line of premium spirits was developed in partnership with United Spirits, Inc., a leading private label beverage company and affiliate of publicly traded Iconic Brands Inc., ticker symbol ICNB.

In advance of the official launch, Chase Elliott will drive a special No. 9 Hooters Spirits Chevrolet Camaro ZL1 at Bristol Motor Speedway on August 17. Hooters has expanded its sponsorship with Elliott and 12-time NASCAR Cup Series Champions, Hendrick Motorsports, to include the Bristol night race.

Hooters Spirits will deliver on the same high-quality experience that Hooters guests have enjoyed for decades at our iconic restaurants. Whether celebrating a big event or just kicking back and watching the game with friends, Hooters new premium line of spirits is perfect for every celebratory moment.

CVI_0001054

About the Hooters Spirits:

- Hooters Vodka is a flavorful and smooth six times distilled, gluten free, corn-based organic vodka, perfect for any cocktail

- Delivering a memorable gin experience, Hooters Gin uses only select natural botanicals and Juniper berries

- Hooters Dark Rum is aged in barrels and made with choice Caribbean blackstrap sugar cane molasses

- Slightly sweet and smooth, Hooters Light Rum mixes beautifully in your favorite tropical cocktails or soft drinks

- Hooters Tequila Silver is a unique blend sure to satisfy fans looking for an adventurous drinking experience, while Hooters Tequila Gold is a beautiful amber-hued tequila, perfectly suited for cocktails or neat

- Hooters American Whiskey is a two year aged true American Whiskey that is perfect for any occasion, mixed or as a shot

- Finally, Hooters Heat Cinnamon Whiskey is a compilation of premium American Whiskey with natural cinnamon and a touch of heat.

Come this Fall, guests will be able to enjoy the new spirits at their favorite Hooters location. Hooters will also incorporate the new line into a selection of signature drinks. If you want to take the Hooters party with you, consumers will be able to purchase Hooters Spirits at leading retailers for all your in-home and party needs.

Mr. Richard DeCicco commented, "I'm pleased to bring Hooters Spirits to the consumer both on and off premise; as well we're excited to join the NASCAR world for one of the year's most exciting races , Bristol under the the lights, nationally televised Saturday August 17th.  Chase Elliott will be behind the wheel of the Hendricks #9 Hooters Spirits Car. We hope to see everyone in the winners circle."

## About Iconic Brands, Inc.

Iconic Brands Inc. ("Iconic") is a lifestyle branding company with the highest expertise of developing, from inception to completion, alcoholic beverages for itself and third parties.

CONFIDENTIAL

Iconic Brands markets and places products into national distribution through long standing industry relationships. Iconic is a leader in "Celebrity Branding" of beverages, procuring superior and unique products from around the world and branding its products with internationally recognized celebrities. Currently offering Bivi Vodka, www.BiviVodka.com and Bellissima Prosecco, www.BellissimaProsecco.com. Iconic Brands is a developer of private label spirits for established chains and brands both domestically and Internationally. Under its subsidiary, Hempology Inc., Iconic Brands is, to the extent the law allows, developing liquor based products infused with Hemp and CBD. Iconic Brands through its subsidiary, Green Grow Farms, has a license to grow Hemp for CBD in the State of New York, and is entering partnerships in additional states to grow and cultivate Hemp for the purpose of creating CBD Isolate.

Please visit our website www.iconicbrandsusa.com.

Twitter- @IconicBrandsUS

    @HootersSpirits

Instagram-@IconicBrnadsUSA

    @HootersSpirits

## Forward-Looking Statements

This press release may contain forward-looking statements that involve risks and uncertainties. These statements relate to future events or our future financial performance. In some cases, you can identify forward-looking statements by terminology including "could", "may", "will", "should", "expect", "plan", "anticipate", "believe", "estimate", "predict", "potential" and the negative of these terms or other comparable terminology. While these forward-looking statements, and any assumptions upon which they are based, are made in good faith and reflect our current judgment regarding the direction of our business, actual results will almost always vary, sometimes materially, from any estimates, predictions, projections, assumptions or other future performance suggested in this report. Except as required by applicable law, we do not intend to update any of the forward-looking statements so as to conform these statements to actual results.

CONFIDENTIAL

CVI_0001056

Investors should refer to the risks disclosed in the Company's reports filed from time to time with the Securities and Exchange Commission and available at www.sec.gov.

Iconic Brands, Inc. Info@IconicBrandsUSA.com

## Attachment

- ICNB NASCAR

**www.TheSEG.com**



The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are

monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

CONFIDENTIAL

CVI_0001058