# EXHIBIT 3

Message
_____

**From:**      Joe Reda [reda@theseg.com]
**Sent:**      8/22/2019 2:13:11 PM
**To:**        Ryan Lane [Ryan.Lane@emperyam.com]
**Subject:**   Re: PrivateRaise - Investor Alert - Empery Asset Management, LP


Lmao.   I can dream.

Sent from my iPhone

On Aug 22, 2019, at 10:11 AM, Ryan Lane <Ryan.Lane@emperyam.com> wrote:

Ha. No chance. DCTH has a phase 3 drug that works and deal was 80% fundamental.

Sent Via Mobile
212-399-3982



On Aug 22, 2019, at 10:07 AM, Joe Reda <reda@theseg.com> wrote:

Wow.  Can we do something simulate for GNUS?   Come on top of cap table and pay off all other instruments?

Sent from my iPhone

On Aug 22, 2019, at 9:58 AM, Ryan Lane <Ryan.Lane@emperyam.com> wrote:

$29.5mm in their account.

Sent Via Mobile
212-399-3982



On Aug 21, 2019, at 7:03 PM, Joe Reda <reda@theseg.com> wrote:

Did they get $20mil up front?

Sent from my iPhone

Begin forwarded message:

**From:** alert@privateraise.com
**Date:** August 21, 2019 at 7:01:34 PM EDT
**To:** reda@theseg.com
**Subject: PrivateRaise - Investor Alert - Empery Asset Management, LP**

*Empery Asset Management, LP added to Profile*

**Issuer:** Delcath Systems Inc.
**Symbol:** DCTH
**Closing/Announced Date:** 07/15/19

Confidential                                                                    EW-AUG0012146

**Placement Type:** PIPE (Unregistered)
**Security Type:** Preferred Stock: Convertible
**Issuance Amount:** $20,000,000
**Investment Amount:** Unknown

Manage your Investor Alert settings

================================================================================
====

PrivateRaise, a service of The Deal
Hippodrome Building, 1120 Avenue of the Americas,
New York, NY 10036

Phone:1.888.667.3325

E-mail: customerservice@thedeal.com
Website: https://www.privateraise.com

All rights reserved. © 2019 The Deal, LLC Printing more than one copy or photocopying multiple versions of this email without a multiple copy license is illegal and strictly prohibited. The Deal actively monitors abuse of this policy. Violations can result in the termination of your subscription without refund or recourse and could subject you to civil and/or criminal penalties. For information on how to obtain multiple or group licenses, please contact The Deal's Subscription Sales Department at 888-667-3325 or customerservice@thedeal.com. No data herein should be construed to be a recommendation to purchase, retain, or sell securities, or to provide investment advice of the companies mentioned. Information is updated based on availability of certain public disclosures and obtained from sources deemed reliable and may be amended or retracted as new information is obtained.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
******************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
******************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as

EW-AUG0012147

an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

Confidential

EW-AUG0012148