# EXHIBIT 6

Message

**From**: Joe Reda [reda@theseg.com]
**Sent**: 4/16/2020 4:40:48 PM
**To**: Amin Nathoo [anathoo@ansonfunds.com]
**CC**: Jonathan Schechter [shex@theseg.com]; Laura Salvatori [lsalvatori@ansonfunds.com]
**Subject**: Re: UCUT Final Docs

Jackpot.   Henry wants you much bigger on the other one.   And Shex said you can deposit that one in Canada.   Stay tuned.   Rich Abbe pretty excited about that one.

Sent from my iPhone

On Apr 16, 2020, at 4:38 PM, Amin Nathoo <anathoo@ansonfunds.com> wrote:

We doing $160k as we had discussed.

**Amin Nathoo, CFA | Anson Funds**
155 University Avenue, Suite 207 | Toronto, ON | M5H 3B7
Direct: (416) 572-1902 | Office: (416) 447-8874 | Mobile: (416) 804-4141
anathoo@ansonfunds.com

**From:** Joe Reda <reda@theseg.com>
**Sent:** April 16, 2020 4:38 PM
**To:** Jonathan Schechter <shex@theseg.com>
**Cc:** Amin Nathoo <anathoo@ansonfunds.com>; Laura Salvatori <lsalvatori@ansonfunds.com>
**Subject:** Re: UCUT Final Docs

Did Amin match Empery or SEG ?

Sent from my iPhone

On Apr 16, 2020, at 2:36 PM, Jonathan Schechter <shex@theseg.com> wrote:

Amin,

Attached are the final docs (we added 50% ROP) along with detached sig pages.   Docs were done by Rob and reviewed by Brett.   Empery is doing 250K...he loves the upside here...we increased our investment amount to 160K.  Please send us your sig pages and send your wire to the attached Escrow Wire Instructions when time permits.  The plan is to announce the deal next week.  Below is an interesting article.

https://www.pnas.org/content/early/2020/04/08/1921475117

thanks!

Shex

CONFIDENTIAL                                                                                          ANSON_00057574

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

<UCUT ESCROW WIRE INSTRUCTIONS.pdf>
<UCUT FINAL RRA 4.16.20.doc>
<UCUT FINAL SPA 4.16.20.docx>
<UCUT Signature Pages 4.16.20.pdf>

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

ANSON_00057575