# EXHIBIT 7

# RE: Paul Travers' Zoom Meeting

**From:** Amin Nathoo <anathoo@ansonfunds.com>
**To:** Grant Russell <grant_russell@vuzix.com>, Jonathan Schechter <shex@theseg.com>, Paul Travers <paul_travers@vuzix.com>, Rich Abbe <rabbe@icfund.com>, Joe Reda <reda@theseg.com>, Andrew Haag <andrew@irthcommunications.com>
**Date:** Sun, 10 May 2020 15:20:46 -0400

Works for me too.. Thanks

**Amin Nathoo, CFA | Anson Funds**
155 University Avenue, Suite 207 | Toronto, ON | M5H 3B7
Direct: (416) 572-1902 | Office: (416) 447-8874 | Mobile: (416) 804-4141
anathoo@ansonfunds.com

**From:** Grant Russell <grant_russell@vuzix.com>
**Sent:** May 10, 2020 3:19 PM
**To:** Jonathan Schechter <shex@theseg.com>; Paul Travers <paul_travers@vuzix.com>; 'Rich Abbe' <RAbbe@icfund.com>; Joe Reda <reda@theseg.com>; Andrew Haag <andrew@irthcommunications.com>; Amin Nathoo <anathoo@ansonfunds.com>
**Subject:** RE: Paul Travers' Zoom Meeting

Fine by me.

Grant

**From:** Jonathan Schechter <shex@theseg.com>
**Sent:** Sunday, May 10, 2020 12:08 PM
**To:** Paul Travers <paul_travers@vuzix.com>; 'Rich Abbe' <RAbbe@icfund.com>; Grant Russell <grant_russell@vuzix.com>; Joe Reda <reda@theseg.com>; Andrew Haag <andrew@irthcommunications.com>; Amin Nathoo <anathoo@ansonfunds.com>
**Subject:** RE: Paul Travers' Zoom Meeting

Hey Guys,

Rich's anti-body test us running 30 minutes late...can we do the call at 4:30?

-----Original Appointment-----
**From:** Paul Travers [mailto:paul_travers@vuzix.com]
**Sent:** Sunday, May 10, 2020 12:07 PM
**To:** 'Rich Abbe'; Grant Russell; Joe Reda; Jonathan Schechter; Andrew Haag; Amin Nathoo
**Subject:** Paul Travers' Zoom Meeting
**When:** Sunday, May 10, 2020 4:00 PM-5:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://vuzix.zoom.us/j/96877781839

Paul Travers is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

Confidential                                                                                          IRO-AUG-0004260

https://vuzix.zoom.us/j/96877781839

Meeting ID: 968 7778 1839

One tap mobile

+16468769923,,96877781839# US (New York)

+13126266799,,96877781839# US (Chicago)

Dial by your location

    +1 646 876 9923 US (New York)

    +1 312 626 6799 US (Chicago)

    +1 301 715 8592 US (Germantown)

    +1 669 900 6833 US (San Jose)

    +1 253 215 8782 US (Tacoma)

    +1 346 248 7799 US (Houston)

Meeting ID: 968 7778 1839

Find your local number: https://vuzix.zoom.us/u/adOic9N8N5

Join by Skype for Business

https://vuzix.zoom.us/skype/96877781839

This message may contain confidential information belonging to the Vuzix Corporation and is intended only for the named recipients. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The

Confidential

IRO-AUG-0004261

sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd. *********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

This message may contain confidential information belonging to the Vuzix Corporation and is intended only for the named recipients. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Confidential

IRO-AUG-0004262