# EXHIBIT 9

# RE: GTXO/SEG (it's been a busy week)

**From:**    Patrick Bertagna <pbertagna@gtxcorp.com>
**To:**      Joe Reda <reda@theseg.com>, "Richard Abbe (rabbe@icfund.com)" <rabbe@icfund.com>
**Cc:**      SEG Firmwide <seg@theseg.com>, James McIlree <jmcilree@bradleywoods.com>
**Date:**    Tue, 12 May 2020 16:13:40 -0400

You guys are awesome and look forward to doing more deals.
Thank you, lets do a facetime chat soon.
Busy today working on our Q and a government proposal, deadline due today..........................

Stay safe.

**Patrick Bertagna**

**GTX Corp**
www.gtxcorp.com

**(OTCQB: GTXO)**

*# With You*
https://www.youtube.com/watch?v=R3Ssy1mnDcA

**From:** Joe Reda <reda@theseg.com>
**Sent:** Tuesday, May 12, 2020 5:08 AM
**To:** Patrick Bertagna <pbertagna@gtxcorp.com>; Richard Abbe (rabbe@icfund.com) <rabbe@icfund.com>
**Cc:** SEG Firmwide <seg@theseg.com>; James McIlree <jmcilree@bradleywoods.com>
**Subject:** GTXO/SEG (it's been a busy week)

Patrick,

Glad we were able to get Richie into GTXO...well done!

As you know, SEG has been successfully raising capital for small and micro-cap companies for over 25 years. This experience has proven beneficial in these recent turbulent markets.

In the last week, we have raised almost $20 million (COMMON STOCK – NO WARRANTS) for two of our most loyal and longstanding clients at Genius Brands (NASDAQ: GNUS) and Vuzix Corporation (NASDAQ: VUZI). BOTH DEALS LED BY RICH ABBE...THANK YOU RICHIE!!!

We value long-term relationships with unique growth companies like GTXO and have raised these two amazing clients well north of $125 million combined over the past seven years.

We are ready to help you regardless of market conditions and are excited to raise you tens of millions of dollars on the uplist and beyond!

-Reda

IRO-AUG-0006835

# THE SPECIAL EQUITIES GROUP



**Vuzix Corporation (VUZI)**
**$11.25 Million**
**Registered Direct**

**Sole Placement Agent**

## COMMON STOCK - NO WARRANTS



**Genius Brands (GNUS)**
**$5.5 Million**
**Registered Direct**

**Sole Placement Agent**

## COMMON STOCK - NO WARRANTS



**Genius Brands (GNUS)**
**$2.8 Million**
**Registered Direct**

**Sole Placement Agent**

## COMMON STOCK – NO WARRANTS

Joe Reda
Founder/Partner
The Special Equities Group "SEG"

IRO-AUG-0006836

150 E 58th St - 28th Floor
New York, NY 10155
(W) 212.258.2341
(C) 516.521.1354

(Email) reda@TheSEG.com

www.TheSEG.com

# THE SPECIAL EQUITIES GROUP

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*************************************************************

This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

-

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*************************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

IRO-AUG-0006837

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd. ********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

IRO-AUG-0006838