# EXHIBIT 10

**From:** Locke, Benjamin [Benjamin.Locke@tecogen.com]
**Sent:** 5/22/2020 1:44:55 PM
**To:** Richard Molinsky [rmol15@aol.com]; Rich Abbe [rabbe@icfund.com]
**Subject:** RE: Introduction Rich Abbe and Benjamin Locke

Rich,
Thanks for the introduction.
Rich, I am have some time later this afternoon around 5, but if that's too late on a long weekend, we can
certainly book something for next week. Please let me know, and look forward to talking with you.
Best regards,
Ben

Benjamin Locke
CEO


45 First Avenue, Waltham, MA  02451
781-466-6402
benjamin.locke@tecogen.com
NASDAQ: TGEN


-----Original Message-----
From: Richard Molinsky <rmol15@aol.com>
Sent: Friday, May 22, 2020 10:26 AM
To: Rich Abbe <rabbe@icfund.com>; Locke, Benjamin <Benjamin.Locke@tecogen.com>
Subject: Introduction Rich Abbe and Benjamin Locke

Benjamin,
            I just spoke with Rich Abbe of Iroquois Capital ,he is interested in discussing about
TGEN and it's potential ,in addition ,to why you feel it is undervalued. Please coordinate a time to
speak through email.
            My best always,
                            Rich Molinsky

Sent from my iPad

Confidential                                                                                    RM0002689