# EXHIBIT 11

**From**: Locke, Benjamin [Benjamin.Locke@tecogen.com]
**Sent**: 5/27/2020 11:06:52 AM
**To**: Richard Molinsky [rmol15@aol.com]; Rich Abbe [rabbe@icfund.com]
**Subject**: RE: Introduction Rich Abbe and Benjamin Locke

Rich,
I am available this afternoon or all day tomorrow if you are available. Just let me know what works from your end.
Best,
Ben

*Benjamin Locke*
**CEO**



45 First Avenue, Waltham, MA  02451
781-466-6402
benjamin.locke@tecogen.com
NASDAQ: TGEN


-----Original Message-----
From: Locke, Benjamin
Sent: Friday, May 22, 2020 1:45 PM
To: Richard Molinsky <rmol15@aol.com>; Rich Abbe <rabbe@icfund.com>
Subject: RE: Introduction Rich Abbe and Benjamin Locke

Rich,
Thanks for the introduction.
Rich, I am have some time later this afternoon around 5, but if that's too late on a long weekend, we can certainly book something for next week. Please let me know, and look forward to talking with you.
Best regards,
Ben

Benjamin Locke
CEO



45 First Avenue, Waltham, MA  02451
781-466-6402
benjamin.locke@tecogen.com
NASDAQ: TGEN



-----Original Message-----
From: Richard Molinsky <rmol15@aol.com>
Sent: Friday, May 22, 2020 10:26 AM
To: Rich Abbe <rabbe@icfund.com>; Locke, Benjamin <Benjamin.Locke@tecogen.com>

Subject: Introduction Rich Abbe and Benjamin Locke

Benjamin,

      I just spoke with Rich Abbe of Iroquois Capital ,he is interested in discussing about TGEN and it's potential ,in addition ,to why you feel it is undervalued. Please coordinate a time to speak through email.

      My best always,

            Rich Molinsky

Sent from my iPad

Confidential