# EXHIBIT 12

**From:** Pavelick, Joseph [Joseph.Pavelick@sig.com]
**Sent:** 6/1/2020 1:50:23 PM
**To:** Alles, Brad [Brad.Alles@msx.bala.susq.com]; EFOps [EFOps@msx.bala.susq.com]
**CC:** Morov, Deyan [Deyan.Morov@msx.bala.susq.com]; CapitalVenturesCoOp [CapitalVenturesCoOp@msx.bala.susq.com]; Brophy, Sean [Sean.Brophy@msx.bala.susq.com]; Egan, Andrew [Andrew.Egan@msx.bala.susq.com]
**Subject:** RE: Locate

| Security ID | Quantity | Approved Sell | Rate | Rate Type |
|---|---|---|---|---|
| ZSAN | 2,800 | 2,800 | -44.68 | Rebate |
| XTLB | 37,000 | 637 | -14.84 | Rebate |
| VUZI | 65,000 | 65,000 | -60.18 | Rebate |
| VTGN | 130,000 | 130,000 | -12.04 | Rebate |
| VIVE | 1,190 | 1,190 | -112.96 | Rebate |
| TTNP | 1,330 | 0 | | |
| TNDM | 3,000 | 3,000 | -0.30 | Rebate |
| TLT CN | 660,000 | 0 | | |
| TLRY | 3,910 | 0 | | |
| SRNE | 130,000 | 50,494 | -14.27 | Rebate |
| SOLO | 24,000 | 24,000 | -187.77 | Rebate |
| SNES | 20,000 | 20,000 | -50.77 | Rebate |
| SLS | 170,000 | 14,399 | -11.79 | Rebate |
| SLRX | 3,000 | 3,000 | -11.93 | Rebate |
| SLGL | 25,000 | 6,711 | -1.12 | Rebate |
| SCOR | 170,000 | 170,000 | -0.30 | Rebate |
| RMED | 710,000 | 28,440 | -4.79 | Rebate |
| RKDA | 350,000 | 105,963 | -37.72 | Rebate |
| RGLS | 1,310 | 1,310 | -43.10 | Rebate |
| RBZHF | 100 | 100 | -227.13 | Rebate |
| QBIO | 46,000 | 46,000 | -4.88 | Rebate |
| PVCT | 9,830 | 9,830 | -3.50 | Rebate |
| PULM | 1,470 | 1,470 | -43.89 | Rebate |
| PTK CN | 1,670 | 0 | | |
| PSTV | 170,000 | 29,006 | -21.18 | Rebate |
| PRN CN | 3,000 | 3,000 | 0.45 | FEE |
| PIXY | 180,000 | 25,755 | -201.74 | Rebate |
| PHIO | 390,000 | 0 | | |
| OGEN | 1,020 | 1,020 | -45.56 | Rebate |
| NVIV | 180,000 | 1,457 | -25.93 | Rebate |
| NTEC | 1,710 | 1,710 | -1.10 | Rebate |
| NSTG | 230,000 | 230,000 | -0.30 | Rebate |
| NOVN | 250,000 | 71,674 | -31.32 | Rebate |
| NMTR | 1,490 | 1,490 | -28.48 | Rebate |
| NLST | 210,000 | 210,000 | -21.90 | Rebate |
| NEON | 6,000 | 2,460 | -91.24 | Rebate |
| NBRV | 1,610 | 1,610 | -2.13 | Rebate |
| MYT | 54,000 | 54,000 | -134.24 | Rebate |
| MYSZ | 120,000 | 21,017 | -46.16 | Rebate |
| MYO | 71,000 | 28,664 | -53.08 | Rebate |
| MRKR | 35,000 | 35,000 | -17.25 | Rebate |
| MOSY | 110,000 | 14,030 | -34.97 | Rebate |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| MNKD | 1,750 | 1,750 | -2.32 | Rebate |
| MGEN | 13,000 | 13,000 | -5.54 | Rebate |
| MDGS | 19,000 | 19,000 | -457.16 | Rebate |
| MBRX | 230,000 | 102,651 | -67.64 | Rebate |
| LPCN | 810,000 | 7,002 | -36.78 | Rebate |
| LMFA | 150,000 | 0 | | |
| KTOV | 6,020 | 6,020 | -40.99 | Rebate |
| JAGX | 830,000 | 124,794 | -88.69 | Rebate |
| ITRM | 2,000 | 2,000 | -53.42 | Rebate |
| INO | 28,000 | 0 | | |
| ICNB | 540,000 | 3,918 | -2.95 | Rebate |
| HTBX | 500,000 | 500,000 | -16.72 | Rebate |
| HEXO | 5,110 | 0 | | |
| HEPA | 9,000 | 9,000 | -24.20 | Rebate |
| GNUS | 11,420 | 0 | | |
| GALT | 23,000 | 23,000 | -9.22 | Rebate |
| FAMI | 52,000 | 52,000 | -63.66 | Rebate |
| DRAD | 29,000 | 13,429 | -10.72 | Rebate |
| DMPI | 360,000 | 18,083 | -189.10 | Rebate |
| DCTH | 12,000 | 12,000 | -3.25 | Rebate |
| DARE | 260,000 | 97,460 | -43.78 | Rebate |
| CYCC | 190,000 | 4,301 | -79.18 | Rebate |
| CWEB CN | 7,000 | 0 | | |
| CRDF | 23,000 | 23,000 | -41.75 | Rebate |
| CLRB | 150,000 | 1,598 | -20.67 | Rebate |
| CCCL | 280,000 | 27,317 | -66.23 | Rebate |
| BXRX | 1,160 | 0 | | |
| BU CN | 27,000 | 0 | | |
| BSTG | 12,000 | 4,006 | -2.25 | Rebate |
| BPTH | 28,000 | 28,000 | -29.88 | Rebate |
| BNGO | 3,410 | 3,410 | -88.29 | Rebate |
| BLPH | 5,000 | 5,000 | -28.27 | Rebate |
| BIMI | 1,100 | 1,100 | -113.32 | Rebate |
| AYTU | 1,170 | 1,170 | -35.70 | Rebate |
| AUMN | 3,180 | 3,180 | -16.23 | Rebate |
| ATE CN | 520,000 | 0 | | |
| ARMP | 22,000 | 6,607 | -49.75 | Rebate |
| APDN | 4,000 | 4,000 | -104.36 | Rebate |
| AMRS | 410,000 | 53,429 | -6.75 | Rebate |
| ALT | 250,000 | 37,197 | -56.99 | Rebate |
| AH CN | 130,000 | 0 | | |
| ADMP | 2,940 | 2,940 | -8.85 | Rebate |
| ACHV | 2,110 | 2,110 | -4.75 | Rebate |

**From:** Alles, Brad
**Sent:** Monday, June 01, 2020 9:39 AM
**To:** EFOps <EFOps@msx.bala.susq.com>
**Cc:** Alles, Brad <Brad.Alles@msx.bala.susq.com>; Morov, Deyan <Deyan.Morov@msx.bala.susq.com>; CapitalVenturesCoOp <CapitalVenturesCoOp@msx.bala.susq.com>; Brophy, Sean <Sean.Brophy@msx.bala.susq.com>; Egan, Andrew <Andrew.Egan@msx.bala.susq.com>
**Subject:** Locate

CONFIDENTIAL

Please locate the following shares:

| | |
|---|---|
| DCTH | 12,000 |
| SLS | 170,000 |
| MNKD | 1,750,000 |
| AUMN | 3,180,000 |
| NEON | 6,000 |
| CLRB | 150,000 |
| TTNP | 1,330,000 |
| APDN | 4,000 |
| PVCT | 9,830,000 |
| HEPA | 9,000 |
| AMRS | 410,000 |
| GALT | 23,000 |
| NVIV | 180,000 |
| VTGN | 130,000 |
| AYTU | 1,170,000 |
| ZSAN | 2,800,000 |
| PTK CN | 1,670,000 |
| ARMP | 22,000 |
| BLPH | 5,000 |
| MDGS | 19,000 |
| PHIO | 390,000 |
| BSTG | 12,000 |
| XTLB | 37,000 |
| BPTH | 28,000 |
| PSTV | 170,000 |
| MOSY | 110,000 |
| CRDF | 23,000 |
| DMPI | 360,000 |
| GNUS | 11,420,000 |
| TNDM | 3,000 |
| MYSZ | 120,000 |
| SNES | 20,000 |
| MYO | 71,000 |
| NOVN | 250,000 |
| VUZI | 65,000 |
| QBIO | 46,000 |
| DARE | 260,000 |
| PRN CN | 3,000 |
| NMTR | 1,490,000 |
| HTBX | 500,000 |
| MRKR | 35,000 |
| PIXY | 180,000 |
| RKDA | 350,000 |
| ACHV | 2,110,000 |
| OGEN | 1,020,000 |
| SOLO | 24,000 |
| NLST | 210,000 |
| ALT | 250,000 |
| FAMI | 52,000 |
| LMFA | 150,000 |

CONFIDENTIAL

CVI_0000197

| | |
|---|---|
| CCCL | 280,000 |
| INO | 28,000 |
| MBRX | 230,000 |
| ADMP | 2,940,000 |
| PULM | 1,470,000 |
| RBZHF | 100 |
| RGLS | 1,310,000 |
| CWEB CN | 7,000 |
| MYT | 54,000 |
| AH CN | 130,000 |
| SCOR | 170,000 |
| SRNE | 130,000 |
| JAGX | 830,000 |
| ICNB | 540,000 |
| ATE CN | 520,000 |
| TLT CN | 660,000 |
| LPCN | 810,000 |
| VIVE | 1,190,000 |
| NBRV | 1,610,000 |
| HEXO | 5,110,000 |
| ITRM | 2,000,000 |
| BU CN | 27,000 |
| MGEN | 13,000 |
| SLRX | 3,000 |
| SLGL | 25,000 |
| KTOV | 6,020,000 |
| TLRY | 3,910,000 |
| BXRX | 1,160,000 |
| BNGO | 3,410,000 |
| BIMI | 1,100,000 |
| CYCC | 190,000 |
| NTEC | 1,710,000 |
| RMED | 710,000 |
| DRAD | 29,000 |
| NSTG | 230,000 |

Thank you.

CONFIDENTIAL

CVI_0000198