# EXHIBIT 13

Message
_____

**From:**       Joe Reda [reda@theseg.com]
**Sent:**       6/3/2020 11:50:14 AM
**To:**         Rich Abbe [RAbbe@icfund.com]; Jonathan Schechter [shex@theseg.com]
**Subject:**    RE: SMSI - SEG

There is still 3mil shares available in the cap table to issue but they are out of authorized after that....no room available on shelf

**From:** Rich Abbe [mailto:RAbbe@icfund.com]
**Sent:** Wednesday, June 03, 2020 7:46 AM
**To:** Joe Reda <reda@theseg.com>; Jonathan Schechter <shex@theseg.com>
**Subject:** RE: SMSI - SEG

You guys let me know the night, what stub piece, I thought we exhausted the shelf

Rich Abbe
Iroquois Capital Management LLC.
**NEW ADDRESS**
125 Park Avenue, 25th Floor
New York, NY 10017.
+ 1 212-974-3070 Main
+ 1 347-218-9517 Direct.
+ 1 347-408-0969 Fax.
rabbe@icfund.com

**From:** Joe Reda <reda@theseg.com>
**Sent:** Wednesday, June 3, 2020 7:44 AM
**To:** Jonathan Schechter <shex@theseg.com>
**Cc:** Rich Abbe <RAbbe@icfund.com>
**Subject:** RE: SMSI - SEG

Up to Richie

Alos...other accounts want to fund the $4mil stub piece for GNUS and cash exchange warrants that haven't been exercised

Thoughts?!?!

**From:** Jonathan Schechter
**Sent:** Wednesday, June 03, 2020 7:43 AM
**To:** Joe Reda <reda@theseg.com>
**Cc:** Rich Abbe <RAbbe@icfund.com>
**Subject:** RE: SMSI - SEG

Confidential

EW-AUG0001458

Either day works for me...working on extending the Agreement with Tim right now

---

**From:** Joe Reda
**Sent:** Wednesday, June 3, 2020 7:37 AM
**To:** Jonathan Schechter <shex@theseg.com>
**Cc:** Rich Abbe <RAbbe@icfund.com>
**Subject:** RE: SMSI - SEG

Do we get paid when Richie does?

Also...shouldn't we lock in Richie for a dinner next week???

Wed/thur???????????

---

**From:** Jonathan Schechter
**Sent:** Wednesday, June 03, 2020 7:25 AM
**To:** Joe Reda <reda@theseg.com>
**Subject:** Re: SMSI - SEG

Everyone exercised them except Richie

Sent from my iPhone

On Jun 3, 2020, at 6:59 AM, Joe Reda <reda@theseg.com> wrote:

Warrant exchange in the cards?!?!!?

---

**From:** Joe Reda
**Sent:** Monday, June 01, 2020 8:19 AM
**To:** bsmith@smithmicro.com; Tim Huffmyer <thuffmyer@smithmicro.com>
**Cc:** SEG Firmwide <seg@theseg.com>; James McIlree <jmcilree@bradleywoods.com>
**Subject:** SMSI - SEG

Bill/Tim,

I can't believe it's already June 1st...It feels like every day is Wednesday...LOL.

Anyway...Congratulations...SMSI made it into the Pitch book attached as a LONG TERM relationship of SEG!!  Check it out and let us know what you think.

You guys are like family to us.

Facetime me or Shex today...All of SEG (except uncle Andy) will be working from a social distance from my backyard and we would love to see your face!

-Reda

p.s. You should start co-investing in our deals with us and let's raise SMSI another $50mil together!

                                                                                      EW-AUG0001459

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
************************************************************ This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
************************************************************ This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
************************************************************ This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

                                                                                              EW-AUG0001460

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly

prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

Confidential

EW-AUG0001462