# EXHIBIT 15

**From:**      Sam.Winer@msx.bala.susq.com [Sam.Winer@msx.bala.susq.com]
**Sent:**      6/3/2020 3:27:34 PM
**To:**        Sam.Winer@msx.bala.susq.com
**Subject:**   [InstantBloomberg]: Jun 3, 2020 11:27:34 AM

```
# Start of interaction

# Participant InstantBloomberg:jreda1 entered on 2020-06-03T11:27:34-0400
# Participant information
buddyName: jreda1
networkID: InstantBloomberg
# End of participant information

# Participant InstantBloomberg:swiner entered on 2020-06-03T11:27:37-0400
# Participant information
buddyName: swiner
networkID: InstantBloomberg
employeeID: winer
# End of participant information

InstantBloomberg:jreda1 (2020-06-03T11:27:37-0400):
 someone just hit me for 69k icnb....i'm buying the entire float....i'll let you know who the seller is
next week...migs is the best...srax + seg + icnb + gnus = world domination


InstantBloomberg:swiner (2020-06-03T11:31:34-0400):
*** SAM WINER (SUSQUEHANNA INTERNAT) Personal Disclaimer:


InstantBloomberg:swiner (2020-06-03T11:31:34-0400):
*** SUSQUEHANNA INTERNAT (437300) Disclaimer:


InstantBloomberg:swiner (2020-06-03T11:32:38-0400):
 You can afford to buy the entire float. You are a rich man


InstantBloomberg:swiner (2020-06-03T11:32:42-0400):
 On paper


InstantBloomberg:jreda1 (2020-06-03T11:32:46-0400):
 i am


InstantBloomberg:jreda1 (2020-06-03T11:32:56-0400):
 you forgot i bought gnus at 1.35 w my fee


InstantBloomberg:jreda1 (2020-06-03T11:32:58-0400):
 ;-)


InstantBloomberg:swiner (2020-06-03T11:33:57-0400):
 Couldn't happen to a nicer guy


InstantBloomberg:jreda1 (2020-06-03T11:34:08-0400):
 i'm not even close to done


InstantBloomberg:jreda1 (2020-06-03T11:34:09-0400):
 xoxoxox


InstantBloomberg:jreda1 (2020-06-03T11:34:11-0400):
 ;-)


# Participant InstantBloomberg:swiner left on 2020-06-03T11:34:35-0400
```

CVI_0003327

```
# Participant InstantBloomberg:swiner entered on 2020-06-03T12:02:16-0400
# Participant information
buddyName: swiner
networkID: InstantBloomberg
employeeID: winer
# End of participant information

InstantBloomberg:jreda1 (2020-06-03T12:02:16-0400):
 we have like 7 deals brewing from reverse inquiries from other hedge funds...if any term sheets get
signed and the lead likes you...i'm calling....xoxoxoxoxo


InstantBloomberg:jreda1 (2020-06-03T12:02:26-0400):
 would be nice if you did those too...xoxoxo :-)


InstantBloomberg:swiner (2020-06-03T12:07:39-0400):
*** SAM WINER (SUSQUEHANNA INTERNAT) Personal Disclaimer:


InstantBloomberg:swiner (2020-06-03T12:07:39-0400):
*** SUSQUEHANNA INTERNAT (437300) Disclaimer:


InstantBloomberg:swiner (2020-06-03T12:08:50-0400):
 It's on my to do list, but I keep getting called on other deals


InstantBloomberg:swiner (2020-06-03T12:09:21-0400):
 I did only see 3 or 4 companies that jumped out at me from the list, but I'll look again


InstantBloomberg:jreda1 (2020-06-03T12:10:49-0400):
 ok


InstantBloomberg:jreda1 (2020-06-03T12:10:51-0400):
 xo


# Participant InstantBloomberg:jreda1 left on 2020-06-03T14:45:50-0400

# Participant InstantBloomberg:swiner left on 2020-06-03T14:45:50-0400

# End of interaction
```

CVI_0003328