# EXHIBIT 16

Message

___

**From:** Joe Reda [reda@theseg.com]
**Sent:** 7/31/2020 8:44:24 AM
**To:** Ryan Lane [Ryan.Lane@emperyam.com]; Amin Nathoo [anathoo@ansonfunds.com]
**CC:** Jonathan Schechter [shex@theseg.com]; Andrew Arno [andy@theseg.com]
**Subject:** RE: PrivateRaise - Shelf Alert - 22nd Century Group, Inc. (NYSE American: XXII) $100.0 Million S-3 Shelf Registration Statement Declared Effective (File No. 333-239981)

I'll let you know on the 11th

Speaking of large...are you matching my order on ICNB ($1.5mil...gets me to $3mil) or Amin's order ($3mil....gets him to $5mil)

Plus I'll buy every share of common in the float post deal once I'm off restriction to get me back to 9.9999999%

Let's go!!!!!

Shex restructured GNUS and everyone made a fortune....this is the next one

Bet on the jockey........SEG!

-Reda

p.s.

Tell Martin they invented two buttons on the order entry system...sell and **BUY!!!!**

Lmfao

Xoxoxoxo

Come to shex' house next Thursday 8/6...SEG Thursday moves to shex' mansion and estate....tennis, pool, massage, hot tub, bbq, stogies, eddies, etc.

Time to be friends again

Been too long

Like this email

hahahahahhahahahahahaha

___

**From:** Ryan Lane [mailto:Ryan.Lane@emperyam.com]
**Sent:** Friday, July 31, 2020 8:28 AM
**To:** Joe Reda <reda@theseg.com>; Amin Nathoo <anathoo@ansonfunds.com>
**Subject:** RE: PrivateRaise - Shelf Alert - 22nd Century Group, Inc. (NYSE American: XXII) $100.0 Million S-3 Shelf Registration Statement Declared Effective (File No. 333-239981)

Ha. Sounds like the guy is large.

                                                        ANSON_00011578

**From:** Joe Reda [mailto:reda@theseg.com]
**Sent:** Friday, July 31, 2020 8:27 AM
**To:** Ryan Lane; Amin Nathoo
**Subject:** RE: PrivateRaise - Shelf Alert - 22nd Century Group, Inc. (NYSE American: XXII) $100.0 Million S-3 Shelf Registration Statement Declared Effective (File No. 333-239981)

CEO is awesome

Loves cigars, scotch and cheesesteaks

All I care about

Xoxoxooxxii

---

**From:** Ryan Lane [mailto:Ryan.Lane@emperyam.com]
**Sent:** Friday, July 31, 2020 8:25 AM
**To:** Joe Reda <reda@theseg.com>; Amin Nathoo <anathoo@ansonfunds.com>
**Subject:** RE: PrivateRaise - Shelf Alert - 22nd Century Group, Inc. (NYSE American: XXII) $100.0 Million S-3 Shelf Registration Statement Declared Effective (File No. 333-239981)

Totally…..so much has happened!

---

**From:** Joe Reda [mailto:reda@theseg.com]
**Sent:** Friday, July 31, 2020 8:12 AM
**To:** Ryan Lane; Amin Nathoo
**Subject:** Fwd: PrivateRaise - Shelf Alert - 22nd Century Group, Inc. (NYSE American: XXII) $100.0 Million S-3 Shelf Registration Statement Declared Effective (File No. 333-239981)

Feels like 7 years ago.

I'm meeting CEO in Philly on the way to drop Joe at College in two weeks.

Sent from my iPhone

Begin forwarded message:

**From:** "alert@privateraise.com" <alert@privateraise.com>
**Date:** July 31, 2020 at 8:00:19 AM EDT
**To:** Joe Reda <reda@theseg.com>
**Subject: PrivateRaise - Shelf Alert - 22nd Century Group, Inc. (NYSE American: XXII) $100.0 Million S-3 Shelf Registration Statement Declared Effective (File No. 333-239981)**

# 7/31/2020 (6:00AM): 22nd Century Group, Inc. (NYSE American: XXII) $100.0 Million S-3 Shelf Registration Statement Declared Effective (File No. 333-239981)

Manage your Shelf Alert settings

CONFIDENTIAL                                                                          ANSON_00011579

================================================================================
====

PrivateRaise, a service of The Deal
Hippodrome Building, 1120 Avenue of the Americas,
New York, NY 10036

Phone:1.888.667.3325

E-mail: customerservice@thedeal.com
Website: https://www.privateraise.com

All rights reserved. © 2020 The Deal, LLC Printing more than one copy or photocopying multiple versions of this email without a multiple copy license is illegal and strictly prohibited. The Deal actively monitors abuse of this policy. Violations can result in the termination of your subscription without refund or recourse and could subject you to civil and/or criminal penalties. For information on how to obtain multiple or group licenses, please contact The Deal's Subscription Sales Department at 888-667-3325 or customerservice@thedeal.com. No data herein should be construed to be a recommendation to purchase, retain, or sell securities, or to provide investment advice of the companies mentioned. Information is updated based on availability of certain public disclosures and obtained from sources deemed reliable and may be amended or retracted as new information is obtained.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.
*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

  ANSON_00011580

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.

*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

CONFIDENTIAL

ANSON_00011581