# EXHIBIT 18

Message

---

**From:** Joe Reda [reda@theseg.com]
**Sent:** 8/2/2020 10:34:33 PM
**To:** Jonathan Schechter [shex@theseg.com]
**CC:** Amin Nathoo [anathoo@ansonfunds.com]; Greg Castaldo (gcastaldo@ktmc.com) [gcastaldo@ktmc.com]
**Subject:** RE: ICNB - deal closing - details

I will be humping Grinch's face tomorrow night in Jersey

---

**From:** Jonathan Schechter
**Sent:** Sunday, August 02, 2020 10:07 PM
**To:** Joe Reda <reda@theseg.com>
**Cc:** Amin Nathoo <anathoo@ansonfunds.com>; Greg Castaldo (gcastaldo@ktmc.com) <gcastaldo@ktmc.com>
**Subject:** Re: ICNB - deal closing - details

These are a few of my favorite people in the world (think Sound of Music). Let's go boys!  Time to make the donuts

Sent from my iPhone

On Aug 2, 2020, at 9:51 PM, Joe Reda <reda@theseg.com> wrote:

Amin/Castaldo,

### *Week Ahead:*

Monday
Shex and I will call you to at some point to discuss the deal and finalize the order book and wire to escrow.

Tuesday
All deal docs will be sent to investors for review.

Tue./Wed./Thur.
Conference calls with new MGMT team available.

Tuesday:         2-5pm EST
Wednesday:    12-5pm EST
Thursday:         all day/night

Thursday
ICNB Sign Asset purchase agreement with BUZZtime; Final deal docs/cross sig pages;

Friday
Announce (PR/8k) acquisition, restructuring, financing.

CONFIDENTIAL                                                                                                ANSON_00013373

## _Order Book:_

| | |
|---|---|
| Anson | largest PREF shareholder; in for $2.25mil already...coming in for $2-3mil |
| Castaldo | largest COMMON shareholder alongside me; in for $1.5mil already...coming in for another $1.5mil |
| Reda | largest COMMON shareholder alongside Castaldo; in for $1.5mil already....coming in for another $1.5mil |
| L1 Capital | Feldy in for $500k+ already...coming in for another $1.5-3mil |
| Iroquois | Abbe in for $500k+ already...coming in for another $500k to $3mil |
| SEG others et al | Andy and Shex and their network in for $1mil+ already...coming in for another $1-2mil |
| Other GNUS/ICNB holders | in for $1mil+ already...coming in for $1-2mil |
| NEW MONEY | coming in for $1-2mil |
| Total order book | $10-18mil (goal is $15mil) |

GIDDY UP

-Coach Reda

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.

*************************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.

*************************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever

ANSON_00013374

without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

The Special Equities Group "SEG" is a Division of Bradley Woods & Co. Ltd.

*********************************************************** This email is only for use by the intended recipient and may contain information that is PRIVILEGED, PROPRIETARY, CONFIDENTIAL AND/OR OTHERWISE PROTECTED FROM DISCLOSURE. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication and any attachments is strictly prohibited. If you have received this communication in error, then please delete this email, any and all attachments, and copies. Unless otherwise provided herein, you may not duplicate, redistribute or forward this message, or any portion thereof, including any attachments, by any means to any other person whomsoever without the express permission of Bradley Woods & Co. Ltd. ("Bradley Woods"). Neither the information in this communication nor any opinion or recommendation expressed herein constitutes an offer to buy or sell any securities. The contents of this communication are for information purposes only, and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product. Attachments that are part of an electronic communication may have additional important disclosures and disclaimers, which you should read. The information contained herein is deemed to be reliable, but is in no case assured or warrantied by Bradley Woods. All messages are monitored and retained by Bradley Woods and are subject to regulatory disclosure. Bradley Woods & Co. Ltd. is a member of FINRA and SIPC.

ANSON_00013375