# EXHIBIT 19

Message

| | |
|---|---|
| **From**: | Amin Nathoo [anathoo@ansonfunds.com] |
| **Sent**: | 8/17/2020 4:30:25 PM |
| **To**: | Rich Abbe [RAbbe@icfund.com] |
| **Subject**: | RE: New Utopia Capital Research Post |

Though we don't know these guys… I saw they started writing on all the guys so signed up for their newsletter.

**Amin Nathoo, CFA | Anson Funds**
155 University Avenue, Suite 207 | Toronto, ON | M5H 3B7
Direct: (416) 572-1902 | Office: (416) 447-8874 | Mobile: (416) 804-4141
anathoo@ansonfunds.com

**From:** Rich Abbe <RAbbe@icfund.com>
**Sent:** August 17, 2020 4:29 PM
**To:** Amin Nathoo <anathoo@ansonfunds.com>
**Subject:** RE: New Utopia Capital Research Post

gotcha

Rich Abbe
Iroquois Capital Management LLC.
**NEW ADDRESS**
125 Park Avenue, 25th Floor
New York, NY 10017.
+ 1 212-974-3070 Main
+ 1 347-218-9517 Direct.
+ 1 347-408-0969 Fax.
rabbe@icfund.com

**From:** Amin Nathoo <anathoo@ansonfunds.com>
**Sent:** Monday, August 17, 2020 4:28 PM
**To:** Rich Abbe <RAbbe@icfund.com>
**Subject:** RE: New Utopia Capital Research Post

Theyre just making their way though all the guys.. im sure we will come up at some point.

**Amin Nathoo, CFA | Anson Funds**
155 University Avenue, Suite 207 | Toronto, ON | M5H 3B7
Direct: (416) 572-1902 | Office: (416) 447-8874 | Mobile: (416) 804-4141
anathoo@ansonfunds.com

**From:** Rich Abbe <RAbbe@icfund.com>
**Sent:** August 17, 2020 4:27 PM
**To:** Amin Nathoo <anathoo@ansonfunds.com>
**Subject:** RE: New Utopia Capital Research Post

Thanks, how did you not make the list 😊

CONFIDENTIAL                                                                                    ANSON_00015702

Rich Abbe
Iroquois Capital Management LLC.
**NEW ADDRESS**
125 Park Avenue, 25th Floor
New York, NY 10017.
+ 1 212-974-3070 Main
+ 1 347-218-9517 Direct.
+ 1 347-408-0969 Fax.
rabbe@icfund.com

**From:** Amin Nathoo <anathoo@ansonfunds.com>
**Sent:** Monday, August 17, 2020 4:24 PM
**To:** Rich Abbe <RAbbe@icfund.com>
**Subject:** FW: New Utopia Capital Research Post

**Amin Nathoo, CFA | Anson Funds**
155 University Avenue, Suite 207 | Toronto, ON | M5H 3B7
Direct: (416) 572-1902 | Office: (416) 447-8874 | Mobile: (416) 804-4141
anathoo@ansonfunds.com

**From:** Asgard <research@utopiacap.com>
**Sent:** August 17, 2020 4:20 PM
**To:** Amin Nathoo <anathoo@ansonfunds.com>
**Subject:** New Utopia Capital Research Post

Investor Warning: Iroquois Capital Management LLC: AEMD, AKER, WRTC, SMSI, GNSS, TENX, TEUM, NHLD, ATOS, GNUS, MRKR, GTG, SYN, AYRO, MOSY, NTRP, MGTI, XSPA, ALAN,

ANSON_00015703

# NNDM, TSGL, SEEL, VISL, DPW, CHUC, CHFS, TNXP, RGSEQ, SFET

Several of the companies Iroquois Capital Management LLC has been involved with raise several red flags. Examples include: XSPA, GNUS and TNXP. Since 2016, Iroquois Capital Management LLC filed Schedule 13G ownership forms for 29 companies. The vast majority have since experienced significant decreases in their share prices, in some cases greater than 99%. The average annualised rate of return …

**Read more**

Read more



Unsubscribe | Manage subscription

Add your postal address here!

CONFIDENTIAL
ANSON_00015705