**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TODD AUGENBAUM

      Plaintiff,

  -against-

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD,; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD' EMPERY DEBT OPPORTUNITY
FUND, LP; EMPERTY TAX EFFICIENT, LP.;
IROQUOIS MASTER FUND LTD,; IROQUOIS
CAPITAL INVESTMENT CROUP, LLC; L1
CAPITAL GLOBAL OPPORTUNITIES MASTER
FUND; M3A LP; AND RICHARD MOLINSKY,

      Defendants,

  -and-

KARTOON STUDIOS, INC

      Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**DECLARATION OF BRICE**
**JASTROW**

---

I, BRICE JASTROW, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am an attorney at Mandel Bhandari LLP, counsel for Plaintiff in this action.  I submit this declaration in support of Plaintiff's Omnibus Motions in Limine.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

2. Pursuant to Local Civil Rule 6.4, I hereby certify that Plaintiff's counsel has conferred via video call with opposing counsel in a good faith effort to resolve the issues asserted in the motion without the intervention of the Court.

3. Attached as Exhibit 1 is a true and correct copy of Defendants' Rule 26(a)(2) Disclosures, dated November 15, 2024.

4. Attached as Exhibit 2 is a true and correct copy of an email from Shannon Sciaretta to Evan Mandel and others dated April 22, 2026, attaching Defendants' Trial Witness List. Other attachments to this email have been omitted from this exhibit for convenience.

5. Attached as Exhibit 3 is a true and correct copy of Defendant Anson Investment Master Fund LP's Initial Disclosures, dated February 22, 2024.

6. Attached as Exhibit 4 is a true and correct copy of Defendant Richard Molinsky's Initial Disclosures, dated February 23, 2024.

7. Attached as Exhibit 5 is a true and correct copy of Defendants Iroquois Master Fund Ltd. And Iroquois Capital Investment Group, LLC's Initial Disclosures, dated February 22, 2024.

8. Attached as Exhibit 6 is a true and correct copy of Defendant CVI Investment's Initial Disclosures, dated February 22, 2024.

9. Attached as Exhibit 7 is a true and correct copy of Defendants Brio Capital Master Fund Ltd. And Brio Select Opportunities Fund LP's Initial Disclosures, dated February 22, 2024.

10. Attached as Exhibit 8 is a true and correct copy of Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP's Initial Disclosures, dated February 22, 2024.

-2-

-3-

11.     Attached as Exhibit 9 is a true and correct copy of Defendant L1 Capital Global

Opportunities Master Fund's Initial Disclosures, dated February 22, 2024.

12.     Attached as Exhibit 10 is a true and correct copy of Defendant M3A LP's Initial

Disclosures.

13.     I respectfully request that the Court grant Plaintiff's Omnibus Motions in Limine.

Dated: May 4, 2026

*/s/ Brice Jastrow*
Brice Jastrow