**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM, <br><br> Plaintiff, <br><br> v. <br><br> ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY, <br><br> Defendants, <br><br> -and- <br><br> KARTOON STUDIOS, INC., <br><br> Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |

## DEFENDANTS' RULE 26(a)(2) DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and the scheduling orders set by the Court, Defendants submit the following disclosures.

Defendants' expert witnesses are Michael D. Maline, Dr. David Marcus, and Michael S. Weisbach (collectively, "Defendants' Experts"). Defendants' Experts' written reports are served concurrently with this disclosure pursuant to Federal Rule of Civil Procedure 26(a)(2)(B).

Defendants reserve the right to supplement these disclosures and provide additional reports as necessary.

Dated: November 15, 2024

**FRESHFIELDS US LLP**


*/s/ Andrew D. Gladstein*
Andrew D. Gladstein
Amella Viso
Shannon Sciaretta

3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (646) 231-7098
andrew.gladstein@freshfields.com
amella.viso@freshfields.com
shannon.sciaretta@freshfields.com

*Counsel for Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP*


**HOGAN LOVELLS US LLP**


*/s/ Dennis H. Tracey, III*
Dennis H. Tracey, III

390 Madison Ave.
New York, NY 10017
(212) 918-3000
Fax: (212) 918-3100
dennis.tracey@hoganlovells.com
catherine.bratic@hoganlovells.com
russell.welch@hoganlovells.com

*Counsel for Defendant Anson Investments Master Fund LP*

2

**ELLENOFF GROSSMAN & SCHOLE LLP**


*/s/ John Brilling Horgan*
John Brilling Horgan

1345 Avenue of the Americas
11th Floor
New York, New York 10105
Phone: (646) 895-7158
Cell: (518) 339-0614
jhorgan@egsllp.com
flee@egsllp.com
jcohen@egsllp.com

*Counsel for Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP*


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**


*/s/ Kurt Wm. Hemr*
Susan Saltzstein
Kurt Wm. Hemr
Jeffrey Geier

One Manhattan West
New York, New York 10001
(212) 735-4132
Fax: (917) 777-4132
susan.saltzstein@skadden.com
kurt.hemr@skadden.com
jeffrey.geier@skadden.com

*Counsel for Defendant CVI Investments, Inc.*

3

**LATHAM & WATKINS LLP**

*/s/ William O. Reckler*
William O. Reckler
Hanyu (Iris) Xie

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1350
william.reckler@lw.com
iris.xie@lw.com

*Counsel for Defendants Iroquois Master Fund Ltd.*
*and Iroquois Capital Investment Group, LLC*

**PHILLIPS NIZER LLP**

*/s/ Jared R. Clark*
Jared R. Clark
Marc Andrew Landis

485 Lexington Avenue, 14th Floor
New York, New York 10017
(212) 841-0705
Fax: (212) 262-5152
mlandis@phillipsnizer.com
jclark@phillipsnizer.com

*Counsel for Defendant L1 Capital Global*
*Opportunities Master Fund*

4

**LITMAN, ASCHE & GIOIELLA, LLP**


*/s/ Richard Asche*
Richard Asche

140 Broadway #38
New York, NY 10005
(212) 809-4500
richardasche@lagnyc.com

*Counsel for Defendant M3A LP*



**STINSON LLP**

*/s/ Kieran M. Corcoran*
Kieran M. Corcoran

100 Wall Street, Suite 201
New York, New York 10005
(646) 883-7471
kieran.corcoran@stinson.com

*Counsel for Defendant Richard Molinsky*