

**Evan Mandel <em@mandelbhandari.com>**

## RE: Augenbaum v. Anson Inv., et al. - Pre-Trial Order - Defendants' Materials

**SCIARETTA, Shannon** <Shannon.Sciaretta@freshfields.com>        Wed, Apr 22, 2026 at 12:02 PM
To: Evan Mandel <em@mandelbhandari.com>, "GLADSTEIN, Andrew (ADGL)" <Andrew.Gladstein@freshfields.com>
Cc: Robert Glunt <glunt@mandelbhandari.com>, "JOHNSTON, Jacob" <Jacob.Johnston@freshfields.com>, "CARLTON, Alexandra" <Alexandra.Carlton@freshfields.com>, Michael Klein <mklein@aftlaw.com>, "Jeffrey S. Abraham" <JAbraham@aftlaw.com>, Diana Wang <diana.wang@csvllp.com>, Benjamin Dozier <benjamin.dozier@csvllp.com>, Christopher Clark <clark@csvllp.com>, "Tracey, Dennis H." <dennis.tracey@hoganlovells.com>, "Bratic, Catherine" <catherine.bratic@hoganlovells.com>, "Cochrane, Elizabeth" <elizabeth.cochrane@hoganlovells.com>, "John B. Horgan" <jhorgan@egsllp.com>, Joanna Cohen <jcohen@egsllp.com>, "Kurt Wm. Hemr" <kurt.hemr@skadden.com>, Jeffrey Geier <jeffrey.geier@skadden.com>, "Susan.Saltzstein@skadden.com" <Susan.Saltzstein@skadden.com>, "andrea.griswold@skadden.com" <andrea.griswold@skadden.com>, Christopher R Fredmonski <christopher.fredmonski@skadden.com>, "Kieran M. Corcoran" <kieran.corcoran@stinson.com>, Nicole Khalouian <nicole.khalouian@stinson.com>, "Jared R. Clark" <jclark@ekljnlaw.com>, Richard Asche <richardasche@lagnyc.com>, Jennifer Furey <JFurey@goulstonstorrs.com>

Counsel:

Attached please find Defendants' (i) revised witness list, (ii) objections to Plaintiff's exhibit list, and (iii) counter-designations to Plaintiff's designations.

Defendants reserve all rights to amend the attached drafts.

Best,

Shannon

**Shannon Sciaretta**

Associate
**T** +1 646 231 7024 **|** **M** +1 646 895 0623

---

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Tuesday, April 21, 2026 11:49 AM
**To:** GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>
**Cc:** SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>; Robert Glunt <glunt@mandelbhandari.com>; JOHNSTON, Jacob <Jacob.Johnston@freshfields.com>; CARLTON, Alexandra <Alexandra.Carlton@freshfields.com>; Michael Klein <mklein@aftlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Diana Wang <diana.wang@csvllp.com>; Benjamin Dozier <benjamin.dozier@csvllp.com>; Christopher Clark <clark@csvllp.com>; Tracey, Dennis H.

<dennis.tracey@hoganlovells.com>; Bratic, Catherine <catherine.bratic@hoganlovells.com>; Cochrane, Elizabeth <elizabeth.cochrane@hoganlovells.com>; John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; Kurt Wm. Hemr <kurt.hemr@skadden.com>; Jeffrey Geier <jeffrey.geier@skadden.com>; Susan.Saltzstein@skadden.com; andrea.griswold@skadden.com; Christopher R Fredmonski <christopher.fredmonski@skadden.com>; Kieran M. Corcoran <kieran.corcoran@stinson.com>; Nicole Khalouian <nicole.khalouian@stinson.com>; Jared R. Clark <jclark@ekljnlaw.com>; Richard Asche <richardasche@lagnyc.com>; Jennifer Furey <JFurey@goulstonstorrs.com>
**Subject:** Re: Augenbaum v. Anson Inv., et al. - Pre-Trial Order - Plaintiff Materials

Sure

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax:    (646) 964-6667
em@mandelbhandari.com

On Tue, Apr 21, 2026, 10:40 AM GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com> wrote:

> Hi Evan:
>
> If you don't mind, let's just agree on sometime early tomorrow?  12pm?  I could use an extra hour or two later tonight.
>
> Thanks,
>
> Andy
>
> **Andrew Gladstein**
>
> Partner
>
> **Freshfields Bruckhaus Deringer US LLP**
>
> 3 World Trade Center
>
> 175 Greenwich Street
>
> New York, NY 10007

T +1 212 230 4685   M +1 646 984 6896

Andrew.Gladstein@freshfields.com

---

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Tuesday, April 21, 2026 10:23 AM
**To:** SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>
**Cc:** Robert Glunt <glunt@mandelbhandari.com>; GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>; JOHNSTON, Jacob <Jacob.Johnston@freshfields.com>; CARLTON, Alexandra <Alexandra.Carlton@freshfields.com>; Michael Klein <mklein@aftlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Diana Wang <diana.wang@csvllp.com>; Benjamin Dozier <benjamin.dozier@csvllp.com>; Christopher Clark <clark@csvllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Bratic, Catherine <catherine.bratic@hoganlovells.com>; Cochrane, Elizabeth <elizabeth.cochrane@hoganlovells.com>; John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; Kurt Wm. Hemr <kurt.hemr@skadden.com>; Jeffrey Geier <jeffrey.geier@skadden.com>; Susan.Saltzstein@skadden.com; andrea.griswold@skadden.com; Christopher R Fredmonski <christopher.fredmonski@skadden.com>; Kieran M. Corcoran <kieran.corcoran@stinson.com>; Nicole Khalouian <nicole.khalouian@stinson.com>; Jared R. Clark <jclark@ekljnlaw.com>; Richard Asche <richardasche@lagnyc.com>; Jennifer Furey <JFurey@goulstonstorrs.com>
**Subject:** Re: Augenbaum v. Anson Inv., et al. - Pre-Trial Order - Plaintiff Materials

Shannon,

Is it ok if we exchange materials at 8:00 today instead of 5:00?

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax:   (646) 964-6667
em@mandelbhandari.com

On Tue, Apr 14, 2026, 5:03 PM SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com> wrote:

> Counsel:
>
> Please find attached (1) a shell of a joint pretrial order and a draft of Exhibit 1 to that order, (2)

Defendants' current witness list, (3) Defendants' deposition designations (for Andy Heyward and Jonathan Schechter), and (4) Defendants' current exhibit list.

Defendants reserve all rights to make additional changes to the attached drafts.

We had previously discussed exchanging revised documents, including objections and counter-designations by next Tuesday, April 21, at 5 p.m.

Thanks,

Shannon

**Shannon Sciaretta**

Associate

**T** +1 646 231 7024 **| M** +1 646 895 0623

---

**From:** Robert Glunt <glunt@mandelbhandari.com>
**Sent:** Tuesday, April 14, 2026 4:54 PM
**To:** GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>; SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>; JOHNSTON, Jacob <Jacob.Johnston@freshfields.com>; CARLTON, Alexandra <Alexandra.Carlton@freshfields.com>
**Cc:** Michael Klein <mklein@aftlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Diana Wang <diana.wang@csvllp.com>; Benjamin Dozier <benjamin.dozier@csvllp.com>; Christopher Clark <clark@csvllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Bratic, Catherine <catherine.bratic@hoganlovells.com>; Cochrane, Elizabeth <elizabeth.cochrane@hoganlovells.com>; John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; Kurt Wm. Hemr <kurt.hemr@skadden.com>; Jeffrey Geier <jeffrey.geier@skadden.com>; Susan.Saltzstein@skadden.com; andrea.griswold@skadden.com; Christopher R Fredmonski <christopher.fredmonski@skadden.com>; Kieran M. Corcoran <kieran.corcoran@stinson.com>; Nicole Khalouian <nicole.khalouian@stinson.com>; Jared R. Clark <jclark@ekljnlaw.com>; Richard Asche <richardasche@lagnyc.com>; Jennifer Furey <JFurey@goulstonstorrs.com>; Evan Mandel <em@mandelbhandari.com>
**Subject:** Augenbaum v. Anson Inv., et al. - Pre-Trial Order - Plaintiff Materials

Counsel -

As discussed, please find attached current drafts of Plaintiff's exhibit list, witness list, and deposition designations.

Once we've had a chance to at least partially digest each other's materials, we should discuss a timeline for exchanging objections, counterdesignations and edits to the PTO itself.

Best regards,

Rob Glunt

On Fri, Apr 10, 2026 at 10:07 AM Evan Mandel <em@mandelbhandari.com> wrote:

> Shannon,
>
> Thanks for this clarification.  Plaintiff agrees on these points.
>
> Evan
>
> --
>
> Evan Mandel
> Mandel Bhandari LLP
> 80 Pine St., 33rd Floor
> New York, NY 10005
> Office: (212) 269-5600
> Direct: (212) 381-0055
>
> Fax:    (646) 964-6667
> em@mandelbhandari.com
>
> On Fri, Apr 10, 2026 at 9:10 AM SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com> wrote:
>
>> Evan,
>>
>> To be very explicit:
>>
>> We currently anticipate that all of the witnesses for the investor defendants who were deposed will testify at trial and so we will not be providing deposition designations for them. We agree that if it turns out that any one of them is not testifying at trial, then the parties should exchange deposition designations for that witness.
>>
>> We have no information at this point about whether Andy Heyward or Jonathan Schechter will testify at trial and so we will be providing deposition designations for them on Tuesday. If Heyward does testify at trial, those deposition designations are moot; likewise Schechter.

Best,

Shannon

**Shannon Sciaretta**

Associate

**T** +1 646 231 7024 **|** **M** +1 646 895 0623

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Thursday, April 9, 2026 8:28 AM
**To:** SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>
**Cc:** GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>; Michael Klein <mklein@aftlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Robert Glunt <glunt@mandelbhandari.com>; JOHNSTON, Jacob <Jacob.Johnston@freshfields.com>; Diana Wang <diana.wang@csvllp.com>; Benjamin Dozier <benjamin.dozier@csvllp.com>; Christopher Clark <clark@csvllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Bratic, Catherine <catherine.bratic@hoganlovells.com>; Cochrane, Elizabeth <elizabeth.cochrane@hoganlovells.com>; John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; Kurt Wm. Hemr <kurt.hemr@skadden.com>; Jeffrey Geier <jeffrey.geier@skadden.com>; Susan.Saltzstein@skadden.com; andrea.griswold@skadden.com; Christopher R Fredmonski <christopher.fredmonski@skadden.com>; Kieran M. Corcoran <kieran.corcoran@stinson.com>; Nicole Khalouian <nicole.khalouian@stinson.com>; Jared R. Clark <jclark@ekljnlaw.com>; Richard Asche <richardasche@lagnyc.com>; Jennifer Furey <JFurey@goulstonstorrs.com>; CARLTON, Alexandra <Alexandra.Carlton@freshfields.com>
**Subject:** Re: Augenbaum v. Anson Inv., et al. - Pre-Trial Order

Shannon,

I want to make sure we're on the same page. Are you saying that defendants agree that we don't need to include in or with the PTO dep  designations for those defendant witnesses who have agreed to appear at trial?

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax:    (646) 964-6667
em@mandelbhandari.com

On Wed, Apr 8, 2026, 6:01 PM SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com> wrote:

Evan,

We will address that point in the draft PTO.

Best,

Shannon

**Shannon Sciaretta**

Associate
**T** +1 646 231 7024 **| M** +1 646 895 0623

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Monday, April 6, 2026 1:32 PM
**To:** SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>
**Cc:** GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>; Michael Klein <mklein@aftlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Robert Glunt <glunt@mandelbhandari.com>; JOHNSTON, Jacob <Jacob.Johnston@freshfields.com>; Diana Wang <diana.wang@csvllp.com>; Benjamin Dozier <benjamin.dozier@csvllp.com>; Christopher Clark <clark@csvllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Bratic, Catherine <catherine.bratic@hoganlovells.com>; Cochrane, Elizabeth <elizabeth.cochrane@hoganlovells.com>; John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; Kurt Wm. Hemr <kurt.hemr@skadden.com>; Jeffrey Geier <jeffrey.geier@skadden.com>; Susan.Saltzstein@skadden.com; andrea.griswold@skadden.com; Christopher R Fredmonski <christopher.fredmonski@skadden.com>; Kieran M. Corcoran <kieran.corcoran@stinson.com>; Nicole Khalouian <nicole.khalouian@stinson.com>; Jared R. Clark <jclark@ekljnlaw.com>; Richard Asche <richardasche@lagnyc.com>; Jennifer Furey <JFurey@goulstonstorrs.com>; CARLTON, Alexandra <Alexandra.Carlton@freshfields.com>
**Subject:** Re: Augenbaum v. Anson Inv., et al. - Pre-Trial Order

Shannon,

Thanks for the update regarding Heyward/Schecter.

In terms of deposition designations, does it make sense to have the PTO state that the parties agree that defendants' witnesses will testify live at the trial, and that the parties reserve their right to designate

portions of the deposition transcript in the event that witness(es) are unavailable?

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax:    (646) 964-6667
em@mandelbhandari.com

On Fri, Apr 3, 2026 at 3:13 PM SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com> wrote:

> Evan,
>
> On the issue of deposition designations, we are fine with your proposal in concept, provided that we include a contingent schedule in the event a witness ultimately does not testify at trial.
>
> We do not know whether Heyward or Schechter intend to testify at trial.
>
> Best,
>
> Shannon
>
> **Shannon Sciaretta**
>
> Associate
>
> **T** +1 646 231 7024 **|** **M** +1 646 895 0623
>
> **From:** Evan Mandel <em@mandelbhandari.com>
> **Sent:** Thursday, April 2, 2026 4:35 PM
> **To:** SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>
> **Cc:** GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>; Michael Klein <mklein@aftlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Robert Glunt <glunt@mandelbhandari.com>; JOHNSTON, Jacob <Jacob.Johnston@freshfields.com>; Diana Wang <diana.wang@csvllp.com>; Benjamin Dozier <benjamin.dozier@csvllp.com>; Christopher Clark <clark@csvllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>;

Bratic, Catherine <catherine.bratic@hoganlovells.com>; Cochrane, Elizabeth <elizabeth.cochrane@hoganlovells.com>; John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; Kurt Wm. Hemr <kurt.hemr@skadden.com>; Jeffrey Geier <jeffrey.geier@skadden.com>; Susan.Saltzstein@skadden.com; andrea.griswold@skadden.com; Christopher R Fredmonski <christopher.fredmonski@skadden.com>; Kieran M. Corcoran <kieran.corcoran@stinson.com>; Nicole Khalouian <nicole.khalouian@stinson.com>; Jared R. Clark <jclark@ekljnlaw.com>; Richard Asche <richardasche@lagnyc.com>; Jennifer Furey <JFurey@goulstonstorrs.com>
**Subject:** Re: Augenbaum v. Anson Inv., et al. - Pre-Trial Order

Shannon,

Thank you for getting back to me.  We are in agreement with respect to the timing for the exchange of PTO materials.

We do not think deposition designations make sense for those witnesses who will be testifying at the trial, including Defendants' witnesses.  Do Defendants agree?

Do you know whether Heyward and Schecter plan to testify live at the trial?

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax:    (646) 964-6667
em@mandelbhandari.com

On Thu, Apr 2, 2026 at 11:30 AM SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com> wrote:

> Hi Evan,
>
> We agree it makes sense to exchange witness lists, exhibit lists, and deposition designations on Tuesday, April 14 at 5:00 p.m. ET.
>
> We propose that the parties exchange objections and counter-designations on

Tuesday, April 21 at 5:00 p.m. ET.

Defendants have a draft of the joint pretrial order in the works and will plan to share that for your review and comment on Tuesday, April 14.

Each Defendant's witness who was deposed in discovery will be available to be called and accordingly no subpoena for those witnesses is required.

Best,

Shannon

**Shannon Sciaretta**

Associate

**T** +1 646 231 7024 **| M** +1 646 895 0623

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Thursday, April 2, 2026 11:14 AM
**To:** GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com>
**Cc:** SCIARETTA, Shannon <Shannon.Sciaretta@freshfields.com>; Michael Klein <mklein@aftlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Robert Glunt <glunt@mandelbhandari.com>; JOHNSTON, Jacob <Jacob.Johnston@freshfields.com>; Diana Wang <diana.wang@csvllp.com>; Benjamin Dozier <benjamin.dozier@csvllp.com>; Christopher Clark <clark@csvllp.com>; Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Bratic, Catherine <catherine.bratic@hoganlovells.com>; Cochrane, Elizabeth <elizabeth.cochrane@hoganlovells.com>; John B. Horgan <jhorgan@egsllp.com>; Joanna Cohen <jcohen@egsllp.com>; Kurt Wm. Hemr <kurt.hemr@skadden.com>; Jeffrey Geier <jeffrey.geier@skadden.com>; Susan.Saltzstein@skadden.com; andrea.griswold@skadden.com; Christopher R Fredmonski <christopher.fredmonski@skadden.com>; Kieran M. Corcoran <kieran.corcoran@stinson.com>; Nicole Khalouian <nicole.khalouian@stinson.com>; Jared R. Clark <jclark@ekljnlaw.com>; Richard Asche <richardasche@lagnyc.com>; Jennifer Furey <JFurey@goulstonstorrs.com>
**Subject:** Re: Augenbaum v. Anson Inv., et al. - Pre-Trial Order

All,

I am following-up on the below.

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax:    (646) 964-6667
em@mandelbhandari.com

On Fri, Mar 27, 2026 at 11:13 AM Evan Mandel <em@mandelbhandari.com> wrote:

> All,
>
> For those of you with whom I have not had a chance to connect, my firm is co-counseling with Abraham, Fruchter & Twersky LLP on this case.
>
> Does it make sense for the parties to exchange their portions of their portions of the pre-trial order (including exhibits and deposition designations) on April 14?
>
> Also, would Defendants please let us know by April 1 whether any of the Defendants witnesses who were deposed will not be voluntarily appearing at the trial?  That will allow us to determine which witnesses need to be subpoenaed and which witnesses require deposition designations.
>
> Thanks,
>
> Evan
>
> --
>
> Evan Mandel
> Mandel Bhandari LLP
> 80 Pine St., 33rd Floor
> New York, NY 10005
> Office: (212) 269-5600
> Direct: (212) 381-0055
>
> Fax:    (646) 964-6667
> em@mandelbhandari.com

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by

telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

**4 attachments**

 **2026-04-22 Exhibit 4 - Defendants' Trial Witness List.docx**
51K

 **2026-04-22 Defendants' Objections - Plaintiff's Proposed Exhibit List (as circulated 4-14-2026).xlsx**
82K

**2026-04-22 Defendants' Objections and Counter Deposition Designations - Andy Heyward.docx**
28K

**2026-04-22 Defendants' Objections and Counter Deposition Designations - Jonathan Schechter.docx**
47K

EXCHANGE DRAFT
REVISION DATE:  APRIL 22, 2026

**Defendants' Trial Witness List[1]**

| Name | Entity | In Open Court / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Richard Abbe | Iroquois | In Open Court | Mr. Abbe is an equity owner of Iroquois.  He is expected to testify about Iroquois' participation in the transactions at issue and Iroquois' trading in Genius stock, among other related topics. |
| Bryan Armenta | Empery | In Open Court | Mr. Armenta is an analyst at Empery.  He is expected to testify about Empery's participation in the transactions at issue. |
| Todd Augenbaum | N/A | In Open Court | Mr. Augenbaum is a shareholder of Genius.  He is expected to testify about his ownership in Genius stock. |
| Robert Charron | Ellenoff Grossman & Schole LLP (EGS) | In Open Court | Mr. Charron is a partner at EGS and served as outside counsel to Anson.  He is expected to testify about his representation of Anson during the transactions at issue, among other related topics. |
| Alyson Chung | Empery | In Open Court | Ms. Chung is a controller at Empery.  She is expected to testify about Empery's participation in the transactions at issue. |
| Brett Director | Empery | In Open Court | Mr. Director is the General Counsel of Empery.  He is expected to testify about his representation of Empery during the transactions at issue, among other related topics. |

---

[1]    To the extent Defendants elect or are required to present a witness's testimony by deposition designation where that witness is identified as an "in open court" witness on this list, Defendants reserve the right to designate that witness's deposition testimony for trial.  Additionally, to the extent Plaintiff calls a witness in open court at trial, Defendants reserve the right to call that witness in open court as well, irrespective of whether the witness is identified as an "in open court" or "designation" witness on this list.

| Name | Entity | In Open Court / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| David Feldman | L1 | In Open Court | Mr. Feldman is the Portfolio Manager of L1. He is expected to testify about L1's participation in the transactions at issue and L1's trading in Genius stock, among other related topics. |
| Andy Heyward | Kartoon | Designation | Mr. Heyward is Genius's Chief Executive Officer. He is expected to testify about the transactions at issue. |
| Shaye Hirsch | Brio | In Open Court | Mr. Hirsch is the Portfolio Manager of Brio Capital. He is expected to testify about Brio's participation in the transactions at issuer and Brio's trading in Genius stock, among other related topics. |
| Martin Hoe | Empery | In Open Court | Mr. Hoe is the founder, managing member, and general partner of Empery. He is expected to testify about Empery's participation in the transactions at issue and Empery's trading in Genius stock, among other related topics. |
| Michael Jaffa | Kartoon | In Open Court | Mr. Jaffa is Genius's Chief Operating Officer, General Counsel, and Corporate Secretary. He is expected to testify about his role in the transactions at issue. |
| Ryan Lane | Empery | In Open Court | Mr. Lane is the founder, managing member, and general partner of Empery. He is expected to testify about Empery's participation in the transactions at issue and Empery's trading in Genius stock, among other related topics. |

| Name | Entity | In Open Court / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Michael Maline (Expert) | Covington & Burling LLP | In Open Court | Mr. Maline is a partner at Covington & Burling LLP.  He is expected to testify about the opinions set forth in his expert report and deposition testimony. |
| David Marcus (Expert) | Cornerstone Research | In Open Court | Mr. Marcus is the Senior Vice President and former head of the finance practice at Cornerstone Research.  He is expected to testify about the opinions set forth in his expert report and deposition testimony. |
| Richard Molinsky | N/A | In Open Court | Mr. Molinsky is an individual investor.  He is expected to testify about his participation in the transactions at issue and his trading in Genius stock, among other related topics. |
| Ari Morris | M3A | In Open Court | Mr. Morris is the Principal of Obsidian, an investment manager of M3A.  He is expected to testify about his first contact with SEG, among other related topics. |
| Amin Nathoo | Anson | In Open Court | Mr. Nathoo is the Chief Executive Officer of Anson.  He is expected to testify about Anson's participation in the transactions at issue and Anson's trading in Genius stock, among other related topics. |
| Kimberly Page | Iroquois | In Open Court | Ms. Page is an equity owner of Iroquois.  She is expected to testify about Iroquois' participation in the transactions at issue and Iroquois' trading in Genius stock, among other related topics. |

| Name | Entity | In Open Court / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Charles Phillips | Ellenoff Grossman & Schole LLP (EGS) | In Open Court | Mr. Phillips is a partner at EGS and served as outside counsel to Anson.  He is expected to testify about his representation of Anson during the transactions at issue. |
| Ari (AJ) Pomper | M3A | In Open Court | Mr. Pomper was the Managing Director of Obsidian, an investment manager of M3A.  He is expected to testify about M3A's participation in the transactions at issue and M3A's trading in Genius stock, among other related topics. |
| Joe Reda | Special Equities Group (SEG) | In Open Court | Mr. Reda is the founder and partner of SEG, and served as the placement agent for Genius. He is expected to testify about his role in the transactions at issue, among other related topics. |
| Jonathan Schechter | Special Equities Group (SEG) | TBD | Mr. Schechter is an attorney and partner of SEG, which served as the placement agent for Genius. He is expected to testify about his role in the transactions at issue, among other related topics. |
| Jeffrey Schultz | Mintz Levin | In Open Court | Mr. Schultz is a partner at Mintz Levin who served as counsel to Genius during the transactions at issue and is expected to testify about his role in those matters. |
| Maier Tarlow | M3A | In Open Court | Mr. Tarlow has voting and dispositive power over the shares held in M3A.  He is expected to testify about M3A's participation in the transactions at issue and M3A's trading in Genius stock, among other related topics. |

| Name | Entity | In Open Court / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| TBD | Bradley Woods & Co. Ltd. | In Open Court | Special Equities Group (SEG) is a division of Bradley Woods. A witness for Bradley Woods is expected to testify about SEG's role in the transactions at issue. |
| Michael Weisbach (Expert) | Brattle Group | In Open Court | Mr. Weisbach is a Professor of Finance at The Ohio State University. He is expected to testify about the opinions set forth in his expert report and deposition testimony. |
| Sam Winer | CVI | In Open Court | Mr. Winer is an authorized signatory of Heights Capital Management, Inc., which is the investment advisor to and authorized agent of CVI. He is expected to testify about CVI's participation in the transactions at issue and CVI's trading in Genius stock, among other related topics. |
| Overview / Summary Witness(s) | N/A | In Open Court | Defendants may call one or more summary witnesses to offer testimony under Federal Rule of Evidence 1006. |
| Any witness on Plaintiff's witness list | | | |