**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY, and; GENIUS BRANDS INTERNATIONAL, INC.,<br><br>Defendants. | Civil Action No. 1:22-cv-00249 |

**ANSON INVESTMENTS MASTER FUND LP'S INITIAL DISLCOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Anson Investments Master Fund LP ("Anson") provides the following initial disclosures (the "Disclosures"). These Disclosures are based on the information reasonably available to Anson at this time, and are made without waiving any objections as to relevance, materiality, or admissibility of evidence in the action. Anson reserves the right to revise, correct, supplement, or clarify these Disclosures at any time, consistent with Fed. R. Civ. P. 26(e).

Anson makes these Disclosures without waiving, in any way: (1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay, or any other proper ground, to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (2) the right to object on any and all proper

1

grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these Disclosures.

## I.    Individuals Likely To Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A)(i))

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), upon information and belief, the following individuals may have discoverable information that Anson may use to support its claims and defenses in the present action.  Anson's identifications are not an admission that these individuals' testimony would be admissible evidence or that discovery may properly be sought from them. Anson reserves the right to identify other individuals as its investigation and discovery proceed.

| Name | Contact Information | Subject Matter |
|---|---|---|
| Amin Nathoo | Hogan Lovells US LLP c/o Dennis H. Tracey, III 390 Madison Avenue New York, NY 10017 T (212) 918-3000 F (212) 918-3100 dennis.tracey@hoganlovells.com | Purchases and sales of Genius Brands equity; communications regarding agreements referenced in the Amended Complaint |
| Employees and representatives of Kartoon Studios, Inc. *f/k/a* Genius Brands International, Inc. ("Genius Brands"). | Vinson & Elkins LLP c/o  Michael L. Charlson 555 Mission Street Suite 2000 San Francisco, California 94105 (415) 979-6910 | Negotiation, documentation, and terms of transactions involving Genius Brands securities. |

| Employees and representatives of other Defendants. | Brio Capital Mater Fund Ltd. and Brio Select Opportunities Fund LP c/o John Brilling Horgan Ellenoff Grossman & Schole LLP 1345 Avenue of the Americas 11th Floor New York, New York 10105 (646) 895-7158 | Negotiation, documentation, and terms of transactions involving Genius Brands securities. |
| --- | --- | --- |
| | Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP and Empery Tax Efficient, LP c/o Michael E. Swartz Schulte Roth & Zabel LLP 919 Third Avenue New York, New York 10022 (212) 756-2471 | |
| | Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC c/o Christopher J. Clark Latham & Watkins LLP 1271 Avenue of the Americas New York, New York 10020 (212) 906-1350 | |
| | L1 Capital Global Opportunities Master Fund c/o Marc Andrew Landis Phillips Nizer LLP 485 Lexington Avenue, 14th Floor New York, New York 10017 (212) 262-5152 | |
| | M3A LP c/o Richard Asche Litman, Asche & Gioiella, LLP 140 Broadway #38 New York, New York 10005 (212) 809-4500 | |

|  | Richard Molinsky<br>c/o Kieran M. Corcoran<br>Stinson LLP<br>1325 Avenue of the Americas<br>27th Floor<br>New York, New York 10019<br>(212) 763-8491 |  |
|---|---|---|
| Employees and representatives of Special Equities Group, Inc., including Joe Reda and Jonathan L. Schechter. | 1 Wolfs Lane<br>Suite 316<br>Pelham, New York 10803 | Solicitation and negotiation of transactions in Genius Brands securities. |
| Parties to the Voting Agreement referenced in paragraph 58 of the Amended Complaint (ECF No. 105). | N/A | The Voting Agreement and Stockholders Meeting. |
| Plaintiff Todd Augenbaum | c/o Plaintiff's Counsel of Record | Facts supporting the allegations in the Complaint. |
| Individuals identified in disclosures of plaintiff or other defendants. | N/A | N/A |

## II.      Documents and Tangible Things (Fed. R. Civ. P. 26(a)(1)(A)(ii))

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Anson identifies the following categories of documents that it may use to support its defenses:

1. Communications regarding the negotiation of agreements referenced in the Amended Complaint;

2. Documents concerning transactions involving Genius Brands stock.

Certain of the documents may be subject to attorney-client privilege, work product protection, or other applicable claim of privilege.  Confidential documents, including relevant financial information, will be furnished, subject to other objections, only after entry of an appropriate confidentiality agreement and protective order.

Anson makes this disclosure without any admission as to the relevance, discoverability, or admissibility of these identified documents and things, and without waiving any right to withhold production of the identified documents or things (or any other documents, things, or information requested during the course of discovery) on the basis of any claim of privilege or other immunity, and without prejudice to Anson's right to use, before or during trial, additional information or documents determined to be relevant to this action.

Anson believes that the foregoing documents are in the possession of Plaintiff, on servers or workstations used by Anson employees, and/or in the possession of other Defendants.

The location of any additional documents is being investigated by counsel and will be disclosed as soon as known. The omission of any items from this section should not be construed against Anson's right to rely on any documents produced in this litigation or obtained from third parties or publicly available sources.

Anson reserves the right to supplement and/or amend these disclosures as discovery progresses.

### III.    Computation of Damages (Fed. R. Civ. P. 26(a)(1)(A)(iii))

At this time, Anson is not seeking any damages in this action. Anson, however, reserves its right to assert crossclaims and/or seek damages as the facts of the case develop and the case proceeds.

### IV.    Insurance Policies (Fed. R. Civ. P. 26(a)(1)(A)(iv))

Anson is presently unaware of any insurance policy or agreement under which an insurance business may be liable to satisfy all or part of a possible judgment that may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

\*          \*          \*

Anson's investigation of the facts and circumstances surrounding the case is ongoing, and Anson will supplement these disclosures as appropriate under the Federal Rule of Civil Procedure.

Dated:  February 22, 2024                              Respectfully submitted,

HOGAN LOVELLS US LLP

/s/ Dennis H. Tracey, III_____
Dennis H. Tracey, III (No. 1751361)
dennis.tracey@hoganlovells.com
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T (212) 918-3000
F (212) 918-3100

Catherine Bratic (admitted *pro hac vice*)
catherine.bratic@hoganlovells.com
Hogan Lovells US LLP
609 Main Street, Suite 4200
Houston, TX 77002
T (713) 632-1400
F (713) 632-1401

*Attorneys for Defendant Anson Investments*
*Master Fund LP*