**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>    Plaintiff,<br><br>    v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; RICHARD MOLINSKY; and GENIUS BRANDS INTERNATIONAL, INC.,<br><br>    Defendants. | Civil Action No. 1:22-cv-00249-AS |

## CVI INVESTMENTS, INC.'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant CVI Investments, Inc. ("CVI") provides the following initial disclosures.

## PRELIMINARY STATEMENT

CVI's investigation concerning this case is ongoing, and the individuals, documents, electronically stored information and tangible things that CVI may use to support its defenses in this case may change as the case develops. In providing these initial disclosures, CVI does not waive any applicable privileges or protections, and it expressly reserves its right to object on any applicable grounds to discovery regarding any of the individuals or categories of documents, electronically stored information or tangible things identified herein. CVI further expressly reserves its right to object on any applicable grounds to the use, in this case or any other

proceeding, of any documents, electronically stored information or tangible things identified herein or subsequently discovered based on these initial disclosures.  CVI will identify any testifying expert witnesses as required by Rule 26(a)(2) and any applicable Local Rules.

## I.      Individuals Likely to Have Discoverable Information

The following individuals are likely to have discoverable information that CVI may use to support its defenses, unless the use would be solely for impeachment:

| Name | Address and Telephone Number | Subjects of Discoverable Information |
|---|---|---|
| Martin Kobinger | c/o Susan L. Saltzstein Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, New York 10001 (212) 735-4132 | Business and strategy of CVI, and general industry practices relating to registered direct offerings and PIPE transactions microcap companies. |
| Sam Winer | c/o Susan L. Saltzstein Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, New York 10001 (212) 735-4132 | Negotiation, documentation and terms of transactions involving Genius Brands securities and general industry practices relating to registered direct offerings and PIPE transactions for microcap companies. |
| Brad Alles | c/o Susan L. Saltzstein Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, New York 10001 (212) 735-4132 | CVI transactions involving Genius Brands securities. |
| Other employees of or attorneys and advisors to CVI Investments, Inc. | c/o Susan L. Saltzstein Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, New York 10001 (212) 735-4132 | Negotiation, documentation and terms of transactions involving Genius Brands securities. |

| Employees and representatives of Kartoon Studios, Inc. *f/k/a* Genius Brands International, Inc. ("Genius Brands"). | c/o  Michael L. Charlson Vinson & Elkins LLP 555 Mission Street Suite 2000 San Francisco, California 94105 (415) 979-6910 | Negotiation, documentation and terms of transactions involving Genius Brands securities. |
|---|---|---|
| Employees and representatives of other Defendants. | Anson Investments Master Fund LP c/o Dennis H. Tracey, III Hogan Lovells US LLP 390 Madison Avenue New York, New York 10017 (212)918-3000<br><br>Brio Capital Mater Fund Ltd. and Brio Select Opportunities Fund LP c/o John Brilling Horgan Ellenoff Grossman & Schole LLP 1345 Avenue of the Americas 11th Floor New York, New York 10105 (646) 895-7158<br><br>Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP and Empery Tax Efficient, LP c/o Michael E. Swartz Schulte Roth & Zabel LLP 919 Third Avenue New York, New York 10022 (212) 756-2471<br><br>Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC c/o William O. Reckler Latham & Watkins LLP 1271 Avenue of the Americas New York, New York 10020 (212) 906-1350 | Negotiation, documentation and terms of transactions involving Genius Brands securities. |

| | L1 Capital Global Opportunities Master Fund c/o Marc Andrew Landis Phillips Nizer LLP 485 Lexington Avenue, 14th Floor New York, New York 10017 (212) 262-5152<br><br>M3A LP c/o Richard Asche Litman, Asche & Gioiella, LLP 140 Broadway #38 New York, New York 10005 (212) 809-4500<br><br>Richard Molinsky c/o Kieran M. Corcoran Stinson LLP 1325 Avenue of the Americas 27th Floor New York, New York 10019 (212) 763-8491 | |
|---|---|---|
| Employees and representatives of Special Equities Group, Inc., including Joe Reda and Jonathan L. Schechter. | 1 Wolfs Lane Suite 316 Pelham, New York 10803 | Solicitation and negotiation of transactions in Genius Brands securities. |
| Parties to the Voting Agreement referenced in paragraph 58 of the Amended Complaint (ECF No. 105). | N/A | The Voting Agreement and Stockholders Meeting. |
| Plaintiff Todd Augenbaum | c/o Plaintiff's Counsel of Record | Facts supporting the allegations in the Complaint. |
| Individuals identified in disclosures of plaintiff or other defendants. | N/A | N/A |

4

**II.    Documents, Electronically Stored Information and**
**Tangible Things that CVI May Use to Support its Defenses**

CVI may use the following categories of documents, electronically stored information and tangible things, to the extent that they exist and are in CVI's possession, custody or control, to support its defenses, unless the use would be solely for impeachment:

- Communications and negotiations with Kartoon Studios, Inc. *f/k/a* Genius Brands International, Inc.; A Squared Entertainment LLC; and/or Pacific Entertainment Corporation;

- Communications and negotiations with Special Equities Group LLC; and/or Chardan Capital Markets LLC relating to Genius Brands or its securities;

- Communications and documents relating to the transactions with Genius Brands allegedly giving rise to liability pursuant to Section 16(b);

- Communications and documents relating to Genius Brands' securities including CVI's investment therein;

- Communications and documents relating to the Voting Agreement and Stockholder meeting referenced in paragraph 58 of the Complaint;

CVI believes that the above categories of documents, electronically stored information and tangible things are located at the offices of CVI.

CVI's investigation concerning this case is continuing, and CVI reserves the right to identify, produce, and rely upon further documents and things in support of its positions as such further documents and things may be discovered. CVI does not concede that it possesses documents falling within every category identified above.

**III.    Computation of Damages**

CVI denies that it has caused damages to Plaintiff and does not claim damages at this time in this action.

## IV.   <u>Insurance Agreements</u>

CVI is unaware, at this time, of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy any such judgment.

Dated: New York, New York
February 22, 2024

*/s/Jeffrey S. Geier*
Susan L. Saltzstein
Jeffrey S. Geier
Thomas F. Allen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
Susan.Saltzstein@skadden.com
Jeffrey.Geier@skadden.com
Thomas.Allen@skadden.com

*Attorneys for Defendant*
*CVI Investments, Inc.*