**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

Plaintiff,

v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; IROQUOIS MASTER FUND
LTD.; IROQUOIS CAPITAL INVESTMENT
GROUP, LLC; L1 CAPITAL GLOBAL
OPPORTUNITIES MASTER FUND; M3A LP;
RICHARD MOLINSKY, and; GENIUS
BRANDS INTERNATIONAL, INC.,

Defendants.

Civil Action No. 1:22-cv-00249-AS

**DEFENDANTS BRIO CAPITAL MASTER FUND LTD. AND BRIO SELECT**
**OPPORTUNITIES FUND LP'S INITIAL DISCLOSURES**
**PURSUANT TO RULE 26(a)(1)(A)**

Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP (collectively, "Brio" or "Defendants"), by and through their attorneys, Ellenoff Grossman & Schole LLP, submit their Initial Disclosures pursuant to Rule 26(a)(1) (A) of the Federal Rules of Civil Procedure.

The disclosures submitted herein are based upon Defendants' knowledge, information and belief and are provided subject to such additional information as may be recalled or discovered in the future. Defendants reserve the right to supplement their responses herein as discovery proceeds or new information becomes known.

Subject to the specific objections Defendants may assert in the future, Defendants hereby make the following disclosures:

**(i) The following individuals are known to have, or believed by Defendants to be likely to have, discoverable information:**

Upon information and belief, the following persons, who may be contacted through the undersigned counsel, may possess discoverable information concerning Plaintiff's claims, Defendants' defenses, and/or otherwise relating to this action:

1. Shaye Hirsch
   100 Merrick Road, Suite 401W
   Rockville Centre, NY 11570

   Subject matter: Information regarding Brio's investments in Genius Brands' securities; Defendant's defenses

2. Marina Gorecki
   100 Merrick Road, Suite 401W
   Rockville Centre, NY 11570

   Subject matter: Information regarding Brio's investments in Genius Brands' securities; Defendant's defenses

Upon information and belief, the following persons, whose last known addresses and or other most recent contact information is in the possession of Plaintiff (or where Plaintiff has

1

superior access to same), may possess discoverable information concerning Plaintiff's claims, Defendant's defenses, and/or otherwise relating to this action:

3. Todd Augenbaum

Upon information and belief, the following persons may possess discovery information concerning Plaintiff's claims, Defendants' defenses, and/or otherwise relating to this action:

4. Anson Investments Master Fund LP, LP, CVI Investments, Inc., Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, Iroquois Master Fund Ltd.; Iroquois Capital Investment Group, LLC, L1 Capital Global Opportunities Master Fund, M3A LP, and Richard Molinsky

5. Special Equities Group LLC

6. Andrew Heyward

7. Kartoon Studios, Inc. f/k/a Genius Brands International, Inc. ("Genius Brands")

In providing the above responses, Defendants do not waive any claim or defense in this action, including but not limited to relevance and the attorney-client privilege; all claims and defenses are expressly preserved. Defendants reserve the right to identify other individuals who may possess knowledge of facts relevant to this case if they become aware of such individuals in the litigation process.

**(ii) Description by category of relevant documents, data or tangible things in Defendants' possession:**

1. Documents and email communications related to Genius Brands' securities and Brio's investments in such securities;

2. Documents and communications relating to the Securities Purchase Agreement dated March 11, 2020, at issue in this action, and ancillary agreements executed in connection therewith, including, but not limited to, the Lock-Up Agreement entered into by Genius Brands and certain of its management-related stockholders, the

Master Netting Agreement entered into by Defendants, the Voting Agreement entered into by certain management-related stockholders of Genius Brands, the Conversion Agreement entered into by Genius Brands and holders of its convertible notes and warrants, and the Leak-Out Agreement entered into by holders of Genius Brands convertible notes and warrants;

3.   Documents and communications regarding Genius Brands, including as to its business and finances; and

4.   Social media posts related to Genius Brands' securities.

Defendants reserve the right to identify supplemental documents of which they may become aware as discovery progresses.

### (iii) Computation of damages:

Not applicable. Plaintiff has suffered no damages for which Defendants are liable. Defendants reserve the right to assert any claims, counterclaims, or third-party claims for damages, as well as the right to seek attorneys' fees, costs, and disbursements to the extent permitted under applicable law.

### (iv) Insurance agreements:

Not applicable.

These disclosures are based upon information reasonably available to Defendants as of the date hereof. By making these disclosures, Defendants do not represent that they have identified every witness, document, or tangible thing that may be relevant to this lawsuit, nor do Defendants waive their right to object to the production of any document or tangible thing disclosed herein on the basis of privilege, the attorney work product doctrine, relevancy, undue burden, or any other valid objection. Rather, Defendants' disclosures represent a good faith effort to identify information responsive to Federal Rule of Civil Procedure 26(a)(1). Defendants reserve the right

3

to supplement these disclosures, including through responses to any discovery requests by Plaintiff, should new or different information become available to Defendants in the course of their additional investigation through trial.

All disclosures made herein are subject to the foregoing limitations.


Dated: New York, New York
February 22, 2024

ELLENOFF GROSSMAN & SCHOLE LLP

By: */s/ John Brilling Horgan*
John Brilling Horgan (JH1211)
Joanna R. Cohen (JC4020)
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212) 370-1300 (telephone)
(212) 370-7889 (facsimile)

*Attorneys for Defendants Brio Capital Master Fund Ltd.and Brio Select Opportunities Fund LP*

4