**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

        Plaintiff,

        v.

ANSON INVESTMENTS MASTER FUND LP; BRIO
CAPITAL MASTER FUND LTD.; BRIO SELECT
OPPORTUNITIES FUND, LP; CVI INVESTMENTS,
INC.; EMPERY ASSET MASTER, LTD.; EMPERY
DEBT OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET MANAGEMENT,
LP; IROQUOIS MASTER FUND LTD.; IROQUOIS
CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND; M3A
LP; RICHARD MOLINSKY, and; GENIUS BRANDS
INTERNATIONAL, INC.,

        Defendants.

Civil Action No. 1:22-CV-00249-(AS)

**DEFENDANTS EMPERY ASSET MASTER, LTD., EMPERY DEBT OPPORTUNITY**
**FUND, LP, EMPERY TAX EFFICIENT, LP, EMPERY ASSET MANAGEMENT, LP'S**
**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants

Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and

Empery Asset Management, LP (collectively, "Empery") hereby make the following initial

disclosures based on information reasonably available to Empery at this time.  Empery reserves

the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule

26(e) of the Federal Rules of Civil Procedure.

Nothing in these initial disclosures shall constitute a waiver of any claim, defense,

protection, privilege or immunity, whether procedural or substantive, including, without

limitation, the attorney-client privilege and work product doctrine or any objection as to relevance,

materiality, proportionality or admissibility of discovery or evidence in this action.

## I.    INDIVIDUALS LIKELY TO POSSESS DISCOVERABLE INFORMATION

The following individuals are likely to have discoverable information that Empery may use to support its claims and defenses in this action, excluding information which Empery might use solely for impeachment.  By indicating the general subject matter of information these individuals may possess, Empery is not limiting the right to call any individual listed to testify concerning other subjects.  Each of the following individuals should be contacted, if at all, through counsel for Empery:  Schulte Roth & Zabel LLP (Attn: Michael Swartz), 919 Third Avenue, New York, New York 10022, (212) 756-2471.

| Name | Position | Subject Matter |
|---|---|---|
| Ryan Lane | Managing Partner | Empery's investments and trading in Kartoon Studios, Inc. *f/ka/a* Genius Brands International, Inc. ("Genius Brands"); general industry practices; and the lack of any communication or coordination between Empery and any other investor, including in any of the relevant transactions or in trading of the common stock prior or subsequent thereto. |
| Brett Director | General Counsel | Empery's investments in Genius Brands' securities; general industry practices; and the lack of any communication or coordination between Empery and any other investor, including in any of the relevant transactions. |

In addition to the other parties in this action, Empery identifies below non-parties likely to have discoverable information that it may use to support its defenses.

| Name | Address | Subject Matter |
|---|---|---|
| Special Equities Group, Inc. | 1 Wolfs Lane Suite 316 Pelham, New York 10803 | Solicitation and negotiation of transactions in Genius Brands securities. |
| Plaintiff Todd Augenbaum | c/o Plaintiff's Counsel of Record | Facts supporting allegations in the Complaint. |

## II.    DOCUMENTS EMPERY MAY USE TO SUPPORT ITS CLAIMS AND DEFENSES

Empery provides the following description of documents, electronically stored information or tangible things in its possession, custody or control that it may use to support its claims or defenses.  All electronic documents and communications that Empery may use to support its claims or defenses are preserved with Empery's digital archive vendor, Global Relay.  Any other documents upon which Empery may rely to support its claims or defenses are maintained on hard drives or in electronic folders at Empery's offices.

1. Communications and negotiations with Genius Brands concerning Empery's investments, including documents relating to the transactions with Genius Brands allegedly giving rise to liability pursuant to Section 16(b);

2. Communications and negotiations with Special Equities Group LLC and/or Chardan Capital Markets LLC relating to Genius Brands or its securities; and

3. Documents, communications, reports and other data regarding Genius Brands, including Empery's trading in Genius Brands' securities.

Empery's investigation concerning this case is continuing, and Empery reserves the right to identify, produce and rely upon further documents and things in support of its position as such further documents and things may be discovered.  Empery may also rely on documents identified by Plaintiff in his initial disclosures and other public filings.

## III.    RELIEF SOUGHT AND COMPUTATION OF DAMAGES

Empery has not asserted any claims in this actions and is not seeking any damages. Accordingly, Empery has no information to provide in response to Fed. R. Civ. 26(a)(1)(A)(iii).

## IV.    INSURANCE AGREEMENTS

Empery states that no insurance carrier will be liable to satisfy part or all of a possible judgment which may be entered in this action against Empery or to indemnify or reimburse it for payments made to satisfy any such judgment.

Dated:  New York, New York
          February 22, 2024

SCHULTE ROTH & ZABEL LLP
Michael E. Swartz
Andrew D. Gladstein
919 Third Avenue
New York, NY  10022
Tel: (212) 756-2000

*Attorneys for Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP*

4