UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

TODD AUGENBAUM,

                Plaintiff,           Civil Action No.
                                   1:22-cv-00249-AS
      -against-

ANSON INVESTMENTS MASTER FUND
LP, BRIO CAPITAL MASTER FUND LTD.,
BRIO SELECT OPPORTUNITIES FUND,
LP, CVI INVESTMENTS, INC., EMPERY
ASSET MASTER, LTD., EMPERY DEBT
OPPORTUNITY FUND, LP, EMPERY TAX
EFFICIENT LP, IROQUOIS MASTER
FUND LTD., IROQUOIS CAPITAL
INVESTMENT GROUP, LLC, L1 CAPITAL
GLOBAL OPPORTUNITIES MASTRE
FUND, M3A LP, RICHARD MOLINSKY,
and GENIUS GRANDS INTERNATIONAL,
INC.,

                Defendants.

--------------------------------------------------------X

DEFENDANT M3A LP'S INITIAL DISCLOSURE
PURSUANT TO RULE 26(a) 1 (A) FED. R. CIV. P.

       Defendant M3A LP, for its Initial Disclosure Pursuant to Rule 26(a) 1 (A) Fed. R. Civ. P.,

states:

       1.     Individuals known or believed to have discoverable information:

       Maier Tarlow
       Alex Hauff
       A. J. Pomper
       Ari Morris
       c/o Richard M. Asche, Esq.
       350 Central Park West
       Suite 10F
       New York, New York 10025
       (917) 414-6951

Defendant reserves the right to identify other individuals who may possess knowledge of the facts relevant to this case, and it does not waive any claim or defense in this case.

2.    Categories of documents and tangible things in defendant's possession, custody or control which may be used to support its claims or defenses:

Documents (including electronically preserved documents) related to Genius Brands Securities and M3A's investment therein, including, but not limited to, the agreements referenced in plaintiff's Complaint in this action.

Defendant reserves the right to supplement the foregoing disclosures should they become aware of additional categories of documents.

3.    Computation of damages:    Not applicable.

4.    Insurance agreements:    NONE

Litman, Asche & Gioiella, LLP
Attorneys for Defendant M3A LP


By:/s/   Richard M. Asche_____
Richard M. Asche

350 Central Park West Suite 10F
New York, New York 10025
(917) 414-6951


TO:

All Counsel (by email)

2