**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

              Plaintiff,

      v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; RICHARD MOLINSKY,

              Defendants,

    -and-

KARTOON STUDIOS, INC.,

            Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**ORAL ARGUMENT REQUESTED**

**NOTICE OF BRIO CAPITAL MASTER FUND LTD. AND
BRIO SELECT OPPORTUNITIES FUND, LP'S
MOTION IN LIMINE**

PLEASE TAKE NOTICE that Defendants Brio Capital Master Fund Ltd ("Brio Master")

and Brio Select Opportunities Fund, LP ("Brio Select", and together with Brio Master, collectively

"Brio"), by and through their undersigned counsel, respectfully move this Court, before the

Honorable Arun Subramanian, in Courtroom 15A, at the United States Courthouse, 500 Pearl

Street, New York, New York 10007, for an order granting the following relief:

1. An order prohibiting Plaintiff from introducing evidence or seeking testimony concerning:

    a. The conviction of Karl Heinz-Grasser;

    b. Any and all allegations against Shaye Hirsch, Pond Equities, or any other Pond Equities employees, made by the Securities and Exchange Commission;

    c. The fact of Mr. Hirsch's testimony before the Securities and Exchange Commission; and

    d. The identify of Brio's investors and/or limited partners.

In support of this motion, Defendants submit the accompanying Memorandum of Law in Support of Brio's Motions in Limine.

PLEASE TAKE FURTHER NOTICE that Brio requests oral argument on this motion at a time and date convenient for the Court.

Dated: New York, New York
      May 4, 2026

Respectfully submitted,

**ELLENOFF GROSSMAN & SCHOLE LLP**

*/s/ John Brilling Horgan*
John Brilling Horgan
Joanna Rebecca Cohen
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
(646) 895-7158
jhorgan@egsllp.com
jcohen@egsllp.com

*Counsel for Defendants Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund LP*