## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TODD AUGENBAUM, *derivatively on behalf of Kartoon Studios, Inc.*,<br><br>            Plaintiff,<br><br>        v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; and RICHARD MOLINSKY,<br><br>            Defendants,<br><br>-and-<br><br>KARTOON STUDIOS, INC.,<br><br>            Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |

### NOTICE OF MOTION FOR ENTRY OF JUDGMENT

**PLEASE TAKE NOTICE** that Nominal Defendant Kartoon Studios, Inc. ("Kartoon"), through its undersigned counsel, respectfully moves this Court, before the Honorable Arun Subramanian, in Courtroom 15A, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Federal Rule of Civil Procedure 54(b) entering the proposed judgment attached hereto against Defendants Anson Investments Master Fund LP, CVI Investments, Inc., Iroquois Master Fund Ltd., Iroquois Capital Investment Group, LLC, L1 Capital

Global Opportunities Master Fund, M3A LP, and Richard Molinsky and staying this action solely with respect to those Defendants.

In support of this motion, Kartoon submits the following accompanying documents:

(i)      Memorandum of Law in Support of Kartoon's Motion for Entry of Judgment;

(ii)     Declaration of Michael Jaffa;

(iii)    Declaration of Brian Parisi; and

(iv)     Proposed Judgment.

Respectfully submitted,

By: /s/ Aaron T. Morris

**MORRIS KANDINOV LLP**
Aaron T. Morris (#5675178)
Andrew W. Robertson (#4288882)
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law
andrew@moka.law

Counsel for Kartoon Studios, Inc.

2