**FRESHFIELDS**

May 6, 2026

**BY ECF FILING**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**New York**

3 World Trade Center
175 Greenwich Street
New York, NY  10007

**Andrew Gladstein**
**T**  +1 (212) 277-4000
**T**  +1 (212) 230-4685 (direct)
**E**  andrew.gladstein@freshfields.com

**freshfields.us**

Re:    *Augenbaum v. Anson Investments Master Fund, LP, et al.*, No. 1:22-cv-0249-AS

Dear Judge Subramanian:

We represent the Empery Defendants ("Empery") in the above referenced action.  We write on behalf of Empery and Brio Capital Master Fund Ltd. and Brio Select Opportunities Fund, LP ("Brio", and together with Empery, the "Non-Settling Defendants"), in response to nominal Defendant Kartoon Studios, Inc.'s (the "Company") Motion for Entry of Judgment with certain settling Defendants (the "Settling Defendants").  We respectfully request a status conference at the Court's earliest convenience to discuss the implications of the Company's Motion on the Non-Settling Defendants.

Earlier today, the Company requested to stay the case against the Settling Defendants.  ECF No. 360.  The Non-Settling Defendants are fully supportive of the Company's Motion and its requested relief.  At the same time, the current posture of the case forces the Non-Settling Defendants to prepare for two trials at once.  If the Court approves the settlement between the Company and the Settling Defendants, the case against the Settling Defendants will be dismissed, and six of the eight Defendants will no longer be parties.  A cascade of revisions to the pre-trial submissions that have already been filed with the Court would be required, including with respect to evidentiary objections, exhibits, witnesses, deposition designations, and motions in limine.  A settlement would also require the Non-Settling Defendants to seek trial depositions of any of the Settling Defendants who reside outside the Non-Settling Defendants' subpoena power or are otherwise unavailable to be called as witnesses at trial.

The Non-Settling Defendants are currently prepared to proceed to trial as scheduled on June 8.  However, without prompt resolution of the Company's request for a stay, it is impossible to know what trial the Non-Settling Defendants must prepare for.  Accordingly, if the Court is inclined to grant the requested stay as to the Settling Defendants (and we respectfully submit that it should), we would appreciate the opportunity to work, with the Court's assistance, through the issues that will need to be addressed to avoid prejudice to the Non-Settling Defendants.

2

Respectfully submitted,

*/s/ Andrew Gladstein*

Andrew Gladstein

cc:    All counsel of record (by ECF filing)

2