UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

                Plaintiff,

        -against-

ANSON INVESTMENTS MASTER FUND
LP; BRIO CAPITAL MASTER FUND LTD.;
BRIO SELECT OPPORTUNITIES FUND, LP;
CVI INVESTMENTS, INC.; EMPERY
ASSET MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER
FUND; M3A LP; and RICHARD
MOLINSKY,

                Defendants.

        -and-

KARTOON STUDIOS, INC.

                Nominal
Defendant.

22-cv-249 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Without prejudice to any formal response, plaintiff should submit a letter by tomorrow, **Friday, May 8, 2026 at 5:00 PM** indicating whether he will oppose Kartoon Studios' motion, Dkt. 358, and indicating his main authorities in doing so. This will allow the Court to promptly consider the request for a stay as to the settling defendants.

      SO ORDERED.

Dated: May 7, 2026
      New York, New York

                            ARUN SUBRAMANIAN
                         United States District Judge