**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>          Plaintiff,<br><br>     v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; AND RICHARD MOLINSKY,<br><br>          Defendants,<br><br>   -and-<br><br>KARTOON STUDIOS, INC.<br><br>          Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS<br><br>Plaintiff's motion for leave to file its response to AIMA's amicus brief is GRANTED.<br><br>The Clerk of Court is respectfully directed to terminate the motion at Dkt. 357.<br><br>SO ORDERED.<br><br>_(signature)_<br><br>Arun Subramanian, U.S.D.J.<br>Date: May 7, 2026 |

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO THE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTION TO ADOPT DEFENDANTS' GROUP JURY INSTRUCTIONS**

PLEASE TAKE NOTICE that Plaintiff moves for leave to file the attached opposition to the Alternative Investment Management Association Ltd's ("AIMA") *amicus curiae* brief. Defendants Anson, Brio, CVI, Empery, Iroquois, L1, and Molinsky have confirmed they have no objection to Plaintiff submitting the attached brief no later than Thursday morning. AIMA has also confirmed it has no objection. Defendant M3A has not responded to Plaintiff's email requesting its position on the instant motion.

1

Defendants moved the Court to adopt their jury instructions on Apri 13, 2026.  Dkt. 319-321.  On April 23, 2026, Plaintiffs moved for a four-day extension of the Monday, April 27, 2026 deadline to file the opposition to Defendants' omnibus motion for an order adopting Defendants' group jury instruction because Defendants' motion was timed such that Plaintiff's opposition was due the same day as pre-trial order submissions in this case.  Dkt. 323.  The Court granted Plaintiff's extension request the next day.  Dkt. 324.

On April 29, 2026, the AIMA moved for leave to file its *amicus* brief and on April 30, 2026, the Court granted that motion.  Dkt. 332-333.  Because Plaintiff's opposition to Defendant's motion was due the next day, Plaintiff lacked sufficient time to address the AIMA *amicus*.  As such, Plaintiff requests the Court deem his attached response to the AIMA's *amicus* brief filed so that Plaintiff may adequately address the arguments raised by the AIMA *amicus* brief.

Dated: May 6, 2026

By: /s/ Jeffrey S. Abraham
Jeffrey S. Abraham
Michael J. Klein
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
450 7th Avenue, 38th Floor
New York, New York 10123
Telephone: (212) 279-5050
Email:  jabraham@aftlaw.com
        mklein@aftlaw.com

Evan Mandel
Robert Glunt
**MANDEL BHANDARI LLP**
80 Pine Street, 33rd Floor
New York, New York 10005
Telephone: (212) 269-5600
Email:  em@mandelbhandari.com
        glunt@mandelbhandari.com

2

**CERTIFICATE OF COMPLIANCE**

I, Jeffrey S. Abraham, an attorney duly admitted to practice before this Court, hereby certify pursuant to Local Rule 7.1(c) of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules") and Rule 8(C) of Judge Arun Subramanian's Individual Practices in Civil Cases, that the foregoing Memorandum of Law was prepared using Microsoft Word, and contains 231 words in accordance with the Local Rules. In making this calculation, I have relied on the word and page counts of the word-processing program used to prepare the document.

Dated: May 6, 2026                                      By: /s/ Jeffrey S. Abraham
                                                            Jeffrey S. Abraham