# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

**CHRISTOPHER J. CLARK**
D: 212.377.0853
clark@csvllp.com

May 8, 2026

**BY ECF FILING**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *Augenbaum v. Anson Investments Master Fund, LP, et al.*, No. 1:22-cv-0249-AS —
Letter-Motion to File Under Seal

Dear Judge Subramanian:

We represent Defendants Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC (together, "Iroquois") in the above-captioned action and write on behalf of Iroquois, Anson Investments Master Fund LP, CVI Investments, Inc., L1 Capital Global Opportunities Master Fund, M3A LP, and Richard Molinsky (together, the "Settling Defendants"). Pursuant to the Court's Individual Rules, Section 6 of the Southern District of New York's Electronic Case Filing Rules and Instructions, and Standing Order 19MC-583, the Settling Defendants respectfully request leave to file their letter to the Court dated May 8, 2026 (the "Letter") under seal.

The Letter responds to Plaintiff's May 8, 2026 letter (ECF 367) and supports Nominal Defendant Kartoon Studios, Inc.'s (the "Company") Motion for Entry of Judgment (ECF 358). The Letter contains, cites, and quotes from materials that have been filed under seal in this action, including Kartoon Studios, Inc.'s Memorandum of Law in Support of its Motion for Entry of Judgment (ECF 360), the Declaration of Michael Jaffa (ECF 360-1), the Definitive Settlement Agreement attached thereto as Exhibit 1, and the Declaration of Brian Parisi (ECF 360-2).

Due to the expedited timeframe in which the Settling Defendants prepared and filed the Letter, counsel for Iroquois emailed counsel for Plaintiff and counsel for the Company Friday afternoon to inform them that the Settling Defendants intended to file the Letter.  Counsel for the Company objected to the Settling Defendants filing the Letter but requested that, if the Letter was filed, it be filed under seal.  Counsel for Plaintiff also objected to both the Letter being filed and the Letter being filed under seal.

Because the Letter cannot be meaningfully redacted without omitting its substance, the Settling Defendants respectfully request that it be filed under seal in its entirety, consistent with

Hon. Arun Subramanian
May 8, 2026
Page 2

the treatment of the underlying sealed materials to which it refers. A copy of the proposed sealed Letter is being filed contemporaneously under seal and electronically related to this motion.

For the foregoing reasons, the Settling Defendants respectfully request that the Court grant leave to file the Letter under seal.

Very truly yours,

/s/ Christopher J. Clark

CLARK SMITH VILLAZOR LLP
666 Third Avenue, 21st Floor
New York, NY 10019
Email: clark@csvllp.com
Tel.: (212) 582-4400

*Counsel for Defendants Iroquois Master Fund Ltd.
and Iroquois Capital Investment Group, LLC,
and on behalf of the Settling Defendants*

CLARK SMITH VILLAZOR