**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM, *derivatively on behalf of Kartoon Studios, Inc.*,<br><br>　　　　　　*Plaintiff,*<br><br>　　　v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; and RICHARD MOLINSKY,<br><br>　　　　　　*Defendants,*<br><br>-and-<br><br>KARTOON STUDIOS, INC.,<br><br>　　　　　　*Nominal Defendant.* | Civ. Action No.: 1:22-cv-00249 (AS)<br><br><br><br>**(PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon the motion by Michael E. Swartz for an order pursuant to Local Civil Rule 1.4 for granting him leave to withdrawn as attorney of record for Defendants Anson Investments Master Fund LP, Brio Capital Master Fund Ltd., Brio Select Opportunities Fund, LP, CVI Investments, Inc., Iroquois Capital Investment Group, LLC, Iroquois Master Fund Ltd., L1 Capital Global Opportunities Master Fund, and M3A LP, effective immediately; whereas, the Court previously entered an order granting Mr. Swartz leave to withdraw and terminating him from the docket in this matter [ECF 215];  and other counsel have appeared for and shall remain counsel of record

for Defendants Anson Investments Master Fund LP, Brio Capital Master Fund Ltd., Brio Select

Opportunities Fund, LP, CVI Investments, Inc., Iroquois Capital Investment Group, LLC,

Iroquois Master Fund Ltd., L1 Capital Global Opportunities Master Fund, and M3A LP; and for

good cause shown,

**IT IS HEREBY SO ORDERED THAT**, the motion is hereby **GRANTED** and attorney

Michael E. Swartz is hereby granted leave to withdraw as counsel of record for Defendants

Anson Investments Master Fund LP, Brio Capital Master Fund Ltd., Brio Select Opportunities

Fund, LP, CVI Investments, Inc., Iroquois Capital Investment Group, LLC, Iroquois Master

Fund Ltd., L1 Capital Global Opportunities Master Fund, and M3A LP; and

**IT IS HEREBY FURTHER SO ORDERED THAT**, the Clerk of the Court is hereby

respectfully requested to terminate attorney Michael E. Swartz from the docket and cease

sending him notices in this matter.

ENTER:

Dated: [Month]___, 202__

Hon. ___Arun Subramanian___ ,U.S.D.J.