SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

May 15, 2026

**BY ECF FILING**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE:    *Augenbaum v. Anson Investments Master Fund, LP*,
No. 1:22-cv-0249-AS (S.D.N.Y.)

Dear Judge Subramanian:

On behalf of defendant CVI Investments, Inc., we write pursuant to the Court's direction at the May 13, 2026, hearing in this action on Nominal Defendant Kartoon Studios, Inc.'s motion that a judgment be entered on the basis of a settlement between Kartoon and certain Defendants. (ECF No. 358.)

Plaintiff has indicated that he intends to oppose Kartoon's motion and that his opposition will rely in part on settlement offers that certain Defendants putatively made to Plaintiff in mediation. (*See* ECF No. 372 at 4.) At the May 13 hearing, CVI objected to Plaintiff's partial disclosure of communications made in a confidential mediation. The Court directed that CVI make a submission regarding the nature of its objection by the end of this week. (Tr. 52:12-14.)

In view of Plaintiff's partial disclosure, we write to inform the Court that should the Court be inclined to consider settlement offers or proposals in its consideration of Kartoon's motion, CVI will not object to the disclosure of those communications to the Court. CVI reserves its rights in all other respects, including but not limited to its right to object to any admission of or reference to such offers or

Hon. Arun Subramanian
May 15, 2026
Page 2

proposals at trial of this action. I am authorized to say that the Anson and Iroquois defendants also will make no such objection, subject to the same reservation of rights.

Respectfully submitted,

Susan L. Saltzstein