# EXHIBIT 3

 Outlook

---

**Re: Anson offer**

---

**From** David Murphy <dmurphy@phillipsadr.com>

**Date** Thu 12/11/2025 9:31 AM

**To** Jeffrey S. Abraham <JAbraham@aftlaw.com>

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jeff,

In a mediation session, but I should add that Anson has room to negotiate.  This is by no means the best, much less final, offer.

**David M. Murphy** (bio)
    Mediator ◇ Arbitrator ◇ Independent Panelist
      Phillips ADR Enterprises LLC (PADRE)
        New York ◇ Corona del Mar
          917-446-0233 (New York)

---

**From:** David Murphy
**Sent:** Thursday, December 11, 2025 9:25:52 AM
**To:** Jeffrey Abraham <jabraham@aftlaw.com>
**Subject:** Anson offer

Jeff,

Anson is prepared to settle the Augenbaum claim for a payment of $35 million to the company.   The terms would need to include:

1. Full general release from the company and Augenbaum
2. Dismissal of the pending litigation with prejudice
3. Any payment of attorneys fees to Abraham Fruchter to be paid by the company in its sole discretion
4. Most favored nation – i.e., in the event of any settlement with any other defendant at less than 21% of the claimed damages on a Chevron basis (the "Settlement Percentage"), Augenbaum will pay to Anson the difference between $35 million and the amount that represents the Settlement Percentage paid by the other defendant.
5. Other standard terms including confidentiality and non-disparagement.

**David M. Murphy** (bio)
    Mediator ◇ Arbitrator ◇ Independent Panelist
      Phillips ADR Enterprises LLC (PADRE)

New York  ◇  Corona del Mar
917-446-0233 (New York)