# EXHIBIT 9

 **Outlook**

---

**Query re CVI**

---

**From** David Murphy <dmurphy@phillipsadr.com>

**Date** Thu 2/26/2026 4:18 PM

**To** Jeffrey S. Abraham <JAbraham@aftlaw.com>

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jeff,

I'm in a mediation in another case, but I believe that if I were to propose a settlement at the middle of $5m and $10m (ie, $7.5 million), CVI will agree to it subject to the following conditions and reducing it to a writing:

1. No admission of liability
2. Jeff obtains issuer's consent to settlement terms within reasonable time frame
3. Jeff, shareholder, and issuer will keep terms confidential, no use of CVI's name without its written consent, subject to carveouts for nonnegotiable reporting obligations
4. Further to confidentiality: CVI, shareholder, and issuer will seek FRCP 41(a) dismissal of CVI with prejudice; CVI retains option to terminate settlement if court will not dismiss CVI unless settlement terms are publicly disclosed; settlement terminates if court refuses to dismiss or rejects settlement
5. General releases from shareholder and issuer in favor of CVI and related parties
6. CVI releases issuer from indemnity obligations; CVI releases shareholder and Jeff in respect of this litigation (except for MFN, below)
7. Payment following expiration of appeal period after dismissal; releases effective upon payment
8. MFN (Susan said: "given that we are getting a once-in-a-lifetime deal we don't see this as a problem, but we can discuss").

Other terms to be negotiated.  Skadden anticipates that it could sign a term sheet or equivalent letter tomorrow "if that is what Jeff needs to comply with his deal with his co-counsel."

Let me know?

**David M. Murphy** (bio)
Mediator ◇ Arbitrator ◇ Independent Panelist
Phillips ADR Enterprises LLC (PADRE)
917-446-0233 (CT & NYC)