# EXHIBIT 11

 Outlook

**Re:**

From Lefkowitz, Jay P. <lefkowitz@kirkland.com>
Date Wed 3/18/2026 1:41 PM
To    Jeffrey S. Abraham <JAbraham@aftlaw.com>
Cc    Michael Klein <mklein@aftlaw.com>

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Short

> On Mar 18, 2026, at 11:40 AM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:
>
> It depends how long you expect the call to take.
>
> **Jeffrey S. Abraham**
> Abraham, Fruchter & Twersky LLP
> 450 Seventh Avenue, 38th Floor
> New York, NY 10123
> Tel: (212) 279-5050
> Fax: (212) 279-3655
>
> <Outlook-suphyise>
>
> ---
>
> **From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
> **Sent:** Wednesday, March 18, 2026 1:39 PM
> **To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
> **Cc:** Michael Klein <mklein@aftlaw.com>
> **Subject:** Re:
>
> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> > **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.
>
> Would 530 work?

On Mar 18, 2026, at 11:35 AM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:

Today is probably easier for me than tomorrow.

Jeff

**Jeffrey S. Abraham**
Abraham, Fruchter & Twersky LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655

<Outlook-g54xmamt>

---

**From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Sent:** Wednesday, March 18, 2026 1:00 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Cc:** Michael Klein <mklein@aftlaw.com>
**Subject:** RE: Re:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Best times are end of day tomorrow, like 430 or 5 pm.  Could also talk today at same time

**Jay Lefkowitz**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4970
**F** +1 212 446 4900

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

lefkowitz@kirkland.com

---

**From:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Sent:** Wednesday, March 18, 2026 12:59 PM
**To:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Cc:** Michael Klein <mklein@aftlaw.com>
**Subject:** Re: Re:

What times are you thinking?

**Jeffrey S. Abraham**

Abraham, Fruchter & Twersky LLP

450 Seventh Avenue, 38th Floor

New York, NY 10123

Tel: (212) 279-5050

Fax: (212) 279-3655


<image001.jpg>

---

**From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Sent:** Wednesday, March 18, 2026 12:58 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Cc:** Michael Klein <mklein@aftlaw.com>
**Subject:** Re:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Jeff -

Have time to connect tomorrow?

Thx. Jay

> On Mar 10, 2026, at 2:48 PM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:
>
> ---
>
> I expect to be done tomorrow at about 3:00.  How does sometime between 3:330 and 4:30 look?
>
> **Jeffrey S. Abraham**
>
> Abraham, Fruchter & Twersky LLP

450 Seventh Avenue, 38th Floor

New York, NY 10123

Tel: (212) 279-5050

Fax: (212) 279-3655

<Outlook-e3yamoff>

---

**From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Sent:** Tuesday, March 10, 2026 4:46 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Cc:** Michael Klein <mklein@aftlaw.com>
**Subject:** Re:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Could talk anytime after 6 today.  9 am tomorrow works. Or after your stuff tomorrow.

---

**From:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Sent:** Tuesday, March 10, 2026 2:45:53 PM
**To:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Cc:** Michael Klein <mklein@aftlaw.com>
**Subject:** Re: Re:

Why don't you give me some time slots when you're available and we'll work something out.

Jeff

**Jeffrey S. Abraham**
Abraham, Fruchter & Twersky LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655

**From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Sent:** Tuesday, March 10, 2026 4:44 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Cc:** Michael Klein <mklein@aftlaw.com>
**Subject:** Re:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

10 min.

> On Mar 10, 2026, at 2:38 PM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:
>
> ───────────────
>
> I have a 5:00 call today and have 9:30 a.m. until 3;30 p.m. booked out for a meeting tomorrow. How long is "quick" for you?
>
> Jeff
>
> Jeffrey S. Abraham
> Abraham, Fruchter & Twersky LLP
> 450 Seventh Avenue, 38th Floor
> New York, NY 10123
> Tel: (212) 279-5050
> Fax: (212) 279-3655
>
>
> -----Original Message-----
> From: Lefkowitz, Jay P. <lefkowitz@kirkland.com>
> Sent: Tuesday, March 10, 2026 4:34 PM
> To: Jeffrey S. Abraham <JAbraham@aftlaw.com>
> Subject:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
>
> WARNING: The sender of this email could not be validated and may not match the person in the "From" field.
>
> Jeff - do you have time for a quick call?

Thx.  Jay

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.