# EXHIBIT 12

 **Outlook**

## Re: Pursuant to Rule 408

**From** Lefkowitz, Jay P. <lefkowitz@kirkland.com>

**Date** Tue 4/28/2026 3:00 PM

**To** Jeffrey S. Abraham <JAbraham@aftlaw.com>

**Cc** Michael Klein <mklein@aftlaw.com>

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Sorry.  Just asked him to call me.


> On Apr 28, 2026, at 2:50 PM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:
>
>
> Jay,
>
> Did you write to David Murphy yet?  If so, did you forget to copy me?
>
> Jeff
>
> **Jeffrey S. Abraham**
> Abraham, Fruchter & Twersky LLP
> 450 Seventh Avenue, 38th Floor
> New York, NY 10123
> Tel: (212) 279-5050
> Fax: (212) 279-3655
>
> <image.png>
>
> ---
>
> **From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
> **Sent:** Tuesday, April 28, 2026 10:35 AM
> **To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
> **Cc:** David Murphy <dmurphy@phillipsadr.com>; Michael Klein <mklein@aftlaw.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
> **Subject:** Re: Pursuant to Rule 408
>
> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

WARNING: The sender of this email could not be validated and may not match the person in the "From" field.

Sure.  Call me then.

> On Apr 28, 2026, at 10:29 AM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:
>
>
> Jay
>
> I'm running a few minutes late on another call.  Can we push this off until 11:00?
>
> Thanks,
> Jeff
>
> **Jeffrey S. Abraham**
> Abraham, Fruchter & Twersky LLP
> 450 Seventh Avenue, 38th Floor
> New York, NY 10123
> Tel: (212) 279-5050
> Fax: (212) 279-3655
>
> <image.png>

---

**From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Sent:** Monday, April 27, 2026 8:27 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Cc:** David Murphy <dmurphy@phillipsadr.com>; Michael Klein <mklein@aftlaw.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Re: Pursuant to Rule 408

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

WARNING: The sender of this email could not be validated and may not match the person in the "From" field.

Great. Thx

> On Apr 27, 2026, at 8:26 PM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:

Let's say 10:30 am

Get Outlook for iOS

---

**From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Sent:** Monday, April 27, 2026 8:00:53 PM
**To:** David Murphy <dmurphy@phillipsadr.com>
**Cc:** Jeffrey S. Abraham <JAbraham@aftlaw.com>; Michael Klein
<mklein@aftlaw.com>; Goldfine, Jeffrey Ross
<jeffrey.goldfine@kirkland.com>
**Subject:** Re: Pursuant to Rule 408

> **CAUTION:** This email originated from outside of the organization. Do not click
> links or open attachments unless you recognize the sender and know the content
> is safe.

> **WARNING:** The sender of this email could not be validated and may not match
> the person in the "From" field.

Ok.  We will speak without you the.   Jeff - let me know what
works.

> On Apr 27, 2026, at 7:55 PM, David Murphy
> <dmurphy@phillipsadr.com> wrote:
>
>
> I'm in all-day mediations every day this week
> and tomorrow is a bankruptcy case that is likely
> to go late, unfortunately.
>
> **David M. Murphy**  (bio)
> Mediator ◇ Arbitrator ◇ Independent Panelist
> Phillips ADR Enterprises LLC (PADRE)
> 917-446-0233 (CT & NYC)
>
> ---
>
> **From:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
> **Sent:** Monday, April 27, 2026 6:18:17 PM
> **To:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
> **Cc:** David Murphy <dmurphy@phillipsadr.com>; Michael
> Klein <mklein@aftlaw.com>; Goldfine, Jeffrey Ross
> <jeffrey.goldfine@kirkland.com>
> **Subject:** Re: Pursuant to Rule 408
>
> If you want David on the call and he has
> availability tomorrow I think it might be better to
> work backwards from his availability

Get Outlook for iOS

---

**From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
**Sent:** Monday, April 27, 2026 6:05:33 PM
**To:** Jeffrey S. Abraham <JAbraham@aftlaw.com>
**Cc:** David Murphy <dmurphy@phillipsadr.com>; Michael Klein <mklein@aftlaw.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Re: Pursuant to Rule 408

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Pick a time good for you and David (if he is available too). Brio and Empery.

> On Apr 27, 2026, at 5:57 PM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:
>
>
> What times are you available?
>
> I'm assuming that the two Defendants who are not on board with your proposal are Empery and M3A.  Is that correct?
>
> Jeff
>
> **Jeffrey S. Abraham**
> Abraham, Fruchter & Twersky LLP
> 450 Seventh Avenue, 38th Floor
> New York, NY 10123
> Tel: (212) 279-5050
> Fax: (212) 279-3655
>
> <image.png>
>
> ---
>
> **From:** Lefkowitz, Jay P. <lefkowitz@kirkland.com>
> **Sent:** Monday, April 27, 2026 5:54 PM

**To:** Jeffrey S. Abraham
<JAbraham@aftlaw.com>
**Cc:** David Murphy
<dmurphy@phillipsadr.com>; Michael Klein
<mklein@aftlaw.com>
**Subject:** Re: Pursuant to Rule 408

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

What time should we speak tomorrow?

On Apr 27, 2026, at 9:36 AM, Jeffrey S. Abraham <JAbraham@aftlaw.com> wrote:

Jay,

I am writing to confirm receipt. The pre-trial order is due today so it might be better if you want to talk further to wait until tomorrow.

Jeff

**Jeffrey S. Abraham**
Abraham, Fruchter & Twersky LLP
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655

<Outlook-flzwfdcx>

**From:** Lefkowitz, Jay P.
<lefkowitz@kirkland.com>
**Sent:** Friday, April 24, 2026 2:54 PM
**To:** Jeffrey S. Abraham
<JAbraham@aftlaw.com>
**Cc:** David Murphy
<dmurphy@phillipsadr.com>
**Subject:** Pursuant to Rule 408

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Jeff - trying again with a better email for you.

Begin forwarded message:

> **From:** "Lefkowitz, Jay P." <lefkowitz@kirkland.com>
> **Date:** April 24, 2026 at 10:58:14 AM EDT
> **To:** "Jeff S. Abraham" <jabraham@abrahamlaw.com>
> **Cc:** David Murphy <dmurphy@phillipsadr.com>
> **Subject: Pursuant to Rule 408**
>
> Jeff — You asked about the allocation. I can share with you

that we have an offer of 50mm, but with everyone but two defendants contributing on a pro rata basis based on their exposure.  Since two defendants aren't participating, the offer is correspondingly lower. But if the Court approves the settlement, you are still free to pursue those two.

Please let me know if you are planning to make a new demand. If not, the company will have no alternative but to seek court approval.

Jay

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy

this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.