# EXHIBIT 14

 Outlook

---

## Re: Augenbaum

---

**From** Aaron Morris <aaron@moka.law>

**Date** Tue 5/12/2026 11:36 AM

**To** Jeffrey S. Abraham <Jsalaw@aftlaw.com>; Michael Klein <mklein@aftlaw.com>

**Cc** Andrew Robertson <andrew@moka.law>; Jay Lefkowitz <lefkowitz@kirkland.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Jeff,

Do not take offense, we do not question your integrity. We just want to see the emails, perhaps we can see them tomorrow.

As to the Committee, you personally advised Jeff Schlesinger during the April 20 call that the offers had been purportedly made, so your assumption below would be incorrect. The Committee certainly learned of all available information.

**Aaron T. Morris**

**MORRIS KANDINOV LLP**

Direct: 332.240.4024

aaron@moka.law

---

**From:** Jeffrey S. Abraham <Jsalaw@aftlaw.com>
**Date:** Tuesday, May 12, 2026 at 4:13 PM
**To:** Aaron Morris <aaron@moka.law>; Michael Klein <mklein@aftlaw.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Jay Lefkowitz <lefkowitz@kirkland.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Re: Augenbaum

Aaron,

In my May 3rd email to Jay, on which you and David Murphy are also copied, Plaintiff described those prior settlement offers and proposals from Anson and CVI.  David then objected to any further disclosure of those matters based upon a mediation privilege.  Plaintiff has since looked into the matter and does not believe that any privilege aside from Fed. R. Evid. 408 applies because, among other things, the parties never entered into an agreement to keep those particular conversations privileged.

I suppose I should take offense at you questioning my integrity in representing those facts to you.   Presumably you did not believe or care about those facts regarding settlement discussions when it chose to go forward with making the motion to stay and approve the

proposed partial settlement.  It is not clear to Plaintiff whether you informed the members of the Litigation Committee or the Board of these facts but judging from your email, Plaintiff will assume you did not do so unless you show me an email or other communication demonstrating that you did, in fact, pass  that information along.

However, rest assured that Plaintiff was being completely truthful and has copies of the relevant emails from David Murphy to prove those facts.  Plaintiff plans on bringing those emails with us to Court tomorrow.


Jeff


**Jeffrey S. Abraham**

Abraham, Fruchter & Twersky LLP

450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655



---

**From:** Aaron Morris <aaron@moka.law>
**Sent:** Tuesday, May 12, 2026 10:48 AM
**To:** Jeffrey S. Abraham <Jsalaw@aftlaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Jay Lefkowitz <lefkowitz@kirkland.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Re: Augenbaum

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> WARNING: The sender of this email could not be validated and may not match the person in the "From" field.

Jeff,

How can we evaluate the assertion without seeing the emails? Do you need some kind of additional agreement with respect to confidentiality?

**Aaron T. Morris**

**MORRIS KANDINOV LLP**

Direct: 332.240.4024

aaron@moka.law

---

**From:** Jeffrey S. Abraham <Jsalaw@aftlaw.com>
**Date:** Monday, May 11, 2026 at 10:46 PM
**To:** Aaron Morris <aaron@moka.law>; Michael Klein <mklein@aftlaw.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Jay Lefkowitz <lefkowitz@kirkland.com>; Goldfine, Jeffrey

Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Re: Augenbaum

We've already told you the substance of what they say.

**Jeffrey S. Abraham**

Abraham, Fruchter & Twersky LLP

450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655

---

**From:** Aaron Morris <aaron@moka.law>
**Sent:** Monday, May 11, 2026 4:40 PM
**To:** Jeffrey S. Abraham <Jsalaw@aftlaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Jay Lefkowitz <lefkowitz@kirkland.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Re: Augenbaum

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

The email reflecting the prior offer(s) from the two defendants.

**Aaron T. Morris**
**MORRIS KANDINOV LLP**
Direct: 332.240.4024
aaron@moka.law

---

**From:** Jeffrey S. Abraham <Jsalaw@aftlaw.com>
**Date:** Monday, May 11, 2026 at 10:37 PM
**To:** Aaron Morris <aaron@moka.law>; Michael Klein <mklein@aftlaw.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Jay Lefkowitz <lefkowitz@kirkland.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Re: Augenbaum

To which email are you referring?

**Jeffrey S. Abraham**

Abraham, Fruchter & Twersky LLP

450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655



**From:** Aaron Morris <aaron@moka.law>
**Sent:** Monday, May 11, 2026 4:33 PM
**To:** Jeffrey S. Abraham <Jsalaw@aftlaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Jay Lefkowitz <lefkowitz@kirkland.com>; Goldfine, Jeffrey Ross <jeffrey.goldfine@kirkland.com>
**Subject:** Augenbaum

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **WARNING:** The sender of this email could not be validated and may not match the person in the "From" field.

Jeff/Michael,

Because you have taken the position that defendants opened the door to prior settlement communications, can you please share with the Company the email/writing you referenced? We will hold it as confidential until speaking with you again.

**Aaron T. Morris**
**MORRIS KANDINOV LLP**

Direct: 332.240.4024

aaron@moka.law