UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

     Plaintiff,

   -against-

ANSON INVESTMENTS MASTER FUND
LP; BRIO CAPITAL MASTER FUND LTD.;
BRIO SELECT OPPORTUNITIES FUND, LP;
CVI INVESTMENTS, INC.; EMPERY
ASSET MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER
FUND; M3A LP; and RICHARD
MOLINSKY,

     Defendants.

   -and-

KARTOON STUDIOS, INC.

     Nominal

Defendant.

22-cv-249 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record at the hearing on May 13, 2026:

- The Court will hold an in-person hearing on **Tuesday, May 26, 2026, at 2:00 PM** in **Courtroom 15A** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.
- Kartoon should file redacted versions of its motion for judgment and any accompanying materials, Dkts. 360, 360-1, and 360-2, by **Wednesday, May 27, 2026**.
- Iroquois's motion to seal, Dkt. 368, is DENIED.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 368 and to unseal Dkts. 367, 369, 372, and 373.

SO ORDERED.

Dated: May 20, 2026
      New York, New York

                                     ARUN SUBRAMANIAN
                            United States District Judge