UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

                    Plaintiff,

          -against-

ANSON INVESTMENTS MASTER FUND
LP; BRIO CAPITAL MASTER FUND LTD.;
BRIO SELECT OPPORTUNITIES FUND, LP;
CVI INVESTMENTS, INC.; EMPERY
ASSET MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER
FUND; M3A LP; and RICHARD
MOLINSKY,

                    Defendants.

          -and-

KARTOON STUDIOS, INC.

                  Nominal
Defendant.

22-cv-249 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

       The in-person hearing scheduled for Tuesday, May 26, 2026, at 2:00 PM will now be held at **3:00 PM**.

       SO ORDERED.

Dated: May 21, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge