# Morris Kandinov

**Aaron T. Morris**
Partner
+1.332.240.4024
aaron@moka.law

May 22, 2026

**BY ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>    **RE:**    *Todd Augenbaum v. Anson Investments Master Fund LP,*
>    <u>Case No. 1:22-cv-00249</u>

Dear Judge Subramanian:

We represent Kartoon Studios, Inc. (the "Company") and respectfully submit this letter motion to request a modest extension of the word limitation for the Company's Reply Brief in Support of its Motion for Entry of Judgment in order to fully address subsequent updates in the Company's negotiation of a settlement of this matter, the arguments made by Plaintiff in his opposition brief, and the points discussed during the May 13, 2026 hearing. The Company believes that an additional 1,000 words (for a maximum of 4,500 words) would be sufficient to fairly address these matters in advance of the hearing Tuesday.

Defendants do not oppose this request.

Plaintiff opposes this request for the following reasons: "In its opening papers, Kartoon did not even attempt to make a prima facie showing that the supposed settlement was fair. It is entirely improper for Kartoon to attempt to do so for the first time in its reply. Now that it is clear that that is what Kartoon is attempting to do, we oppose any extension of the word limit."

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

Aaron T. Morris

cc:    All counsel of record via ECF

The Company's requested extension is GRANTED.

The Clerk of Court is respectfully directed to terminate Dkt. 391.

Arun Subramanian, U.S.D.J.
Date: May 22, 2026