**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TODD AUGENBAUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; and RICHARD MOLINSKY,<br><br>　　　　　Defendants,<br><br>-and-<br><br>KARTOON STUDIOS, INC.,<br><br>　　　　　Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |

**DECLARATION OF MICHAEL JAFFA**

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) | SS: |
| COUNTY OF LOS ANGELES | ) | |

I, MICHAEL JAFFA, declare under penalty of perjury as follows:

1.　　I am the Chief Operating Officer, General Counsel and Corporate Secretary at Kartoon Studios, Inc. (the "Company"). In those capacities, I have personal knowledge as to the

following corporate actions and records. I confirm that I have personal knowledge as to the facts set forth in my May 5, 2026 declaration (ECF 360-1).

2. On January 30, 2026, the Company's Board of Directors (the "Board") convened a special meeting to discuss the above-captioned action (the "Action"), and the Board determined unanimously to form a Litigation Committee (the "Committee"). Attached as **Exhibit 1** are the minutes from that meeting.

3. On February 2, 2026, the Committee met. Attached as **Exhibit 2** are the minutes from that meeting.

4. On February 13, 2026, at the Committee's request, the Committee received a memorandum from counsel regarding the history and background of the Action. Attached as **Exhibit 3** is a copy of that memorandum.

5. On March 9, 2026, the Committee met. Attached as **Exhibit 4** are the minutes from that meeting.

6. On March 27, 2026, at the Committee's request, the Committee received a memorandum from counsel regarding Defendants' claims for indemnification and advancement under the Securities Purchase Agreement at issue in the Action. Attached as **Exhibit 5** is a copy of that memorandum.

7. Also on March 27, 2026, the Committee met. Attached as **Exhibit 6** are the minutes from that meeting.

8. On April 6, 2026, at the request of the Committee, the Committee received a memorandum from counsel regarding the legal principles, evidentiary record, and central disputes in the Action. Attached as **Exhibit 7** is a copy of that memorandum.

9.      On April 10, 2026, the Committee met. Attached as **Exhibit 8** are the minutes from that meeting.

10.      On April 16, 2026, the Committee met. Attached as **Exhibit 9** are the minutes from that meeting.

11.      On April 20, 2026, the full Board met to receive an update and recommendation from the Committee, after which the Board approved a settlement with certain of the Defendants in the Action. Attached as **Exhibit 10** are the minutes from that meeting.

12.      To the best of the Company's knowledge, and based on diligent inquiry, no member of the Board is a party to this Action or otherwise has financial or personal interests in the outcome of this Action other than with respect to their roles and duties as directors of the Company. Further, as to each of the non-management directors, consisting of six of the seven members of the Board,[1] no such director has any financial, personal, or other relationships of any kind with any Defendant, Special Equities Group, or any affiliates or family members of the foregoing.

13.      On April 20, 2026, I participated in a telephone call with Plaintiff's counsel, Mr. Abraham, along with Jeff Schlesinger and counsel from Morris Kandinov. During that call, Mr. Abraham stated, in sum and substance, that two of the Defendants had previously made settlement offers higher than the amounts those Defendants would contribute under the proposed settlement. Following the call, the Committee directed Kirkland & Ellis to determine the basis for Mr. Abraham's statements regarding the prior offers but was unable to confirm that the offers were made.

---

[1] The non-management directors are Governor Joseph "Gray" Davis, Margaret Loesch, Jeffrey Schlesinger, Lynne Segall, Anthony D. Thomopoulos, Cynthia Turner-Graham, MD. The management director is Andy Heyward, CEO and Chairman of the Board.

14.    Attached as Exhibit 11 is a copy of the Company's most recent annual report (Form 10-K) filed with the Securities and Exchange Commission on March 31, 2026.

15.    As of the date of this declaration, and to the best of the Company's knowledge, no stockholder has expressed an objection or concern with the proposed settlement.

I declare under penalty of perjury that the foregoing is true and correct.


*Michael Jaffa*
Michael Jaffa (May 25, 2026 14:22:41 PDT)

Michael Jaffa