# EXHIBIT 4

## KARTOON STUDIOS, INC.
(a Nevada corporation)
(the "Company")

## MINUTES OF AN AD HOC MEETING OF THE
## LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS

**DATE:**      March 9, 2026
**TIME:**      10:00 a.m. PT
**PLACE:**     Conference Call

### DIRECTORS PRESENT:

Jeff Schlesinger, Co-Chair
Tony Thomopoulos, Co-Chair

### OTHERS PRESENT:

Michael Jaffa, Chief Operating Officer
Aaron Morris, Morris Kandinov LLP

### AD HOC MEETING

A meeting of the Litigation Committee (the "Committee") was held on the above date at the above time by conference call. Mr. Schlesinger began by requesting an update regarding the work of Morris Kandinov in gathering and organizing the litigation record in the *Augenbaum* matter for review by the Committee as well as efforts to engage with the parties regarding a potential resolution. Mr. Morris advised the Committee that his firm continued to aggregate relevant materials and expects to provide additional memoranda in the coming weeks, including with respect to the arguments and evidence likely to feature at trial and the indemnity claims by certain defendants. Mr. Morris stated that he had initial calls with counsel for plaintiff, Jeffrey Abraham, regarding, among other things, the Committee's request to speak directly with Mr. Abraham regarding the pending litigation and a non-waiver agreement permitting the Committee to share its materials. Mr. Abraham initially declined to enter into a non-waiver agreement or commit to a meeting, but discussions remain ongoing. Mr. Abraham also requested certain information regarding the Company's positions relating to settlement as well as indemnity, which Mr. Morris stated would need to be addressed in future conversations with Mr. Abraham.

Discussion then turned to initial engagement with the defendants in the *Augenbaum* matter. Mr. Morris stated that he had an initial conversation with David Murphy of Phillips ADR, who had handled a prior mediation between the parties. Mr. Murphy was restricted by confidentiality obligations from discussing any prior settlement communications between the parties but agreed to inform counsel for defendants that the Committee had been formed to evaluate, among other

things, the potential to resolve the claims in the *Augenbaum* litigation prior to trial. In response, Defendants indicated, through Mr. Murphy, a willingness to engage in such discussions but questioned whether Morris Kandinov, which previously represented Special Equities Group in connection with a non-party subpoena in *Augenbaum*, could appropriately handle such negotiations. Mr. Morris reminded the Committee that it had previously considered whether the firm's prior engagement presented a conflict of interest and had determined that it did not. Nevertheless, following the initial engagement with defendants, Mr. Jaffa had explored the desirability of retaining separate counsel to handle such negotiations with the *Augenbaum* parties, including Jay Lefkowitz of Kirkland & Ellis who has handled a range of prominent securities and shareholder disputes, including claims under Section 16(b). Subject to the Committee's approval, Mr. Lefkowitz had agreed to represent the Committee in connection with negotiations. A discussion ensued.

After substantial discussion of the circumstances and relevant factors, including the inefficiencies and expense of retaining separate counsel against the advantages of Mr. Lefkowitz's expertise in this area, the apparent unwillingness of defendants to discuss resolution in the absence of separate counsel, and the potential that counsel for plaintiff may make similar arguments, the Committee determined to engage Mr. Lefkowitz to handle negotiations, if any, with the *Augenbaum* parties. The Committee determined that Morris Kandinov may continue to represent that Company and support the Committee as may be appropriate with its mandate to fully investigate and evaluate the *Augenbaum* litigation, but that any settlement communications would be handled by Mr. Lefkowitz and any recommendation by the Committee to the Board in regard to settlement would be made directly by the Committee without the advice of Morris Kandinov.

Following this discussion, the following resolutions were presented to the Committee for consideration and approval:

RESOLVED, that the Committee hereby approves the engagement of Jay Lefkowitz of Kirkland & Ellis to represent the Committee in negotiations with the parties to the *Augenbaum* matter;

RESOLVED FURTHER, that the Committee approves Morris Kandinov's continued representation of the Company and support, as needed, of the Committee's mandate, and that the foregoing creates no conflict of interest as to the Committee's work; and

RESOLVED FURTHER, that in the event that the Committee determines to make a recommendation regarding settlement to the Board, it will do so independently and without the advice of Morris Kandinov.

## ADJOURNMENT

There being no further business to come before the Committee, the meeting was adjourned.

Michael Jaffa
Secretary