# EXHIBIT 6

**KARTOON STUDIOS, INC.**

(a Nevada corporation)

(the "Company")

## MINUTES OF AN AD HOC MEETING OF THE
## LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS

**DATE:**     March 27, 2026
**TIME:**     1:00 p.m. PT
**PLACE:**    Conference Call

### DIRECTORS PRESENT:

Jeff Schlesinger, Co-Chair
Tony Thomopoulos, Co-Chair

### OTHERS PRESENT:

Michael Jaffa, Chief Operating Officer
Jay Lefkowitz, Kirkland & Ellis LLP
Aaron Morris, Morris Kandinov LLP

### AD HOC MEETING

A meeting of the Litigation Committee (the "Committee") was held on the above date at the above time by conference call. Mr. Schlesinger began by requesting an update from Mr. Lefkowitz as to his efforts to engage with counsel for plaintiff and defendants in the *Augenbaum* matter. Mr. Lefkowitz stated that he had held numerous discussions with counsel for plaintiff, defendants, and the mediator, David Murphy of Phillips ADR. The discussions had been productive and suggested the potential for significant resolution of the Section 16(b) claims against at least some of the defendants for an amount potentially in the range of $35 million to $50 million. Mr. Schlesinger inquired as to the position of plaintiff's counsel in such discussions, and Mr. Lefkowitz stated that it is not yet certain what plaintiff's counsel's position will be on a potential pre-trial settlement, but that discussions were continuing as to all parties. The Committee thanked Mr. Lefkowitz for his efforts and authorized him to continue such discussions.

Discussion then turned to the memorandum regarding indemnification provided by Mr. Morris earlier in the day. The Committee indicated that additional time would be required to review the memo, and the Committee would further discuss it at the following meeting. A discussion then ensued as to the positions generally taken by the defendants regarding advancement and indemnification and the Company's prior rejection of the demands and negotiation of the standstills. Mr. Morris stated that his firm would provide an additional memo in the coming weeks regarding the litigation record and the evidence and testimony likely to be submitted by the parties

at trial as part of the Committee's ongoing evaluation of the strengths and weaknesses of the Section 16(b) claim.

Discussion then turned to the draft minutes from the March 9, 2026 Committee meeting, which were approved by the Committee.

Following the discussions above, the following resolution was presented to the Committee for consideration and approval:

RESOLVED, that the Committee hereby approves the draft minutes of the March 9, 2026 meeting as the true and accurate record of the proceedings of that meeting.

## ADJOURNMENT

There being no further business to come before the Committee, the meeting was adjourned.

Michael Jaffa
Secretary