# EXHIBIT 8

**KARTOON STUDIOS, INC.**
(a Nevada corporation)
(the "Company")

## MINUTES OF AN AD HOC MEETING OF THE
## LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS

**DATE:**     April 10, 2026
**TIME:**     10:00 a.m. PT
**PLACE:**    Conference Call

### DIRECTORS PRESENT:

Jeff Schlesinger, Co-Chair
Tony Thomopoulos, Co-Chair

### OTHERS PRESENT:

Andy Heyward, Chief Executive Officer
Michael Jaffa, Chief Operating Officer
Jeffrey Goldfine, Kirkland & Ellis LLP
Aaron Morris, Morris Kandinov LLP

### AD HOC MEETING

A meeting of the Litigation Committee (the "Committee") was held on the above date at the above time by conference call. Mr. Jaffa began by stating Jay Lefkowitz was currently traveling but his partner Mr. Goldfine was in attendance and, prior to the meeting, Mr. Lefkowitz had provided an update to Mr. Jaffa on settlement negotiations with defendants in the *Augenbaum* matter. Mr. Jaffa stated that with one exception, all defendants were actively participating in settlement negotiations and a settlement proposal from defendants was expected to be conveyed in the following week. Mr. Lefkowitz had numerous conversations with counsel for defendants and the mediator, David Murphy, leading up to the defendants' agreement to make an opening proposal. A discussion ensued. Mr. Jaffa stated that he would keep the Committee updated. Mr. Schlesinger stated that the Committee would meet again in the following week for an update and discussion of next steps.

Discussion then turned to the defendants' outstanding advancement and indemnity claims. Mr. Morris stated that four of the eight defendants had responded to his request that defendants update the Company as to the amount of their purported claims, which the Company continued to reject for the reasons discussed in previous meetings. Based on these updated amounts and the prior amounts stated by defendants that did not respond to the recent request, the total demanded for advancement to date was approximately $12.9 million with $13.1 million anticipated through

trial, although this was likely understated given that not all defendants had disclosed their defense costs. Mr. Morris stated that he would inquire as to the remaining defendants but could not require them to provide a response. A discussion then ensued regarding the capacity of the Company to satisfy such liabilities, the anticipated cost of defense as to the pending indemnity actions, the likelihood that more defendants would file such actions, and the need to address such claims in the context of ongoing settlement discussions. Mr. Jaffa stated that a prerequisite of the negotiations with defendants has been that all settling defendants will fully waive and release all claims for indemnity and advancement.

Discussion then turned to the opinion of plaintiff's counsel regarding a potential settlement. Mr. Morris stated that he sent an email on April 8, 2026 to Jeff Abraham renewing the Committee's request to speak with him directly. As of today, Mr. Abraham had not responded but Mr. Morris stated that he would keep the Committee apprised of the response when received. A discussion ensued regarding the Committee's continued interest in Mr. Abraham's viewpoint.

Discussion then turned to the draft minutes from the March 27, 2026 Committee meeting, which were approved by the Committee.

Following the discussions above, the following resolution was presented to the Committee for consideration and approval:

RESOLVED, that the Committee hereby approves the draft minutes of the March 27, 2026 meeting as the true and accurate record of the proceedings of that meeting.

## ADJOURNMENT

There being no further business to come before the Committee, the meeting was adjourned.

Michael Jaffa
Secretary