# EXHIBIT 9

**KARTOON STUDIOS, INC.**
(a Nevada corporation)
(the "Company")

## MINUTES OF AN AD HOC MEETING OF THE
## LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS

**DATE:**        April 16, 2026
**TIME:**        12:00 p.m. PT
**PLACE:**       Conference Call

### DIRECTORS PRESENT:

Jeff Schlesinger, Co-Chair
Tony Thomopoulos, Co-Chair

### OTHERS PRESENT:

Andy Heyward, Chief Executive Officer
Michael Jaffa, Chief Operating Officer
Jay Lefkowitz, Kirkland & Ellis LLP
Jeffrey Goldfine, Kirkland & Ellis LLP
Aaron Morris, Morris Kandinov LLP

### AD HOC MEETING

A meeting of the Litigation Committee (the "Committee") was held on the above date at the above time by conference call. Mr. Jaffa began by asking Mr. Lefkowitz to update the Committee as to the status of settlement negotiations in the *Augenbaum* matter. Mr. Lefkowitz stated that after significant back and forth with the mediator, David Murphy, as well as counsel for defendants, defendants had increased their settlement position to a global resolution at $50 million with six of the eight defendants participating *pro rata*, reflecting a gross cash settlement payment of $36.5 million. The settlement would include a mutual release, including the release of any indemnity and advancement claims the defendants may have. Kirkland had received the draft term sheet from defendants and would review. Mr. Lefkowitz indicated that the proposal had been preceded by substantial negotiations between the mediator and defendants and likely reflected the maximum obtainable pre-trial settlement under the current circumstances. A discussion ensued about the merits of the potential settlement and the Company's current financial condition and cash position, which had continued to decline in Q1 2026, and the potential of the settlement to provide a cash infusion that could avoid or mitigate the need for near-term financing.

Mr. Schlesinger inquired as to the role of the plaintiff's attorney, Jeff Abraham, in negotiations. Mr. Lefkowitz stated that Mr. Abraham, as previously reported to the Committee,

had declined to meaningfully engage with respect to a potential settlement in the range of $50 million and would likely oppose a settlement in that range. Mr. Morris stated that his email communications with Mr. Abraham regarding the Committee were continuing and it was possible that Mr. Abraham would agree to speak with the Committee directly regarding his views.

Mr. Thomopoulos then raised discussion of the Company's potential indemnity obligations if it did not prevail at trial, the possible claims against the Company, and the probability of success. Mr. Jaffa stated that the Company continued to believe that it had meritorious defenses to all indemnity and advancement claims asserted by the *Augenbaum* defendants, but that all litigation involves risk and that defense costs would be significant even if the Company were to prevail in the defense against all claims. Mr. Jaffa then provided a brief overview of the status of indemnity litigation. A discussion ensued.

Discussion then turned again to the merits of the proposal, the possibility of obtaining a higher settlement through continued negotiations, and the likely outcome of trial, including that a verdict in favor of the Company at trial would be appealed and thus the timing of the availability of funds to the Company could not be predicted with certainty. A discussion ensued. Mr. Schlesinger noted that based on the materials reviewed, the record evidence of a group between the defendants appeared limited and that all witnesses were likely to testify that no such group existed. Mr. Thomopoulos noted, in the interim, the Company's significant need for cash.

Following a fulsome discussion of the topics set forth above, the Committee concluded that it was satisfied with the efforts of Mr. Lefkowitz to maximize the dollar amount of a settlement pre-trial and that the risks to the Company of trying the claims continued to be high in light of the probability of success and the Company's current need for additional capital.

Mr. Schlesinger and Mr. Thomopoulos agreed that the Committee was ready to report its process and findings to the Board. Thereafter, based on the discussions above, the Committee made the following resolution:

RESOLVED, that the Committee shall report its findings regarding the *Augenbaum* matter to the Board for consideration in a meeting to be scheduled in the following week.

Discussion then turned to the draft minutes from the April 10, 2026 Committee meeting, which were approved by the Committee.

Following the discussions above, the following resolution was presented to the Committee for consideration and approval:

RESOLVED, that the Committee hereby approves the draft minutes of the April 10, 2026 meeting as the true and accurate record of the proceedings of that meeting.

## ADJOURNMENT

There being no further business to come before the Committee, the meeting was adjourned.

Michael Jaffa
Secretary

ca4402c6460e6117    27/07/22 (2311)    27 000 NOW/882 7    CM 01 702 42 7717 2522