# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

        Plaintiff,

        v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET MASTER,
LTD.; EMPERY DEBT OPPORTUNITY FUND, LP;
EMPERY TAX EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER FUND
LTD.; IROQUOIS CAPITAL INVESTMENT
GROUP, LLC; L1 CAPITAL GLOBAL
OPPORTUNITIES MASTER FUND; M3A LP; and
RICHARD MOLINSKY,

        Defendants,

-and-

KARTOON STUDIOS, INC.,

        Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

## DECLARATION OF JOHN J. ROCKEY

STATE OF Texas      )
                  ) SS:
COUNTY OF Bexar    )

John J. Rockey declares under penalty of perjury as follows:

1. I am a stockholder of Kartoon Studios, Inc. (the "Company") and have held shares since 2020. I currently hold approximately 4.3 million shares. This declaration is based on my personal knowledge.

2. I have been advised of the public terms of a settlement between the Company and certain of the Defendants in *Augenbaum v. Anson Investment Master Fund LP*, No. 1:22-cv-00249 as disclosed in the parties' court filings.

3. I understand that the settlement would result in gross proceeds of at least $36.5 million, which would be payable to the Company net of attorneys' fees and expenses. I further understand that the Company would obtain complete releases from the Defendants with respect to any claims Defendants may have against the Company.

4. My personal belief is that the settlement is in the best interest of the Company. I support the Company's decision to enter into the settlement.

5. I declare under penalty of perjury that the foregoing is true and correct.

                         John J. Rockey