## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TODD AUGENBAUM,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; and RICHARD MOLINSKY,<br><br>　　　　　　Defendants,<br><br>-and-<br><br>KARTOON STUDIOS, INC.,<br><br>　　　　　　Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |

### DECLARATION OF HENRY IKE

STATE OF New York 　　　　　　）
　　　　　　　　　　　　　　　） SS:
COUNTY OF Queens 　　　　　）

Henry Ike declares under penalty of perjury as follows:

1.　　　I am a stockholder of Kartoon Studios, Inc. (the "Company") and have held shares since approximately 2023. I currently hold approximately 2.43 million shares of the Company.

2.     I have been advised of the public terms of a settlement between the Company and certain of the Defendants in *Augenbaum v. Anson Investment Master Fund LP*, No. 1:22-cv-00249 as disclosed in the parties' court filings.

3.     I understand that the settlement would result in gross proceeds of at least $36.5 million, which would be payable to the Company net of attorneys' fees and expenses. I further understand that the Company would obtain complete releases from the Defendants with respect to any claims Defendants may have against the Company.

4.     My personal belief is that the settlement is in the best interest of the Company. I support the Company's decision to enter into the settlement.

5.     I declare under penalty of perjury that the foregoing is true and correct.

_____
Henry Ike