Exhibit 1

# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

CHRISTOPHER J. CLARK
D: 212.377.0853
clark@csvllp.com

May 22, 2026

**BY EMAIL**
Kartoon Studios, Inc. f/k/a Genius Brands International, Inc.
190 N. Canon Drive, 4th Floor
Beverly Hills, CA 90210
Attention: Michael Jaffa, Chief Operating Officer
Email: mjaffa@kartoonstudios.com

with copies (for informational purposes only) to:

Aaron Morris
Morris Kandinov LLP
305 Broadway, 7th Floor
New York, NY 10007
Email: aaron@moka.law

Jay Lefkowitz
Kirkland and Ellis LLP
601 Lexington Ave
New York, NY 10022
Email: lefkowitz@kirkland.com

Charles Rainey
Rainey LLP
190 N. Canon Drive, 4th Floor
Beverly Hills, CA 90210
Email: crainey@raineyllp.com

> **Re: Updated Demand for Defense and Indemnification — Augenbaum v. Anson Investments Master Fund LP, et al., 1:22-cv-00249 (S.D.N.Y.), Iroquois Master Fund Ltd., et al. v. Kartoon Studios, Inc., Case No. 26-cv-00938 (S.D.N.Y.)**

Dear Mr. Denton:

We represent Iroquois Capital Investment Group, LLC and Iroquois Master Fund Ltd. (together, "Iroquois"). We write to provide an updated formal notice and demand that Kartoon Studios, Inc. f/k/a Genius Brands International, Inc. ("Genius" or the "Company") defend, indemnify, and hold harmless Iroquois, and advance/periodically reimburse defense costs, in connection with the civil action captioned Augenbaum v. Anson Investments Master Fund LP, et al., Case No. 1:22-cv-00249, pending in the Southern District of New York and the civil action

May 22, 2026
Page 2

captioned Iroquois Master Fund Ltd., et al. v. Kartoon Studios, Inc., Case No. 26-cv-00938 (S.D.N.Y.) (the "Actions"). This demand is made pursuant to the express indemnification undertaking set forth in Section 9(k) of the Securities Purchase Agreement dated March 11, 2020 (the "SPA").

Iroquois incorporates its demand letter to the Company dated November 7, 2025 (the "Original Demand").

Iroquois hereby demands immediate advancement of $ 7,780,603.35, which is the amount of reasonable fees, costs, and expenses billed to Iroquois in connection with the Action from inception through September 2025 demanded in the Original Demand plus the amount billed in connection with the Actions to date ($2,550,124.51).  Iroquois continues to demand on a going-forward basis periodic reimbursement of all additional reasonable fees, costs, and expenses incurred in the Actions, consistent with SPA § 9(k)(iii).

Nothing herein constitutes a waiver of any rights, remedies, or defenses, all of which are expressly reserved. For the avoidance of doubt, this demand is without prejudice to any additional bases for indemnification, advancement, contribution, or reimbursement available at law, in equity, or under any other agreement.

We look forward to your prompt confirmation.

Very truly yours,

/s/ Christopher J. Clark

CLARK SMITH VILLAZOR