Exhibit 2

# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
666 Third Avenue, 21st Floor
New York, New York 10017
www.csvllp.com

CHRISTOPHER J. CLARK
D: 212.377.0853
clark@csvllp.com

May 15, 2026

**<u>CONFIDENTIAL</u>**

David M. Murphy
Phillips ADR Enterprises
2101East Coast Hwy
Corona Del Mar, CA 92625

Re:    Augenbaum v. Anson Investments Master Fund, LP, et al., No. 1:22-cv-0249-AS

Dear David:

We write to follow up on my email from May 13, 2026, and on behalf of the Settling Defendants[1] in the above-captioned litigation.  As you know, the Settling Defendants signed an agreement with the Company for full release from the claims asserted in the above-captioned litigation for an aggregate amount of $36.5 million in cash (plus more than $13 million in value for the Settling Defendants' release of claims for indemnification and advancement).  Subsequently, Brio Capital Master Fund Ltd. sought to join that agreement by contributing an additional $2.5 million, bringing the Company and the Settling Defendants' aggregate cash settlement amount to $39 million.

Judge Subramanian explained that a settlement agreement that involved Plaintiff would be helpful to everyone involved because it would "take[] into account the uncertainties of this case, not only from [Defendant's] perspective, but from plaintiff's perspective" and avoid the need to address many "novel issues" on appeal.  (May 13 Tr. at 44:13-45:3.)  Judge Subramanian, therefore, requested that Plaintiff's counsel provide a response to the settlement agreement which would resolve all claims and avoid the need for an appeal by Thursday, May 14 and that Defendants respond by Monday, May 18.

Yesterday, Plaintiff made individual offers to each Defendant. **Plaintiff's offers exceeded $290 million in the aggregate**.  As to at least one Defendant, Plaintiff's offer was <u>higher</u> than previous offers Plaintiff had made to that Defendant.

Contingent on Plaintiff accepting the Settling Defendants' response and the parties avoiding the additional cost and uncertainty of an appeal, the Settling Defendants are willing to raise their aggregate settlement amount to $45 million.  To be clear, the Settlement Agreement between the Settling Defendants and the Company (and payment of $39 million thereunder) is fair, reasonable, and adequate, and the premium contained in this contingent counterproposal reflects the savings

---

[1] The "Settling Defendants" include Anson Investments Master Fund LP, CVI Investments, Inc., Iroquois Master Fund Ltd. and Iroquois Capital Investment Group, LLC L1 Capital Global Opportunities Master Fund, M3A LP, and Richard Molinsky.

the Settling Defendants would receive by avoiding an appeal.  The Settling Defendants will not agree to increase the aggregate payment without Plaintiff's consent and approval of any agreement.

I am happy to discuss if you have any questions.

Very truly yours,

/s/ Christopher J. Clark

CLARK SMITH VILLAZOR