Exhibit 4

# E✱TRADE
# FINANCIAL®
Trading · Investing · Banking

## E✱TRADE Securities

**Investment Account**

## TRADE CONFIRMATION

**Account Number:** XXXX-4046

**Account Name:**
TODD AUGENBAUM

E✱TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Customer Update**
Invest on the go. With the E✱TRADE Mobile app, you have everything you need in the palm of your hand. Visit etrade.com/mobile to learn more.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/13/21 | 08/17/21 | 6 1 | GNUS | BUY | 10 | $1.593 | Margin | PRINCIPAL | $15.93 |
| GENIUS BRANDS INTERNATIONAL INC COMMON STOCK | | | | | | | | NET AMOUNT | $15.93 |

REDACTED

Augenbaum0001