UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

                    Plaintiff,

          -against-                                    22-cv-249 (AS)

ANSON INVESTMENTS MASTER FUND                          ORDER
LP, et al.

                    Defendants.

ARUN SUBRAMANIAN, United States District Judge:

    Defendant Kartoon Studios, Inc. seeks permission for Mr. Jeff Schlesinger to appear remotely at today's conference. Dkt. 393. That application is GRANTED.

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. 393.

    SO ORDERED.

Dated:  May 26, 2026
        New York, New York

                                    _____
                                        ARUN SUBRAMANIAN
                                        United States District Judge