UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

        Plaintiff,

        v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; and RICHARD MOLINSKY,

        Defendants,

-and-

KARTOON STUDIOS, INC.,

        Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**CONFIDENTIAL**

**FILED UNDER SEAL**

DECLARATION OF BRIAN PARISI

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) SS: | |
| COUNTY OF LOS ANGELES | ) | |

BRIAN PARISI declares under penalty of perjury as follows:

1.    I am the Chief Financial Officer at Kartoon Studios, Inc. ("Kartoon" or the "Company"). This declaration is based on my personal knowledge in the foregoing capacity.

2. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

3. Pursuant to the terms of the settlement with certain of the Defendants in this action, the Company would be entitled to an initial payment of $5 million within five (5) business days of the Court granting a stay of proceedings in this litigation and the Company providing appropriate tax and other documentation. ████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████

4. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

5. As of May 5, 2026, the Company's current market capitalization is $36.8 million.

6. I declare under penalty of perjury that the foregoing is true and correct.

Brian Parisi

Date: 5/5/2026