# Goulston&Storrs

**Jennifer B. Furey**
jfurey@goulstonstorrs.com
(617) 574-3575
(617) 574-4112

May 29, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *Augenbaum v. Anson Investments Master Fund LP et al*, 22-cv-00249 (AS)

Dear Judge Subramanian:

We write on behalf of Defendants to respectfully submit the revised proposed voir dire questions ("Defendants' Revised Voir Dire Proposal"), attached hereto as Exhibit A.[1]

On May 4, 2026, pursuant to the Court's October 29, 2025 Scheduling Order, (ECF No. 296), Plaintiff and Defendants separately submitted proposed voir dire questions. *See* ECF No. 350-1 (Plaintiff's May 4 Proposed Voir Dire Questions); ECF No. 353-1 (Defendants' May 4 Proposed Voir Dire Questions). Although Your Honor's Individual Rules and the Scheduling Order contemplate a joint submission, the parties at that time had not yet resolved disagreements concerning the their proposed voir dire questions. The parties therefore agreed to continue meeting and conferring in an effort to narrow or resolve any disputes.

On May 14, 2026, Defendants circulated to Plaintiff a proposed joint voir dire submission, which incorporated all of Plaintiff's proposed voir dire questions without objection, together with Defendants' proposed questions, into a single consolidated submission (the "May 14 Proposal"). The May 14 Proposal contained questions that substantially mirror those in Defendants' Revised Voir Dire Proposal, but included some hypothetical questions from Defendants' May 4 Proposed Voire Dire Questions. Defendants also invited Plaintiff to identify any objections in track changes and to meet and confer regarding potential compromises or revisions.

---

[1] Defendants also attach as Exhibit B a redline comparing Defendants' Revised Voir Dire Proposal to Plaintiff's May 5, 2026 submission, so the Court may easily identify overlapping questions proposed by the parties.

One Post Office Square
Boston, Massachusetts 02109
T 617 482 1776
F 617 574 4112

goulstonstorrs.com

The Hon. Arun Subramanian
May 29, 2026
Page 2

On May 20, 2026, Plaintiff declined that invitation and responded, "I appreciate [the] effort to resolve this issue. Unfortunately, I think the parties have irreconcilable approaches to voir dire." Plaintiff did not identify specific objections or proposed revisions to Defendants' proposed consolidated draft.

On May 29, 2026, Defendants circulated to Plaintiff another proposed joint voir dire submission, which removed the hypothetical questions from Defendants' May 4 Proposed Voir Dire Questions, and invited Plaintiff to identify objections and to meet and confer to narrow any disputes. Plaintiff has not responded.

In light of Plaintiff's position to date and pursuant to Rule 10(D) of Your Honor's Individual Practices, Defendants prepared the Proposed Revised Voir Dire Questions to identify the proposed disputed questions and provide supporting justifications for each.

Respectfully submitted

/s/ Jennifer B. Furey

Jennifer B. Furey

cc:  All Counsel (via ECF)