SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

May 31, 2026

**BY ECF FILING**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

RE:   *Augenbaum v. Anson Investments Master Fund, LP, et al.,*
      No. 1:22-cv-0249-AS

Dear Judge Subramanian:

On behalf of Defendant CVI Investments, Inc., we write with Plaintiff's consent to advise the Court that CVI has reached a settlement in principle of Plaintiff's claim in this action against CVI subject to final documentation. We are working with Plaintiff's counsel to document an agreement and we expect to submit a joint stipulation of dismissal within the next couple of days.

Respectfully submitted,

Susan L. Saltzstein

cc:   All counsel of record (by ECF filing)