**FRESHFIELDS**

June 1, 2026

**New York**

3 World Trade Center
175 Greenwich Street
New York, NY  10007

**Andrew Gladstein**
**T**  +1 (212) 277-4000
**T**  +1 (212) 230-4685 (direct)
**E**  andrew.gladstein@freshfields.com

**freshfields.us**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *Augenbaum v. Anson Investments Master Fund, LP, et al.*, No. 1:22-cv-0249-AS

Dear Judge Subramanian:

       We represent the Empery Defendants and write on behalf of all Defendants in the above referenced action.  Defendants propose a small number of changes to the "group" charge that was circulated to the Court on May 25, 2026.  *See* Exhibit A.

       We provided a copy of these changes to Plaintiff's counsel yesterday evening and asked for a response by noon today.  Plaintiff's counsel has informed us that they have not had time to review the proposed changes.  Given that the proposed changes are limited to two sentences of a single paragraph, Defendants respectfully request that the Court address them at the final pre-trial conference later this afternoon.

                                   Respectfully submitted,

                                   */s/ Andrew Gladstein*

                                   Andrew Gladstein
                                   Shannon Sciaretta