**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

       Plaintiff,

v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; RICHARD MOLINSKY,

       Defendants,

-and-

KARTOON STUDIOS, INC.,

       Nominal Defendant.

Case No. 1:22-cv-00249-AS

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for Defendant M3A LP in the above-captioned proceeding and requests that all future notices and papers in that proceeding be served upon the undersigned at the address below.

Dated: New York, New York
     June 1, 2026

       */s/Mariana Korsunsky*
       Mariana Korsunsky
       GOULSTON & STORRS PC
       One Post Office Square
       Boston, Massachusetts 02109
       mkorsunsky@goulstonstorrs.com
       Tel: (617) 574-3584
       *Attorneys for Defendant M3A LP*