**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

        Plaintiff,

    v.

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP; CVI
INVESTMENTS, INC.; EMPERY ASSET
MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER FUND;
M3A LP; RICHARD MOLINSKY,

        Defendants,

    -and-

KARTOON STUDIOS, INC.,

        Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**Order for Admission Pro Hac Vice**

The motion of Peter J. Martinez, for admission to practice Pro Hac Vice in the above captioned matter is GRANTED.

Applicant has declared that he is a member of good standing of the bar of the state of Maryland, and that his contact information is as follows:

Peter J. Martinez
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, MD 21202
Tel: (410) 659-2700
peter.martinez@hoganlovells.com

1

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Anson Investments Master Fund LP in the above-captioned litigation;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June___3___, 2026

_____
United States District Judge

2