UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

       Plaintiff,

   -against-

ANSON INVESTMENTS MASTER FUND
LP; BRIO CAPITAL MASTER FUND LTD.;
BRIO SELECT OPPORTUNITIES FUND, LP;
CVI INVESTMENTS, INC.; EMPERY
ASSET MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP; IROQUOIS MASTER
FUND LTD.; IROQUOIS CAPITAL
INVESTMENT GROUP, LLC; L1 CAPITAL
GLOBAL OPPORTUNITIES MASTER
FUND; M3A LP; and RICHARD
MOLINSKY,

       Defendants.

    -and-

KARTOON STUDIOS, INC.

       Nominal
Defendant.

22-cv-249 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at the final pretrial conference held on June 1, 2026:

- L1's motion for reconsideration, Dkt. 292, is DENIED AS MOOT.
- Defendants' motion to bifurcate, Dkt. 344, is DENIED AS MOOT.
- The Court has ruled on the parties' *motions in limine*, Dkts. 339, 340, 345, and 351, as stated on the record.
- The Court has preliminarily resolved defendants' motion to adopt their group jury instruction, Dkt. 319, but will allow additional submissions on this issue.

The Court will hold a follow-up conference on **Friday, June 5, 2026 at 2:00 PM** in Courtroom 15A to resolve any remaining issues in advance of trial.

The Clerk of Court is respectfully directed to terminate Dkts. 292, 319, 339, 340, 344, 345, and 351.

1

SO ORDERED.

Dated: June 3, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge