# FRESHFIELDS

**BY ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**ANDREW GLADSTEIN**

3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel +212-230-4685
andrew.gladstein@freshfields.com

June 3, 2026

RE:    *Augenbaum v. Anson Investments Master Fund, LP, et al.*,
       No. 1:22-cv-0249-AS

Dear Judge Subramanian:

Per Your Honor's instructions at the pre-trial conference on Monday, June 1, 2026, attached are the joint proposed jury instructions with a redline indicating areas of disagreement among the Parties.  The Parties will be prepared to address these areas at the upcoming pre-trial conference on Friday, June 5, 2026 and may make brief submissions in that respect ahead of time. The Parties are happy to amend the numbers in the Table of Contents once the remaining disputes have been resolved.

We appreciate the Court's attention to this matter and are available to discuss these issues at the Court's convenience.

Respectfully submitted,

*/s/ Andrew Gladstein*
Andrew Gladstein

cc:    All Counsel of Record (by ECF)