**FRESHFIELDS**

By ECF

June 4, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**New York**

3 World Trade Center
175 Greenwich Street
New York, NY  10007

**Andrew Gladstein**
**T** +1 (212) 277-4000
**T** +1 (212) 230-4685 (direct)
**E** andrew.gladstein@freshfields.com

**freshfields.us**

**RE:    Augenbaum v. Anson Investments Master Fund, LP, et al., No. 1:22-cv-0249-AS**

Dear Judge Subramanian:

I am writing on behalf of Defendants in response to the Letter Motion for Oral Argument Plaintiff filed earlier this evening, ECF. No 426 ("Letter").

Plaintiff's 10-page, single-spaced letter raises a novel theory concerning the composition of the alleged "group" in this case, relitigates issues already adjudicated on the parties' motions *in limine*, and asserts that "large numbers of emails," Letter at 5, written by non-parties the Special Equities Group and Andy Heyward, Genius's CEO, are admissible at trial. The parties have not met and conferred concerning the contents of the Letter, which Plaintiff did not discuss with Defendants prior to filing.

Defendants respectfully request permission to submit a three-page response to the Letter—consistent with the Court's Individual Rule 3(A)—no later than today, June 4, at 8PM.[1]

Respectfully submitted,

*/s/ Andrew Gladstein*

Andrew Gladstein

cc:    All counsel (by ECF)

<span style="color:blue">GRANTED.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 4, 2026</span>

---

[1] Rule 3(A) reads, "Except as otherwise provided below, communications with the Court should be by letter, filed electronically on ECF. Letters seeking relief should be filed on ECF as letter-motions in accordance with Paragraph 8(A) below, not as ordinary letters. Unless otherwise ordered by the Court, letters may not exceed three pages in length."