**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>          Plaintiff,<br><br>     v.<br><br>ANSON INVESTMENTS MASTER FUND LP; BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; CVI INVESTMENTS, INC.; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; IROQUOIS MASTER FUND LTD.; IROQUOIS CAPITAL INVESTMENT GROUP, LLC; L1 CAPITAL GLOBAL OPPORTUNITIES MASTER FUND; M3A LP; AND RICHARD MOLINSKY,<br><br>          Defendants,<br><br>     -and-<br><br>KARTOON STUDIOS, INC.<br><br>          Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)** |

WHEREAS, Plaintiff Todd Augenbaum ("Plaintiff") filed this Action alleging that Defendants' trades in the securities of Kartoon Studios, Inc. (f/k/a Genius Brands International, Inc.) ("Kartoon") violated § 16(b) of the Securities Exchange Act, 15 U.S.C. §78p(b); and

WHEREAS, Plaintiff, Kartoon, and Defendant CVI Investments, Inc. ("CVI") have entered into a settlement agreement resolving all claims Plaintiff and Kartoon have against CVI; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Kartoon and CVI, that this action is hereby dismissed with prejudice as to CVI, without costs or fees to any party except that Plaintiff may agree with Kartoon with respect to an award of attorneys' fees,

costs, and expenses to be paid from the consideration given by CVI under that settlement agreement, or, if no such agreement is reached, Plaintiff may seek such an award from the Court regarding that matter.

By: /s/ Michael J. Klein

Jeffrey S. Abraham
Michael J. Klein
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
450 7th Avenue, 38th Floor
New York, New York 10123
(212) 279-5050
jabraham@aftlaw.com
mklein@aftlaw.com

Evan Mandel
Robert Glunt
**MANDEL BHANDARI LLP**
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 269-5600
em@mandelbhandari.com
glunt@mandelbhandari.com

*Counsel to Plaintiff Todd Augenbaum*

By: /s/ Aaron T. Morris

Aaron T. Morris (#5675178)
Andrew W. Robertson (#4288882)
**MORRIS KANDINOV LLP**
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law
andrew@moka.law

*Counsel to Nominal Defendant Kartoon Studios, Inc.*

By: /s/ Susan Saltzstein
Susan Saltzstein
Andrea Griswold
Kurt Hemr
Jeffrey Geier
**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
susan.saltzstein@skadden.com
andrea.griswold@skadden.com
kurt.hemr@skadden.com
jeffrey.geier@skadden.com

*Counsel to Defendant CVI Investments, Inc.*

SO ORDERED.

_____
Hon. Arun Subramanian
United States District Judge


Dated: _____ June 4 ___ , 2026