**MB**  **MANDEL BHANDARI** LLP

80 Pine Street │ 33rd Floor │ New York, NY │ 10005 │ T. (212) 269-5600 │ F. (646) 964-6667 │ www.mandelbhandari.com

June 11, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   ***Augenbaum v. Anson Investments Master Fund LP, et al.***
> <u>**Case No.: 22-cv-249 (AS)**</u>

Dear Judge Subramanian:

We are co-counsel for Plaintiff Todd Augenbaum in this action.  As the Court is aware, Ryan Lane is Empery's principal.  We write to object to the admission of evidence concerning the health (or other personal issues) relating to a member of Mr. Lane's family.

This evening, during a meet and confer, Plaintiff for the first time learned that Empery intends to offer evidence about a health or personal issue of a member of Mr. Lane's family. Such information should be excluded under Rules 402 and 403.  We understand that Mr. Lane and Martin Hoe, a former Empery executive, are going to testify that, in June and July 2020, Mr. Hoe made decisions about whether to sell Genius stock instead of Mr. Lane because of this health or personal issue.  We have no problem with Mr. Lane and Mr. Ho testifying that, as the result of a personal issue involving Mr. Lane, Mr. Ho made the sales decisions.  At this time, we do not intend to dispute that in any way.  As a result, no further evidence on the issue should be admitted under Rules 402 or 403.  Further, we believe that the sole reason for admitting any other evidence would be to elicit sympathy from the jury, which would be highly prejudicial.

Respectfully submitted,

/s/ Evan Mandel

Evan Mandel

cc:     Counsel of Record
        (via ECF)