# FRESHFIELDS

BY ECF

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

JACOB JOHNSTON
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel. 202-777-4554
jacob.johnston@freshfields.com

June 12, 2026

Re:     *Augenbaum v. Anson Investments Master Fund, LP, et al.*,
        No. 1:22-cv-0249-AS

Dear Judge Subramanian:

We represent Empery and write on behalf of all Defendants regarding Mr. Augenbaum. Defendants appreciate the Court's guidance regarding the permissible scope of their cross-examination, which they understand to be the date, volume, and price of Mr. Augenbaum's stock purchase and whether he has personal knowledge concerning the facts of this case.

Defendants remain available to discuss this or related issues at the Court's convenience.

Sincerely,

*/s/ Jacob Johnston*
Jacob Johnston

cc:     All Counsel of Record (by ECF)