**MB**  **MANDEL BHANDARI** LLP

80 Pine Street | 33rd Floor | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

June 13, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   ***Augenbaum v. Anson Investments Master Fund LP, et al.***
> <u>**Case No.: 22-cv-249 (AS)**</u>

Dear Judge Subramanian:

We are co-counsel for Plaintiff Todd Augenbaum in this action.  We write in response to the June 12, 2026 letter from Kartoon Studios, Inc. ("Kartoon") (Dkt. 473) requesting permission for Mr. Heyward to testify remotely.

Shortly after the proceedings completed for the day yesterday, counsel for Plaintiff spoke to Kartoon counsel Aaron Morris and Mr. Jaffa, the COO and former General Counsel of Kartoon.  Mr. Jaffa stated that regardless of the Court's decision requiring live testimony and the subpoena requiring Mr. Heyward's personal appearance, Mr. Heyward would not be returning to New York for testimony on Monday.  We informed Mr. Jaffa that, in light of the trial subpoena served upon Mr. Heyward, there could be serious consequences for Mr. Heyward should he refuse to return.  Mr. Jaffa was unable to confirm that Mr. Heyward would appear.

In an effort to deescalate the situation and avoid the need for further intervention from the Court, Plaintiff has carefully reviewed the trial record to determine whether would be possible to complete its case-in-chief without trial testimony from Mr. Heyward.  At this time, given the evidence already part of the trial record, Plaintiff has concluded that testimony from Mr. Heyward will not be required in its case-in-chief.

Plaintiff does reserve the right to call Mr. Heyward and compel his appearance to testify, should his testimony be necessary in rebuttal to evidence offered going forward, including any witnesses from Kartoon such as Mr. Jaffa.

Plaintiff hopes that this will resolve the situation without the need for further action from the Court.

> Respectfully submitted,
> /s/ Evan Mandel
> Evan Mandel

cc:     Counsel of Record (via ECF)