UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD AUGENBAUM, | |
| Plaintiff, | |
| -against- | |
| BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP, | 22-cv-249 (AS)  ORDER |
| Defendants. | |
| -and- | |
| KARTOON STUDIOS, INC. | |
| Nominal Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record at trial, the Court has resolved the issues raised in plaintiff's motion for oral argument regarding evidentiary issues, Dkt. 426. Accordingly, that motion is DENIED AS MOOT, and the Clerk of Court is respectfully directed to terminate the motion at Dkt. 426.

SO ORDERED.

Dated: June 16, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge