**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

               Plaintiff,

      v.

BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP.;
EMPERY ASSET MASTER, LTD.; EMPERY
DEBT OPPORTUNITY FUND, LP; EMPERY
TAX EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP,

               Defendants,

     -and-

KARTOON STUDIOS, INC.,

               Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**Stipulation and [Proposed] Order re**
**Testimony of Todd Augenbaum**

The parties jointly propose that the Court read the following stipulation regarding Mr. Augenbaum to the jury: "Mr. Augenbaum did not own stock in Genius when the relevant transactions occurred, and he has no personal knowledge of any of the relevant facts."

Dated: New York, New York
   June 16, 2026

Respectfully submitted,

**FRESHFIELDS US LLP**

*/s/ Andrew Gladstein*
Andrew Gladstein
Timothy Howard
Nicholas Caselli
Jacob Johnston
Alexandra Carlton
Shannon Sciaretta
Sruthi Rao

3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (646) 231-7098
andrew.gladstein@freshfields.com
timothy.howard@freshfields.com
nicholas.caselli@freshfields.com
jacob.johnston@freshfields.com
alexandra.carlton@freshfields.com
shannon.sciaretta@freshfields.com
sruthi.rao@freshfields.com

*Counsel for Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP*

**ELLENOFF GROSSMAN & SCHOLE
LLP**

*/s/ John Brilling Horgan*
John Brilling Horgan
Joanna Rebecca Cohen

1345 Avenue of the Americas
11th Floor
New York, New York 10105
(646) 895-7158
jhorgan@egsllp.com
jcohen@egsllp.com

*Counsel for Defendants Brio Capital Master
Fund Ltd. and Brio Select Opportunities Fund
LP*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

*/s/ Jeffrey Abraham*
Jeffrey Abraham
Michael J. Klein

450 7th Avenue, 38th Floor
New York, New York 10123
(212) 279-5050
jabraham@aftlaw.com
mklein@aftlaw.com

*Counsel for Plaintiff Todd Augenbaum*

**MANDEL BHANDARI LLP**

*/s/ Leah Vickers*
Evan Mandel
Robert Glunt
Leah Vickers

80 Pine Street, 33rd Floor
New York, New York 10005
(212) 269-5600
em@mandelbhandari.com
glunt@mandelbhandari.com

*Counsel for Plaintiff Todd Augenbaum*

**IT IS SO ORDERED.**

Dated: _____, 2026        _____

Hon. Arun Subramanian
United States District Judge