**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

          Plaintiff,

    v.

BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP;
EMPERY ASSET MASTER, LTD.; EMPERY
DEBT OPPORTUNITY FUND, LP; EMPERY
TAX EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP,

          Defendants,

   -and-

KARTOON STUDIOS, INC.,

          Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

**ORAL ARGUMENT REQUESTED**

**NOTICE OF DEFENDANT EMPERY'S**
**MOTION FOR JUDGMENT AS A MATTER OF LAW**

**PLEASE TAKE NOTICE** that, upon this Notice of Motion for Judgment, the accompanying Memorandum of Law in Support, and upon all prior papers and proceedings has herein, Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, and Empery Tax Efficient, LP (collectively, "Empery") through their attorneys, Freshfields US LLP, will move this Court, pursuant to Federal Rule of Civil Procedure 50(a), before the Honorable Arun Subramanian, United States District Court for the Southern District of New York, at the United States Courthouse, in Courtroom 15A, 500 Pearl Street, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order, granting Defendant Empery's Motion for Judgment as a Matter of Law and for other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant Empery requests oral argument on this motion at a time and date convenient for the Court.

Dated: June 17, 2026
New York, New York

**FRESHFIELDS US LLP**

*/s/ Nicholas A. Caselli*
Andrew D. Gladstein
Timothy Howard
Nicholas A. Caselli
Jacob Johnston
Alexandra Carlton
Shannon Sciaretta
Sruthi Rao

3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (646) 231-7098
andrew.gladstein@freshfields.com
timothy.howard@freshfields.com
nicholas.caselli@freshfields.com
jacob.johnston@freshfields.com
alexandra.carlton@freshfields.com
shannon.sciaretta@freshfields.com
sruthi.rao@freshfields.com

*Counsel for Defendants Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP*