**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

        Plaintiff,

    v.

BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP;
EMPERY ASSET MASTER, LTD.; EMPERY
DEBT OPPORTUNITY FUND, LP; EMPERY
TAX EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP,

        Defendants,

   -and-

KARTOON STUDIOS, INC.,

        Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

## [PROPOSED ORDER] GRANTING DEFENDANT EMPERY'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Having considered Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP's ("Empery") Motion for Judgment as a Matter of Law, it is HEREBY ORDERED that:

1. Defendant Empery's Motion for Judgment as a Matter of Law, pursuant to Federal Rule of Civil Procedure 50(a) is **GRANTED**.

2. The Clerk of the Court shall enter judgment for Defendant Empery on Todd Augenbaum's claim under Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. §78p(b).

    **IT IS SO ORDERED**

1

2

Dated:  June __, 2026
        New York, New York

_____
The Honorable Arun Subramanian
United States District Judge