**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TODD AUGENBAUM,<br><br>                              Plaintiff,<br><br>         v.<br><br><br>BRIO CAPITAL MASTER FUND LTD., BRIO SELECT OPPORTUNITIES FUND, LP, EMPERY ASSET MASTER, LTD., EMPERY DEBT OPPORTUNITY FUND, LP, EMPERY TAX EFFICIENT, LP, EMPERY ASSET MANAGEMENT, LP,<br><br>                              Defendants,<br><br>and<br><br>KARTOON STUDIOS, INC.,<br><br>                              Defendants. | Civil Action No. 1:22-cv-00249-AS<br><br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF BRIO CAPITAL MASTER FUND LTD AND BRIO SELECT**
**OPPORTUNITIES FUND, LP'S**
**MOTION FOR JUDGMENT AS A MATTER OF LAW**

**PLEASE TAKE NOTICE** that Defendants Brio Capital Master Fund Ltd and Brio Select Opportunities Fund, LP (collectively "Brio"), by and through their undersigned attorneys, Ellenoff Grossman & Schole LLP, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 50(a), before the Honorable Arun Subramanian of the United States District Court for the Southern District of New York, United States Courthouse, in Courtroom 15A located at 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting Brio's Motion for Judgment as a Matter of Law, and such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Brio requests oral argument on this motion at such time and date as are convenient for the Court.

Dated: June 18, 2026
New York, New York

**ELLENOFF GROSSMAN & SCHOLE LLP**

_____

John Brilling Horgan
Joanna Rebecca Cohen
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
(212) 370-1300
jhorgan@egsllp.com
jcohen@egsllp.com

*Counsel for Defendants Brio Capital Master Fund Ltd.*
*and Brio Select Opportunities Fund, LP*