UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD AUGENBAUM,

                Plaintiff,

-against-

BRIO CAPITAL MASTER FUND LTD.;
BRIO SELECT OPPORTUNITIES FUND, LP;
EMPERY ASSET MASTER, LTD.; EMPERY
DEBT OPPORTUNITY FUND, LP; EMPERY
TAX EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP,

                Defendants.

-and-

KARTOON STUDIOS, INC.

                Nominal

Defendant.

22-cv-249 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **Friday, June 26, 2026, at 5:00 PM**, the parties shall:

- File on the docket a joint letter proposing a schedule for post-trial motions.
- File on the docket all emails raising objections. The party who sought to admit the evidence should file the email containing the objections.
- Email the final versions of opening and closing demonstratives to the Court.

SO ORDERED.

Dated: June 23, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge