**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD AUGENBAUM,

               Plaintiff,

   v.

BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP;
EMPERY ASSET MASTER, LTD.; EMPERY
DEBT OPPORTUNITY FUND, LP; EMPERY
TAX EFFICIENT, LP; EMPERY ASSET
MANAGEMENT, LP,

               Defendants,

   -and-

KARTOON STUDIOS, INC.,

               Nominal Defendant.

Civil Action No. 1:22-cv-00249-AS

## VERDICT FORM

## VERDICT FORM

In answering the following QUESTIONS and completing this Verdict Form, you are to follow all the instructions that I have given you in the Jury Instructions. Your answers to each QUESTION must be unanimous.

Some of the QUESTIONS contain legal terms that are explained in detail in the Jury Instructions. You should refer to and consider the Jury Instructions as you answer the questions in this Verdict Form.

You must consider each Defendant separately. A "YES" answer as to one Defendant does not require a "YES" answer as to any other Defendant.

*Please proceed to QUESTION 1.*

1

*QUESTION 1*

## QUESTION 1a

Did plaintiff prove by a preponderance of evidence that **Brio** entered into a Section 16(b)

group as that term is defined in the Court's instructions?

**Answer YES or NO.**

_____ YES        **X**___ NO

*Answer QUESTION 1b if you answered YES to QUESTION 1a. If you answered NO to QUESTION*

*1a, proceed to QUESTION 2.*

## Question 1b

Please write the date after March 10, 2020 that Brio's participation in a Section 16(b) group

began and the date that it ended.

**Provide two DATES.**

**Date Began**_____

**Date Ended**_____

*Proceed to QUESTION 2.*

2

*QUESTION 2*

**QUESTION 2a**

Did plaintiff prove by a preponderance of evidence that **Empery** entered into a Section 16(b) group as that term is defined in the Court's instructions?

**Answer YES or NO.**

_____ YES          **X** NO

*Answer QUESTION 2b if you answered YES to QUESTION 2a. If you answered NO to QUESTION 2a, please sign and date the jury form.*

**Question 2b**

Please write the date after March 10, 2020 that Empery's participation in a Section 16(b) group began and the date that it ended.

**Provide two DATES.**

**Date Began**_____

**Date Ended**_____

*Please sign and Date the Verdict Form*

3

4

## SIGN AND DATE VERDICT FORM HERE

Foreperson's Signature: ███████████████████

Print Name: ___███████████████___

Dated: ___6___ ___1 8___ , 2026

*After this Verdict Form has been signed, notify the Marshal that you are ready to present your verdict in the courtroom.*

