# FRESHFIELDS

**BY ECF**

June 26, 2026

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**New York**

3 World Trade Center
175 Greenwich Street
New York, NY  10007

**Andrew Gladstein**
**T**  +1 (212) 277-4000
**T**  +1 (212) 230-4685 (direct)
**E**  andrew.gladstein@freshfields.com

**freshfields.us**

Re:    *Augenbaum v. Anson Investments Master Fund, LP, et al.*, No. 1:22-cv-0249-AS

Dear Judge Subramanian:

We represent the Empery Defendants and submit this Letter pursuant to the Court's June 23, 2026 Order directing each Party to file all emails raising objections to the evidence that it sought to admit at trial.  *See* ECF No. 491.

In accordance with the Court's Order, Empery hereby submits as attachments to this Letter the following emails concerning evidentiary objections to evidence it sought to admit at trial:

| Date Exchanged | Date Sought to Admit | Exhibit |
| --- | --- | --- |
| June 7, 2026 | June 8, 2026 | A |
| June 8, 2026 | June 9, 2026 | B |
| June 10, 2026 | June 11, 2026 | C |
| June 11, 2026 | June 12, 2026 | D |
| June 15, 2026 | June 16, 2026 | E |

Respectfully submitted,

*/s/ Andrew Gladstein*
Andrew Gladstein
Shannon Sciaretta

cc: All Counsel of Record via ECF