

## MANDEL BHANDARI LLP

80 Pine Street | 33rd Floor | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

June 26, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:**  ***Augenbaum v. Anson Investments Master Fund LP, et al.***
> <u>**Case No.: 22-cv-249 (AS)**</u>

Dear Judge Subramanian:

We are co-counsel for Plaintiff Todd Augenbaum in this action.  We write in compliance with the Court's June 23, 2026 Order directing the parties to "File on the docket all emails raising objections. The party who sought to admit the evidence should file the email containing the objections."

Attached to this email are copies of the email messages sent to chambers (with attachments) containing objections raised by Defendants to Plaintiff's evidence.  The specific emails are as follows:

- Exhibit A – A June 7, 2026 Email sent by Evan Mandel at 10:03 AM.
- Exhibit B – A June 7, 2026 Email sent by Evan Mandel at 7:56 PM.
- Exhibit C – A June 7, 2026 Email sent by A. Leah Vickers at 8:06 PM.
- Exhibit D – A June 7, 2026 Email sent by A. Leah Vickers at 8:11 PM.
- Exhibit E – A June 7, 2026 Email sent by A. Leah Vickers at 8:12 PM.
- Exhibit F – A June 8, 2026 Email sent by Evan Mandel at 9:51 PM.
- Exhibit G – A June 8, 2026 Email sent by Evan Mandel at 9:51 PM.
- Exhibit H – A June 8, 2026 Email sent by Evan Mandel at 9:55 PM.
- Exhibit I – A June 10, 2026 Email sent by Robert Glunt at 7:49 PM.
- Exhibit J – A June 10, 2026 Email sent by Robert Glunt at 7:52 PM.
- Exhibit K – A June 11, 2026 Email sent by Evan Mandel at 12:16 AM.
- Exhibit L – A June 11, 2026 Email sent by Evan Mandel at 7:31 PM.
- Exhibit M – A June 14, 2026 Email sent by Evan Mandel at 5:30 PM.
- Exhibit N – A June 17, 2026 Email sent by Evan Mandel at 8:51 PM.
- Exhibit O – A June 17, 2026 Email sent by Evan Mandel at 9:55 PM.

The Honorable Arun Subramanian
June 26, 2026
Page 2

Respectfully submitted,

/s/ Robert Glunt

Robert Glunt

cc:     Counsel of Record (via ECF)