

1345 AVENUE OF THE AMERICAS, 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
www.egsllp.com

June 26, 2026

**VIA ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *Augenbaum v. Anson Investments Master Fund, LP, et al,* Case No. 1:22-cv-0249-AS

Dear Judge Subramanian:

In addition to the emails and objections filed by the Empery Defendants (Dkt. 493), our office on behalf of the Brio Defendants submits the following email as Exhibit 1 concerning evidentiary objections to evidence it sought to admit at trial as directed in accordance with the Court's Order. *See* ECF No. 491.

Respectfully submitted,

*/s/ John B. Horgan*
John B. Horgan
Joanna R. Cohen

cc: All Counsel of Record via ECF

1