6/8/26

Good Day,

My name is ██████████ I am Juror #█
for this trial located at Courtroom 24A. I
apologize for this late request but I would
like to request to withdraw from this Jury
if at all possible. At this time my wife
and I are both in school and our house-
hold depends on my income to satisfy
our mortgage, utilities school tuition and
other bills. While I am motivated and
interested in the responsibilities of being
on the Jury, forfeiting two weeks of
my income as a Registered Nurse would
not be possible with our current savings.
I appreciate your consideration.

Kind Regards,

██████████

Date: 6/9/26
Time: 3:45 PM
Court Exhibit: 1