06/08/2026

Dear Judge Subramanian,

My name is ███████████ I am Juror #█. I am writing you this letter in hopes of being able to serve less than the estimated duration of this case, or being exempt at the moment due to financial hardship. I was fully willing to be an unbiased juror. However, upon being selected I informed my employer during our break and was then informed that my job will only cover 5 days of jury duty. I appeared at this court last week Thursday June 4th and was told to return on Monday June 8th beccause I got lost and did not arrive on time to participate in the calling of the other jurors (I have attached the copy of the note they gave me that day). That being said I'm already on day 2 out of 5 of my paid Jury duty. As I mentioned when answering the questionnaire I live with my mother who is unemployed and my sister and unfortunately I am not able to go the rest of the days unpaid. My employer said I can use my pto to cover the rest of my days but as you can see from the photo I attached I wouldn't be

able to fully cover that even with the combination of both my vacation and sick time. I'm pleading that at this time i'd be exempt or allowed to just do the days that my company does cover. I cannot afford to pay my bills while being a week short on my check. I appreciate you taking time out of your very busy day to read this letter.

Sincerly,

████████████

Date: 6/9/26
Time: 3:45 PM
Court Exhibit: 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 10007
(212) 805-0179



Tammi M. Hellwig
Clerk of Court

Rhonda Mayers-Best
Jury Administrator

## APPEARANCE LETTER

Date: 6/4/2026

To Whom It May Concern,

This is to certify that ███████████████████, appeared on this date in
response to a jury summons.

Their services were not needed today, and they were immediately dismissed.

**The juror will not receive jury duty credit or payment for the above date.**

Sincerely,

Rhonda Mayers-Best
Jury Administrator

*※ The Juror is returning to
begin her Jury service on
Monday, June 8th.*

*— Jury Department*

1:56

.ill 5G

### Jury Duty Leave

Employees summoned for jury duty will receive time off to serve. Employees also are expected to keep management informed of the expected length of jury duty service.

**Employees summoned for jury duty must make arrangements with their supervisor as soon as they receive a summons.**

Employees who have completed at least 90 days of employment and who regularly work 30 hours or more each week who are summoned for jury duty shall receive their regular wages **for the first five (5) days. Thereafter, employees will be granted an unpaid leave in order to serve.** All other employees summoned for jury duty will be granted an unpaid leave in order to serve. Exempt employees may be provided time off with pay when necessary to comply with state and federal wage and hour laws. Employees must provide the Company with proper documentation. Service Corporation reserves the right to request proof of jury service issued by the Court upon return. If you are excused from jury duty after less than eight (8) hours in one day, you should contact your supervisor about returning to work that day. You may be required to return to work but will not be required to work more than eight (8) hours in one day, including time served at jury duty. An employee who has served eight (8) hours of jury duty in any one day will not be required to return to work that same day.

Reply All

Mail        Calendar        Apps



# Time

| Timecard | **Time Off** |
|---|---|

## Balances Overview

Balance available as of

Jun 8, 2026

| | |
|---|---|
| NYC No Pay Leave | 32 Hours |
| Personal | -3.57 Hours |
| Prenatal Care | 20 Hours |
| Sick | 12.5 Hours |
| Vacation | 19.47 Hours |

Show less

## Requests

**Request time off**