**Subramanian NYSD Chambers**

| | |
|---|---|
| **From:** | GLADSTEIN, Andrew (ADGL) <Andrew.Gladstein@freshfields.com> |
| **Sent:** | Wednesday, June 17, 2026 1:15 PM |
| **To:** | Subramanian NYSD Chambers |
| **Cc:** | Jeffrey S. Abraham |
| **Subject:** | Juror Issue |

CAUTION - EXTERNAL.

Dear Chambers:

Jeffrey Abraham, Todd Augenbaum and I rode the elevator together to the 24th floor.  When we got to the 24th floor, we realized that Juror number 10 had been in the elevator with us.  During the elevator ride, but before we realized that Juror 10 was with us, we made a quiet joke with each other about Brett Director's testimony.  We do not believe that the juror overheard us, but we are writing jointly in an abundance of caution to notify the Court.  We will be prepared to address this issue if the Court desires once we are back from the break.

Respectfully Submitted,

**Andrew Gladstein**
Partner

**Freshfields US LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
T +1 212 230 4685   M +1 203 610 7082
Andrew.Gladstein@freshfields.com

This email (and any attachments) is confidential and may well also be legally privileged. If you have received it in error, please notify the sender immediately (by telephone or by email) and delete all copies of this email (and any attachments) from your system. Do not copy it, use it for any purpose or disclose its contents to any other person.

Freshfields US LLP is a limited liability partnership organized under the laws of the State of New York. For further regulatory information please see this Legal Notice.

For information about how Freshfields processes personal data please refer to this Privacy notice. For further information about Freshfields, please refer to our website at www.freshfields.com.

Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields US LLP or any associated firms or entities.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1