- Holmes testimony
- Hirsch testimony
- Maline testimony
- Marcus testimony

6/18/2026    108
4:43pm

Date: 6/18/26
Time: 1:11 PM
Court Exhibit: 4