Slides ~~Demonstratives~~ from

Dr. Marcus

6/18/2026                    2:58pm

Date: 6/18/26
Time: 2:58 PM
Court Exhibit: 5