We are going to continue deliberating, thanks for your patience lol !

6/18/26          4:00 PM



Date: 6/18/26
Time: 4:17 PM
Court Exhibit: 6