We have reached a verdict

6/18/2026    4:35pm

Date: 6/18/26
Time: 4:37 PM
Court Exhibit: 7