# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007



CHAMBERS OF
## ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

June 18, 2026

Dear Jurors,

Please find attached the testimony you requested in Juror Note #1.

Sincerely,

Arun Subramanian

1