**MB**

**MANDEL BHANDARI** LLP

80 Pine Street | 33rd Floor | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

June 26, 2026

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:**   *Augenbaum v. Anson Investments Master Fund LP, et al.*
            <u>**Case No.: 22-cv-249 (AS)**</u>

Dear Judge Subramanian:

    We are co-counsel for Plaintiff Todd Augenbaum in this action.  We write concerning the briefing schedule for post-trial motions as directed by the Court.

    The parties have conferred and respectfully propose the following schedule:

        <u>Moving Papers:  July 16, 2026</u>
        <u>Opposition: August 31, 2026</u>
        <u>Reply: September 29, 2026</u>

                      Respectfully submitted,

                      /s/ Robert Glunt
                      Robert Glunt

cc:    Counsel of Record (via ECF)

GRANTED. The Court hereby adopts the parties' proposed briefing schedule as underlined above.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 26, 2026