**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TODD AUGENBAUM,

       Plaintiff,

   -against-

ANSON INVESTMENTS MASTER FUND LP;
BRIO CAPITAL MASTER FUND LTD.; BRIO
SELECT OPPORTUNITIES FUND, LP;
DEFENDANT INVESTMENTS, INC.; EMPERY
ASSET MASTER, LTD.; EMPERY DEBT
OPPORTUNITY FUND, LP; EMPERY TAX
EFFICIENT, LP; IROQUOIS MASTER FUND
LTD.; IROQUOIS CAPITAL INVESTMENT
GROUP, LLC; L1 CAPITAL GLOBAL
OPPORTUNITIES MASTER FUND; M3A LP;
RICHARD MOLINSKY,

       Defendants,

   -and-

KARTOON STUDIOS, INC.,

       Nominal Defendant

Case No. 22 Civ. 00249 (AS)

**NOTICE OF MOTION**

---

PLEASE TAKE NOTICE THAT Plaintiff Todd Augenbaum ("Augenbaum") shall move the United States District Court for the Southern District of New York on a date to be determined by the Court for an order:

    (1)    Pursuant to Fed. R. Civ. P. 50(b), entering judgment for Plaintiff on his claim for liability against Defendants for short swing profits under Section 16(b) of the Exchange Act, 15 U.S.C. §78p(b) or, in the alternative, granting a new trial;

    (2)    Conditionally ordering a new trial on all of Plaintiff's claims, pursuant to Fed. R. Civ. P. 50(c);

(3)     In the alternative ordering a new trial on all of Plaintiff's claims, pursuant to Fed.

R. Civ. P. 59; and

(4)     For such other relief as the Court deems just and proper.

This motion is based upon the accompanying Memorandum of Law and all prior

proceedings and submissions in this case.

**Dated:** New York, NY
          July 16, 2026

                                   Respectfully submitted,

                                   MANDEL BHANDARI LLP
                                   80 Pine Street, 33rd Floor
                                   New York, New York 10005
                                   (212) 269-5600


                                   By:   /s/ Evan Mandel
                                         Evan Mandel


                                   ABRAHAM, FRUCHTER & TWERSKY, LLP
                                   Jeffrey Abraham
                                   Michael Klein
                                   450 7th Avenue, 38th Floor
                                   New York, New York 10123
                                   (212) 279-5050
                                   jabraham@aftlaw.com
                                   mklein@aftlaw.com

                                   *Attorneys for Plaintiff Todd Augenbaum*