**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD AUGENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>BRIO CAPITAL MASTER FUND LTD.; BRIO SELECT OPPORTUNITIES FUND, LP; EMPERY ASSET MASTER, LTD.; EMPERY DEBT OPPORTUNITY FUND, LP; EMPERY TAX EFFICIENT, LP; EMPERY ASSET MANAGEMENT, LP,<br><br>Defendants,<br><br>-and-<br><br>KARTOON STUDIOS, INC.,<br><br>Nominal Defendant. | Civil Action No. 1:22-cv-00249-AS |

**~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having considered Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, and Empery Asset Management, LP's ("Empery") Motion to Withdraw Nicholas A. Caselli as Counsel, it is HEREBY ORDERED that:

Nicholas A. Caselli is withdrawn as counsel for Defendant Empery and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above-captioned proceeding.

**IT IS SO ORDERED.**

Dated: October 22, 2026
New York, NY

The Honorable Arun Subramanian
United States District Judge